UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **JAMES DERRICK O'NEAL** | * | |
| Petitioner, | * | Case No. 02-cv-357 |
| vs. | * | DISTRICT JUDGE BECKWITH |
| **MARGARET A. BAGLEY, Warden** | * | MAGISTRATE JUDGE MERZ |
| Respondent. | * | |

NOTICE OF CHANGE IN DESIGNATION
OF LEAD COUNSEL

Assistant Attorney General Stephen E. Maher enters his appearance as trial counsel of record on behalf of the Respondent. Co-counsel for Respondent will be designated at a later date. Please direct copies of all pleadings, correspondence, or other documents filed with this Honorable Court to Stephen E. Maher.

Respectfully submitted,

**JIM PETRO**
**OHIO ATTORNEY GENERAL**


__S/Stephen E. Maher_____
**Stephen E. Maher (0032279)**
Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(6l4) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been forwarded to **John J. Gideon**, 1093 South Fourth Street, Columbus, Ohio 43206-2621 by electronic filing and **to Michael W. Krumholtz**, Bieser, Greer & Landis LLP, 6 North Main Street, Suite 400, Dayton, Ohio 45402-1908, via regular U.S. mail postage pre-paid, on this 26th day of February, 2004.

_s/Stephen E. Maher_____
**Stephen E. Maher**
Trial Counsel
Assistant Attorney General