UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **JAMES DERRICK O'NEAL** | * | |
| Petitioner, | * | Case No. 02-cv-357 |
| vs. | * | DISTRICT JUDGE BECKWITH |
| **MARGARET A. BAGLEY, Warden** | * | MAGISTRATE JUDGE MERZ |
| Respondent. | * | |

NOTICE OF FILING
OF STATE TRIAL COURT DECISION
IN ATKINS CLAIM

Now comes Respondent Warden and hereby notifies the Court and counsel of the determination by the state trial court of petitioner's *Atkins* claim, dated April 7, 2004. The Judgment Entry and Decision are attached hereto as Exhibit A.

    Respectfully submitted,

    **JIM PETRO**
    **OHIO ATTORNEY GENERAL**


    __S/Stephen E. Maher__
    **Stephen E. Maher (0032279)**
    Assistant Attorney General
    Capital Crimes Section
    30 East Broad Street, 23rd Floor
    Columbus, Ohio 43215-3428
    (6l4) 728-7055; (614) 728-8600 (fax)
    smaher@ag.state.oh.us
    **COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been filed electronically as well as forwarded to **John J. Gideon**, 1093 South Fourth Street, Columbus, Ohio 43206-2621 by electronic filing and to **Michael W. Krumholtz**, Bieser, Greer & Landis LLP, 6 North Main Street, Suite 400, Dayton, Ohio 45402-1908, via regular U.S. mail postage pre-paid, on this 19th day of April, 2004.

    s/Stephen E. Maher
**Stephen E. Maher**
Trial Counsel
Assistant Attorney General