IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES DERRICK O'NEAL,

    Petitioner,

    vs.

MARGARET BAGLEY, Warden

    Respondent.

Case No. 1:02-cv-357

District Judge Michael H. Watson
Magistrate Judge Michael R. Merz

<u>Death Penalty Case</u>

---

NOTICE OF CHANGE OF ADDRESS

---

The undersigned counsel for Petitioner James O'Neal hereby notifies the Court and counsel of his change of address. Counsel's new address is as shown below his signature.

    Respectfully submitted,

       s/ John J. Gideon
    JOHN J. GIDEON (0008151)
    (Trial Counsel)
    250 East Stanton Avenue
    Columbus, Ohio 43214-1268
    Phone: (614) 430-3377
    Facsimile: (614) 430-3378
    Email: gideonjj@cs.com

    COUNSEL FOR PETITIONER

CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2004 I electronically filed the foregoing Notice of Change of Address with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Stephen E. Maher, Assistant Attorney General, Capital Crimes Section, 30 East Broad Street-23rd Floor, Columbus, Ohio 43215-3428, and Michael W. Krumholtz, Bieser, Greer & Landis LLP, 6 North Main Street-Suite 400, Dayton, Ohio 45402-1908.

                                                    s/ John J. Gideon
JOHN J. GIDEON (0008151)
(Trial Counsel)
250 East Stanton Avenue
Columbus, Ohio 43214-1268
Phone: (614) 430-3377
Facsimile: (614) 430-3378
Email: gideonjj@cs.com

COUNSEL FOR PETITIONER