# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **JAMES DERRICK O'NEAL** | * | |
| Petitioner, | * | Case No. 02-cv-357 |
| vs. | * | DISTRICT JUDGE WATSON |
| **MARGARET A. BAGLEY, Warden** | * | MAGISTRATE JUDGE MERZ |
| Respondent. | * | |

## NOTICE OF FILING
## OF STATE TRIAL COURT DECISION
## IN ATKINS CLAIM

Now comes Respondent Warden and hereby notifies the Court and counsel of the second determination by the state trial court of petitioner's *Atkins* claim, dated September 26, 2005. The Judgment Entry and Decision are attached hereto as Attachment A, and the state court docket sheet as of October 24, 2005 is Attachment B.

Respectfully submitted,

**JIM PETRO**
**OHIO ATTORNEY GENERAL**

  S/Stephen E. Maher
**Stephen E. Maher (0032279)**
Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(6l4) 728-7055; (614) 728-8600 (fax)
smaher@ag.state.oh.us
**COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing of State Court Decision has been filed electronically to **John J. Gideon**, and to **Michael W. Krumholtz**, on this 24th day of October, 2005.

                                               s/Stephen E. Maher
                                              **Stephen E. Maher**
                                              Trial Counsel
                                              Assistant Attorney General