

You Are Not Currently Logged In.  Log In Here

Directions | Policies | Sitemap

Hamilton County Courthouse
1000 Main Street
Cincinnati, OH 45202

| Home | Court Records | Court Date | Forms | Services | Division Info |

## Case Summary

| | |
|---|---|
| Case Number: | B 9309022 |
| Case Caption: | STATE OF OHIO vs. JAMES DERRICK ONEAL |
| Judge: | RALPH WINKLER |
| Filed Date: | 12/16/1993 |
| Case Type: | 0005 - WARRANT ON INDICTMENT |
| Race: | BLACK - AFRICAN AMERICAN |
| Sex: | M |
| Age: | 51 |
| Date of Birth: | 7/10/1954 |
| Count 1: | AGGRAVATED MURDER 2903-01 ORCN |
| Disposition: | 12/11/1995 3DOC DEPARTMENT OF CORRECTIONS |
| Count 2: | AGGRAVATED MURDER 2903-01 ORCN |
| Disposition: | 12/11/1995 3DOC DEPARTMENT OF CORRECTIONS |
| Count 3: | ATTEMPT 2923-02 ORCN |
| Disposition: | 12/11/1995 3DOC DEPARTMENT OF CORRECTIONS |
| Count 4: | AGGRAVATED BURGLARY F1 2911-11 ORCN |
| Disposition: | 12/11/1995 3DOC DEPARTMENT OF CORRECTIONS |

**Case Options**

Case History
Case Schedules
Case Documents
Party/Attorney Information
Add Case to My Portfolio

## Case History

| Image | Date | Description | Amount |
|---|---|---|---|
| | 10/24/2005 | NOTICE OF APPEAL FILED NO. C050840 COPY SENT TO HAMILTON COUNTY PROSECUTOR | |
| 📄 | 10/12/2005 | ENTRY ORDERING RETURN OF INMATE TO INSTITUTION | |
| | 9/26/2005 | NOTICE OF APPEALABLE JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES ENTITLED TO A COPY. | |
| 📄 | 9/26/2005 | DECISION DENYING DEFT'S MOTION TO VACATE OR SET ASIDE HIS DEATH SENTENCE | |
| 📄 | 6/14/2005 | POST-ATKINS HEARING BRIEF. | |
| 📄 | 6/7/2005 | PETITIONER JAMES O'NEAL'S POST-HEARING BRIEF. | |
| 📄 | 5/31/2005 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED | |
| 📄 | 5/17/2005 | NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DEFENDANT. | |
| 📄 | 4/6/2005 | ENTRY ORDERING RETURN OF INMATE FOR HEARING | |
| | 1/27/2005 | REPORT OF EXAMINER PURSUANT TO LAW. REPORT LOCATED IN CLERK OF COURTS OFFICE RM 315. | |
| 📄 | 10/15/2004 | ENTRY APPOINTING COURT CLINIC FORENSIC SERVICES FOR EXAMINATION | |
| 📄 | 10/15/2004 | ENTRY ORDERING RETURN OF DEFT FOR COURT PROCEEDINGS | |
| 📄 | 10/14/2004 | ENTRY OF CONTINUANCE 1/19/05 | |

| | | |
|---|---|---|
| 📄 | 8/13/2004 | ENTRY DISMISSING APPEAL BY AGREEMENT AND WITHOUT PREJUDICE AND REMANDING CASE TO TRIAL COURT FOR EVIDENTIARY HEARING C-040286 IMAGE# 57 08/13/2004 ***COPY SENT TO DOC AND DEFENDANT ON 08/24/04, RSR*** |
| 📄 | 6/22/2004 | COURT OF APPEALS OF HAMILTON COUNTY CASE NO. C040286 |
| 📄 | 5/7/2004 | NOTICE OF APPEAL FILED NO. C040286 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| 📄 | 5/7/2004 | PRAECIPE OF DEFENDANT -APPELLANT JAMES DERRICK O'NEAL |
| | 4/8/2004 | NOTICE OF APPEALABLE JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES ENTITLED TO A COPY. |
| 📄 | 4/7/2004 | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ENTRY DISMISSING SUCCESSIVE PETITION FILED PURSUANT TO ATKINS V VIRGINIA |
| 📄 | 4/7/2004 | ENTRY OVERRULING MOTION FOR FUNDING MENTAL RETARDATION EXPERT AND DISCOVERY |
| 📄 | 6/10/2003 | DEFENDANT-PETITIONER'S REPLY MEMORANDUM IN RESPONSE TO THE PLAINTIFF'S MEMORANDUM IN OPPOSITION. |
| 📄 | 6/3/2003 | MEMORANDUM IN OPPOSITION TO FIRST SUCCESSIVE PETITION TO VACATE JUDGMENT OR SENTENCE. |
| 📄 | 6/3/2003 | MOTION TO ACCEPT RESPONSE OF PLAINTIFF INSTANTER |
| 📄 | 5/8/2003 | ENTRY GRANTING: ADDITIONAL TIME TO FILE RESPONSE UNTIL 5/21/03 |
| 📄 | 4/24/2003 | MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S SUCCESSIVE PETITION TO VACATE. |
| 📄 | 3/4/2003 | ENTRY GRANTING: ADDITIONAL TIME TO FILE RESPONSE UNTIL MARCH 21,2003 |
| 📄 | 3/3/2003 | MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S SUCCESSIVE PETITION TO VACATE. |
| 📄 | 2/4/2003 | ENTRY GRANTING: ADDITIONAL TIME TO FILE RESPONSE UNTIL 2/17/03 |
| 📄 | 2/3/2003 | MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S SUCCESSIVE PETITION TO VACATE. |
| 📄 | 1/7/2003 | ENTRY GRANTING: ADDITIONAL TIME TO FILE RESPONSE UNTIL 2/3/03 |
| 📄 | 12/30/2002 | MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S SUCCESSIVE PETITION TO VACATE. |
| 📄 | 12/10/2002 | ENTRY GRANTING: ADDITIONAL TIME TO FILE RESPONSE UNTIL DECEMBER 30,2002 |
| 📄 | 11/26/2002 | ENTRY GRANTING: ADDITIONAL TIME TO FILE RESPONSE UNTIL 12/30/02 |
| 📄 | 11/25/2002 | MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S SUCCESSIVE PETITION TO VACATE. |
| 📄 | 11/15/2002 | FIRST SUCCESSIVE PETITION TO VACATE OR SET ASIDE JUDGMENT AND/OR SENTENCE PURSUANT TO OHIO REVISED CODE SECTIONS 2953.21 AND 2953.23 |
| | 5/15/2000 | RECEIPT OF EXHIBITS 3 MANILLA ENVELOPES RECEIVED BY JERRY COSTA |
| | 5/15/2000 | RECEIPT OF RECORD OPX 1 BOX AND 1 POSTER |
| | 5/15/2000 | RECEIPT OF RECORD OPX 1 CASE FILE |
| | 3/24/2000 | COPY OF ENTRY DISMISSING APPEAL; FILED IN THE SUPREME COURT OF OHIO ON 3/8/00 SC#99-906 |
| | 3/24/2000 | COPY OF MANDATE TO THE COURT OF APPEAL OF HAMILTON COUNTY, OHIO TO CARRY JUDGMENT TO EXECUTION; FILED IN THE SUPREME COURT OF OHIO ON 3/8/00 SC#98-1735 |
| | 3/24/2000 | COPY OF JUDGMENT ENTRY AFFIRMING JUDGMENT OF THE COURT OF APPEALS; FILED IN THE SUPREME COURT OF OHIO ON 3/8/00 SC#98-1735 |
| | 2/22/2000 | COPY OF ENTRY GRANTING STAY OF EXECUTION; FILED IN THE SUPREME COURT OF OHIO ON 2/17/00 SC#98-147 |
| | 2/18/2000 | COPY OF RECONSIDERATION ENTRY DENYING MOTION; FILED IN THE SUPREME COURT OF OHIO ON 2/16/00 SC#98-147 |
| | 2/18/2000 | COPY OF JUDGMENT ENTRY; FILED IN THE SUPREME COURT OF OHIO ON 1/5/00 SC#98-147 |
| | 2/18/2000 | COPY OF MANDATE; FILED IN THE SUPREME COURT OF OHIO ON 2/18/00 SC#98-147 |
| | 5/14/1999 | COPY OF NOTICE OF APPEAL OF APPELLANT JAMES DERRICK O'NEAL; FILED IN THE SUPREME COURT OF OHIO ON 5/10/99 SC#99-906 |
| | 3/26/1999 | JUDGMENT ENTRY & DECISION AFFIRMING JUDGMENT OF TRIAL COURT (C980247 3/26/99 #114) |
| | 8/27/1998 | COPY OF NOTICE OF APPEAL OF APPELLANT JAMES DERRICK O'NEAL FILED IN THE SUPREME COURT OF OHIO ON 8/21/98 SC #98-1735 |

| Date | Entry |
|---|---|
| 4/20/1998 | COURT OF APPEALS OF HAMILTON COUNTY CASE NO. C-980247 |
| 3/18/1998 | DOCKET STATEMENT FILED. C980247 |
| 3/18/1998 | NOTICE OF APPEAL FILED NO. C980247 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| 2/17/1998 | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND DISMISSING PETITION TO VACATE |
| 1/26/1998 | COPY OF NOTICE OF APPEAL TO THE SUPREME COURT OF OHIO FILED ON 1/21/98 S.C. # 98-0147 |
| 1/16/1998 | ENTRY APPOINTING COUNSEL FOR SUPREME COURT APPEAL ELIZABETH AGAR COUNSEL & ROXANN DIEFFENBACH CO-COUNSEL |
| 1/8/1998 | DEATH PENALTY CASE. NOTICE OF APPEARANCE OF POSTCONVICTION COUNSEL. |
| 12/19/1997 | ENTRY APPOINTING COUNSEL FOR SUPREME COURT APPEAL ELIABETH E AGAR & ROXANN DIEFFENBACH |
| 12/12/1997 | JUDGMENT ENTRY AFFIRMING JUDGMENT OF TRIAL COURT 12-03-97 #3 (C960392) |
| 9/16/1997 | MOTION TO DISMISS PETITION TO VACATE |
| 9/3/1997 | AMENDMENT TO PETITION FOR POSTCONVICTION RELIEF UNDER R.C. 2953.21 |
| 7/7/1997 | MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING. |
| 7/7/1997 | ENTRY EXTENDING TIME UNTIL 9/25/97 TO FILE RESPONSE TO POST- CONVICTION |
| 7/2/1997 | PETITION FOR POST-CONVICTION RELIEF UNCER R.C.2953.21 |
| 6/10/1997 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| 5/13/1997 | COMPLETE TRANSCRIPT OF PROCEEDINGS #C960392 |
| 1/3/1997 | MOTION TO SUPPRESS C960392 |
| 11/1/1996 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| 11/1/1996 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| 10/30/1996 | COMPLETE TRANSCRIPT OF PROCEEDINGS (PRETRIAL MOTIONS)(2 VOLS) C960392 |
| 10/29/1996 | COMPLETE TRANSCRIPT OF PROCEEDINGS VOLUMES I THRU V #C960392 |
| 9/30/1996 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| 9/30/1996 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| 8/19/1996 | COURT OF APPEALS OF HAMILTON COUNTY CASE NO. C-960392 |
| 7/20/1996 | ENTRY APPROVING COUNSEL FEES $17000 |
| 7/1/1996 | ENTRY ALLOWING ADDITIONAL COMPENSATION |
| 6/15/1996 | ENTRY APPROVING COUNSEL FEES $12500 |
| 6/10/1996 | ENTRY ALLOWING ADDITIONAL COMPENSATION |
| 5/22/1996 | DOCKET STATEMENT FILED. C960392 |
| 5/22/1996 | NOTICE OF APPEAL FILED NO. C960392 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| 5/10/1996 | ENTRY RESETTING EXECUTION DATE FROM 5/30/96 TO 11/5/96 |
| 5/10/1996 | ENTRY OVERRULING MOTION FOR NEW TRIAL |
| 4/26/1996 | CRIMINAL STATE COSTS SATISFIED |
| 4/22/1996 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| 4/22/1996 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| 4/12/1996 | MEMORANDUM IN SUPPORT OF MOTION FOR NEW TRIAL. |
| 12/22/1995 | OPINION |
| 12/18/1995 | ENTRY DENYING: DEFT'S MOTION FOR NEW TRIAL |
| 12/14/1995 | MOTION FOR NEW TRIAL. |
| 12/11/1995 | JUDGMENT ENTRY: SENTENCE: INCARCERATION CT 1 AGG MURDER SENT DEATH. CT 2 AGG MURDER SENT DEATH. CT 4 AGG BURGLARY 10 TO 25YRS (10YRS ACTUAL) 3YRS ACTUAL ON FIREARM SPEC. IN CTS 1,2,& 4 CONCURR. W/EACH OTHER BUT CONSEC. TO & PRIOR TO UNDERLY.SENT IN CTS 1,2,& 4. CTS 1 & 2CONCURR. CT 4 CONSEC.CTS 1 & 2CREDIT 730DYS. PAY COSTS. |

| Date | Entry |
|---|---|
| 12/11/1995 | ENTRY APPOINTING APPELLATE COUNSEL. DALE SCHMIDT & ELIZABETH AGAR |
| 12/11/1995 | ENTRY OVERRULING DEFT'S MOTIONS |
| 12/11/1995 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. WLWT-TV |
| 12/11/1995 | ENTRY GRANTING: DEFT'S MOTIONS |
| 11/29/1995 | AMENDED ENTRY AUTHORIZING APPOINTMENT OF EXPERT AND PAYMENT OF FEES FOR SAME. |
| 11/28/1995 | ENTRY AUTHORIZING APPOINTMENT OF EXPERT OF PAYMENT OF FEES FOR SAME |
| 11/21/1995 | ENTRY APPOINTMENT OF EXPERT AND PAYMENT OF FEES FOR SAME |
| 11/21/1995 | ENTRY AUTHORIZING APPOINTMENT OF EXPERT & PAYMENT OF FEES FOR SAME |
| 11/8/1995 | JURY VERDICT OF CT 1 WAS FOUND GUILTY OF COMMITTING IS SUFFICIENT TO OUTWEIGH THE MITIGATING FACTORPRESENT IN THIS CASE, & WE THEREFORE RECOMMEND THAT THE SSNT OF DEATH TO BE IMPOSED. |
| 11/8/1995 | JURY VERDICT OF WAS FOUND GUILTY OF COMMITTINGIS SUFFICIENT TO OUTWEIGHT THEMITIGATING FACTORS PRESENT IN THIS CASE, & WE THEREFORE RECOMMEND THAT THE SENT OF DEATH BE IMPOSED |
| 11/8/1995 | CAUSE CONCLUDED SENTENCE DEFERRED UNTIL 12/11/95. REMANDED. |
| 11/6/1995 | CAUSE PROGRESSED 9TH DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 11/8/95 |
| 11/2/1995 | JURY VERDICT OF GUILTY AGG BURLGARY CT 4. WE, THE JURY FURTHER FIND THATTHE DEFT DID HAVE ON OR ABOUT HIS PERSON, OR UNDER HIS CONTROL, A FIREARM WHILE COMMITTING THE OFFENSE OF AGG BURGLARY |
| 11/2/1995 | JURY VERDICT OF GUILTY AGG MURDER CT 2. WE,THEJUEY FIND THE DEFT NOT GUILTY OF AGG CIRCUSTANCES AS SET FORTH IN SPEC NO 1 TO CT 2 TO WIT: A COURSE OF CONDUCT INVOLVING THE PURPOSEFUL KILLING OR ATTPT TO KILL TWO OR MORE PERSONS. WE, THE JURY FIND THE DEFT GUILTY OF THE AGG CIRCUMSTANCES AS SET FORTH |
| 11/2/1995 | JURY VERDICT OF NOT GUILTY OF AGG MURDER IN CT 3 |
| 11/2/1995 | IN SPEC 2 TO CT 2 TO WIT' THAT THE DEFT AS THE PRINCIPALOFFENDER COMMITTED THE OFFENSEOF AGG MURDER OF CAROL ANN LEE O'NEAL WHILE THE DEFT WAS COMMITTING OR ATTEMPTING TO COMMIT OR FLEEING IMMEDIATELY AFTER COMMITTING OR ATTEMPTINGTO COMMIT THE OFFENSE OF AGG. BURLGLARY. WE, THE JURY |
| 11/2/1995 | JURY VERDICT OF GUILTY AGG MURDER IN CT 1. WE,THE JURY FURTHER FIND THE DEFTNOT GUILTY OF AGG CIRCUMSTANCEAS SET FORTH IN SPEC 1 TO CT 1TO WIT; A COURSE OF CONDUCT INVOLVING THE PURPOSEFUL KILLING OR ATTEMPT TO KILL TWOOR MORE PERSONS BY DEFT. WE THE JURY FURTHER FIND DEFT GUILTY OF THE AGG CIRCUMSTANCE |
| 11/2/1995 | THE JURY FURGHER FIND THAT THEDEFT DID HAVE ON OR ABOUT HIS PERSON, OR UNDER HIS CONTROL, A FIREARM WHILE COMMITTING THEOFFENSE OF AGG MURDER IN CT 1 |
| 11/2/1995 | JUDGMENT OF ACQUITTAL OF VERDICT *** CT 3 & SPEC TO CT 3 & SPEC 1 TO EACH CTS 1 & 2 ONLY *** |
| 11/2/1995 | CASE CONT' IN PROGRESS UNTIL 11/6/95. |
| 11/2/1995 | CAUSE PROGRESSED 8TH DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 11/6/95 |
| 11/2/1995 | AS SET FORTHE IN CP 2 CT 1 TO WIT' THAT THE DEFT AS THE PRIINCIPAL OFFENDER COMMITTED THE OFFESE OF AGG MURDER OF CAROL ANN LEE O'NEAL WHILE THEDEFT WAS COMMITTING OR ATTEMPTING TO COMMIT OR FLEEINIMMEDIATELY AFTER COMMITTING OR ATTEMPTING TO COMMIT THE OFFENSE OF AGG. BURGLARY. WE |
| 11/2/1995 | FURTHER FIND THAT THE DEFT DIDHAVE ON OR ABOUT HIS PERSON, OR UNDER HIS CONTROL, A FIREARM WHILE COMMITTING THE OFFENSE OF AGG MURDER IN CT 2 |
| 11/1/1995 | CAUSE PROGRESSED 6TH DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 11/1/95 |
| 11/1/1995 | CAUSE PROGRESSED 7TH DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 11/2/95 |
| 10/30/1995 | DEFENDANT'S REQUEST FOR ADDITIONAL INSTRUCTION. |
| 10/30/1995 | CAUSE PROGRESSED 5TH DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 10/31/95 |
| 10/27/1995 | CAUSE PROGRESSED 4TH DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 10/30/95 |
| 10/26/1995 | CAUSE PROGRESSED 3RD DAY CONTINUED TO 10/27/95 |
| 10/25/1995 | ORDER FOR JURY TO VIEW PREMISES |
| 10/25/1995 | CAUSE PROGRESSED 2ND DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 10/26/95 |

| Date | Entry |
|---|---|
| 10/25/1995 | JURY IMPANELED AND SWORN ON VOIR DIRE JURY IMPANELED & SWORN |
| 10/24/1995 | ENTRY REQUESTING OFFICIAL STENOGRAPHER |
| 10/24/1995 | CAUSE PROGRESSED 1ST DAY, JURY SELECTION IN PROGRESS TESTIMONY ADDUCED IN PART & CONT' UNTIL 10/25/95 |
| 9/26/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JAMIE WRIGHT |
| 9/26/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED SANCHEZ LEE |
| 9/26/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ANDRE GRIFFIN |
| 9/26/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED PATRICIA CARR |
| 9/26/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED TIMOTHY SCHOPMEYER |
| 9/26/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED RICARDO LEE |
| 9/26/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LASHAUNDA LEE |
| 9/26/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CLARENCE CODY |
| 9/25/1995 | SUBPOENA FOR WITNESS ISSUED TO PATRICIA CARR JAMIE WRIGHT TIMOTHY SCHOPMEYER SANCHEZ LEE LASHAUNDA LEE CLARENCE CODY RICARDO LEE ANDRE GRIFFIN |
| 8/24/1995 | SUBPOENA FOR WITNESS ISSUED TO NATALIE LEE, ANDRE GRIFFIN RETHA LEE, RICARDO LEE CLEMY LEE, CLARENCE CODY LASHAUNDA LEE, SANCHEZ LEE PATRICIA CARR, PATRICIA CARR ANITA ARTIS, DANTOINE POSEY JAMIE WRIGHT, TIMOTHY SCHOPMEYER |
| 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JAMIE WRIGHT |
| 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED NATALIE LEE |
| 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ANDRE GRIFFIN |
| 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CLEMY LEE |
| 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CLARENCE CODY |
| 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED RETHA LEE |
| 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ANITA ARTID |
| 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED TIMOTHY SCHOPMEYER |
| 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED DANTOINE POSEY |
| 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED PATRICIA CARR |
| 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED RICARDO LEE |
| 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LASHAUNDA LEE |
| 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED SANCHEZ LEE |
| 8/3/1995 | SUPREME COURT OF OHIO ENTRY DENIES LEAVE FOR APPEAL & APPEAL IS DISMISSED |
| 7/26/1995 | ENTRY OF CONTINUANCE 10/23/95 |
| 5/4/1995 | ENTRY APPOINTING COUNSEL FOR SUPREME COURT APPEAL |
| 5/1/1995 | ENTRY OF CONTINUANCE 8/21/95 |
| 4/26/1995 | JUDGMENT ENTRY & OPINION REVERSING JUDGMENT & REMANDING TO TRIAL COURT (C940652 4/26/95 #2) |
| 11/2/1994 | ENTRY |
| 11/2/1994 | ENTRY |
| 10/27/1994 | APPLICATION FOR PAYMENT OF MITIGATION SPECIALIST |
| 9/14/1994 | COURT OF APPEALS OF HAMILTON COUNTY CASE NO. C-940652 |
| 8/16/1994 | ENTRY APPOINTING APPELLATE COUNSEL. ELIZABETH E AGAR |
| 8/16/1994 | DOCKET STATEMENT FILED. C940652 |
| 8/16/1994 | NOTICE OF APPEAL FILED NO. C940652 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| 8/16/1994 | ENTRY GRANTING: DISMISSAL & STAY TOLLING TIME FOR PURPOSES OF APPEAL |
| 8/16/1994 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. CINTI POST |

| Date | Entry |
|---|---|
| 8/16/1994 | ENTRY OF CONTINUANCE 8/16/94 |
| 8/11/1994 | STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY. |
| 8/11/1994 | ENTRY WITHDRAWING REQUEST FOR THREE JUDGE PANEL & REQUESTING JURY TRIAL |
| 8/11/1994 | MOTION WITHDRAWING DEFENDANT'S REQUEST FOR THREE JUDGE PANEL AND REQUESTING A TRIAL BY JURY |
| 7/28/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED DANTOINE POSEY |
| 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED NATALIE LEE |
| 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED TIMOTHY SCHOPMEYER |
| 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ANITA ARTIS |
| 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ARLENE BENNETT |
| 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED KENNETH TAYLOR |
| 7/22/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED DWIGHT HILL |
| 7/22/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF CLERMONT COUNTY SERVED KAREN HUDSON |
| 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JAMIE WRIGHT |
| 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CLEMY LEE |
| 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ROBERT WILLIAMS |
| 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ANDRE GRIFFIN |
| 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED PATRICIA CARR |
| 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LASHAWADA LEE |
| 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CLARENCE CODY |
| 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED RICHARDO LEE |
| 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED SANCHEZ LEE |
| 7/20/1994 | SUBPOENA FOR WITNESS ISSUED TO CLEMY LEE, NATALIE LEE, ANDRE GRIFFIN, RICHARDO LEE, CLARENCE CODY, LASHAWNDA LEE, SANCHEZ LEE, ROBERT WILLIAMS, KENNETH TAYLOR, ANITA ARTIS, PATRICIA CARR, DANTOINE POSEY,JAMIE WRIGHT, ARLENE BENNETT, DWIGHT HILL, TIMOTHY SCHOPMEYER |
| 7/20/1994 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS KAREN HUDSON |
| 7/20/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF CLERMONT COUNTY SERVED KAREN HUDSON |
| 6/16/1994 | ENTRY OVERRULING MOTION TO SUPPRESS. |
| 5/27/1994 | ENTRY OF CONTINUANCE 6/16/94 |
| 5/26/1994 | ENTRY AUTHORIZING APPOINTMENT OF EXPERT AND PAYMENT OF FEES FORSAME |
| 5/9/1994 | ENTRY OF CONTINUANCE 8/15/94 |
| 5/6/1994 | CERTIFICATION BY TRIAL ATTYS- DEATH PENALTY CASE JURY WAIVER |
| 5/5/1994 | STATE'S RESPONSE TO MOTION TO DISMISS |
| 4/29/1994 | MOTION TO DISMISS AGGRAVATED BURGLARY(2911.11,R.C. )SPECIFICATION 2 TO COUNT 1: SPECIFICATION 2 TO COUNT 2 |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PROHIBIT ANY EVIDENCE BEARING ON THE CHARACTER OF THE VICTIM |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANTSMOTION TO ALLLOW DEFENSE TO VIEW CRIME SCENE |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL PROSECUTOR TO DISCLOSE DEATH PENALTY DATA |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANTSMOTION TO PRESERVE AND CATALOGALL PHYSICAL EVIDENCE |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION FOR WRITTEN JURY INSTRUCTION |
| 4/25/1994 | STATE'S RESPONSE TO DEFENSE MOTION TO ALLOW DEFENSE TO ARGUE FIRST AND LAST |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO HAVE REASONS FOR DEFENSE OBJECTIONSAND |

| Date | Description |
|---|---|
| | REASONS FOR OVERRULING DEFENDANT'S OBJECTIONS PLACED OF RECORD |
| 4/25/1994 | STATE'S RESPONSE TO MOTION TO COMPEL DISCLOSURE OF PROSECUTING ATTORNEY'S JURY SELECTION DATA |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO INSTRUCT THE JURY TO CONSIDER MERCY IN ITS MITIGATION PHASE DELIBERATIONS |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO APPOINT NEUROPSYCHOLOGIST |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO SUBMIT QUESTIONNAIRE TO PROSPECTIVE JURORS |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION FOR COMPREHENSIVE VOIR DIRE |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO LIMIT PROSECUTOR'S ARGUMENT TO THE AGGRAVATING CIRCUMSTANCES PROVEN AT THE FIRST PHASE |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO PROHIBIT THE PROSECUTOR FROM ARGUING AND THE COURT FROM GIVING INSTRUCTIONS REGARDING STATUTORY MITIGATING FACTORS NOT RAISED BY THE DEFENSE |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO PROHIBIT REFERENCES TO THE JURY THAT A VERDICT AS TO DEATH IS ONLY A RECOMMENDATION |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL LAW ENFORCEMENT OFFICIALS TO TURN OVER AND ADVISE .PROSECUTING ATTORNEY OF ALL INFORMATION ACQUIRED DURING THE COURSE OF INVESTIGATION |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE |
| 4/25/1994 | STATE'S REPLY IN OPPOSITION TO THE DEFENDANT'S MOTION FOR DISCLOSING WITNESS STATEMENTS PRIOR TO TRIAL |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE REFERENCES TO DEFENDANT'S CRIMINAL RECORD AND TO EXCLUDEANY EVIDENCE RELATING TO OTHERCRIMES,WRONGS OR ACTS. |
| 4/25/1994 | STATE'S REPLY TO DEFENDANT'S MOTION TO PROHIBIT DEATH QUALIFICATION OF JURY |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO PROHIBITDISPLAY OF EVIDENTIARY EXHIBITS UNTIL ADMITTED |
| 4/25/1994 | STATE'S RESPONSE TO MOTION RULING ON NUMBER OF PEREMPTORYCHALLENGES |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO INSULATETHE VENIRE AND JURY |
| 4/25/1994 | STATE'S RESPONSE TO MEMORANDUMFOR SEQUESTRATION OF JURORS FOR DURATION OF TRIAL |
| 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO REQUIRE THE JURY TO ARTICULATE THE METHOD BY WHICH IT WEIGHS THE AGGRAVATING CIRCUMSTANCES AGAINST THE MITIGATING FACTORS |
| 4/19/1994 | ENTRY AUTHORIZING APPOINTMENT OF EXPERT AND PAYMENT OF FEES FORSAME |
| 4/19/1994 | ENTRY WITHDRAWING JURY DEMAND & REQUESTING THREE-JUDGE PANEL |
| 4/15/1994 | MOTION TO SUPPRESS EVIDENCE INCLUDINGBUT NOT LIMITED TO STATEMENTS AND PHYSICAL EVIDENCE ON THE GROUNDS THAT IT WAS ILLEGALLY OBTAINED |
| 4/15/1994 | MOTION IN LIMINE TO PROHIBIT ANY EVIDENCE BEARING ON THE CHARCTER OF THE VICTIM. |
| 4/15/1994 | MOTION TO EMPLOY EXPERTS AND AUTHORIZE PAYMENT OF FEES OF SAME |
| 4/11/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JAMIE WRIGHT, |
| 4/8/1994 | ENTRY ORDERING RELEASE OF RECORDS. |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CLEMY LEE, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED FCLARENCE CODY, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ARLENE BENNETT, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED TOMOTHY SCHOPMEYER, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED DARION LEE, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED KENNETH TAYLOR, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LASHAWNDA LEE, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED DWIGHT HILL, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED NATALIE LEE, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED RICARDO LEE, |

| Date | Entry |
|---|---|
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED SANCHEZ LEE, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ROBERT WILLIAMS, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED PATRICIA EARR, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ANITA ARTIS, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ANDRE GIFFIN, |
| 4/6/1994 | SUBPOENA FOR WITNESS ISSUED TO CLEMY LEE NATALIE LEE ANDRE GIFFIN RICARDO LEE CLARENCE CODY LASHAWNDA LEE SANCHEZ LEE ROBERT WILLIAMS KENNETH TAYLOR ANITA ARTIS |
| 4/6/1994 | SUBPOENA FOR WITNESS ISSUED TO PATRICIA FARR DARION LEE JAMIE WRIGHT ARLENE BENNETT DWIGHT HILL TIMOTHY SCHOPMEYER |
| 4/6/1994 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS KAREN HUDSON |
| 3/28/1994 | MOTION TO COMPEL DISCLOSURE OF PROSECUTING ATTORNEY'S JURY SELECTION DATA, |
| 3/28/1994 | MOTION FOR A RULING ON NUMBER OF PEREMPTORY CHALLENGES, |
| 3/28/1994 | MOTION TOHAVE REASONS FOR DEFENSE OBJECTING AND REASONS FOR OVERRULING DEFENSE ONJECTIONS PLACED ON RECORD, |
| 3/28/1994 | MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE, |
| 3/28/1994 | MOTION TO COMPEL PROSECUTING ATTORNEYTO DISCLOSE DEATH PENALTY DATA |
| 3/28/1994 | MOTION FOR AN ORDER TO ALLOW DEFENSE TO VIEW CRIME SCENE, |
| 3/28/1994 | MOTION FOR WRITTEN JURY INSTRUCTION AND OPPORTUNITY TO REVIEW, |
| 3/28/1994 | MOTION IN LIMINE TO LIMIT PROSECUTORSARGUMENT TO THE AGGRAVATING CIRCUMSTANCE PROVEN AT THE GUILT PHASE, |
| 3/28/1994 | MOTION TO PROHIBIT PROSECUTOR FROM ARGUING, AND THE COURT FROM GIVING INSTRUCTIONS REGARDING STATUTORY MITIGATING FACTORS NOT RAISED BY THE DEFENSE, |
| 3/28/1994 | MOTION TO INSTRUCT THE JURY TO CONSIDER MERCY IN THEIR MITIGATION PHASE DELBERATIONS |
| 3/28/1994 | MOTION TO PROPERLY PRESERVE AND CATALOG ALL PHYSICAL EVIDENCE, |
| 3/28/1994 | MOTION TO PROHIBIT REFERENCES TO THE JURY THAT A VERDICT AS TO DEATH IS ONLY A RECOMMENDATION |
| 3/28/1994 | MOTION TO ALLOW THE DEFENSE TO ARGUE FIRST AND LAST AT THE MITIGATION PHASE, |
| 3/28/1994 | MOTION TO REQUIRE THE JURY TO ARTICULATE THE METHOD BY WHICHIT WEIGHS THE AGGRAVATING AGAINST THE MITIGATING CIRCUMSTANCES, |
| 3/28/1994 | MOTION TO SUBMIT JURY QUESTIONNAIRE, |
| 3/28/1994 | REQUEST FOR NOTICE OF INTENT TO USE EVIDENCE, |
| 3/28/1994 | MOTION TO PROHIBIT DEATH- QUALIFICAITON OF JURY; IN THE ALTERNATIVE,IF NECESSARY.TO SEAT A SEPARATE JURY DURING PENALTY PHASE OF TRIAL, |
| 3/28/1994 | MOTION FOR DISCLOSURE OF WITNESS STATEMENTS PIOR TO TRIAL, |
| 3/28/1994 | MOTION TO INSULATE THE VENIRE AND JURY, |
| 3/28/1994 | MOTION IN LIMINE TO PROHIBIT DISPLAY OF EVIDENTIARY EXHIBIT UNITL PROFFERED, |
| 3/28/1994 | MOTION FOR COMPREHENSIVE VIOR DIRE, |
| 3/28/1994 | MOTION IN LIMINE TO EXCLUDE REFERENCES TO DEFENDANT'S CRIMINAL RECORD, |
| 3/28/1994 | MOTION FOR SEQUESTRATION OF JURORS FOR DURATION OF TRIAL, |
| 3/28/1994 | MOTION TO COMPEL LAW ENFORECMENT OFFICIALS TO TURN OVER ADVISE PROSECUTING ATTORNEY OF ALL INFORMATION ACQUIRED DURING COURSE OF INVESTIGATION, |
| 2/4/1994 | ENTRY OF CONTINUANCE 2/24/94 |
| 1/31/1994 | ENTRY APPOINTING MITIGATION SPECIALIST |
| 1/24/1994 | OPPOSITION TO DEFENDANT'S MOTION TO EMPLOY PSYCHOLOGIST. |
| 1/14/1994 | STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY. |
| 1/14/1994 | ENTRY OF CONTINUANCE 6/6/94 |
| 1/10/1994 | MOTION TO EMPLOY EXPERTS AND AUTHORIZE PAYMENTS OF FEES OF SAME. |

| Date | Entry |
|---|---|
| 1/7/1994 | ENTRY OF CONTINUANCE 1/14/94 |
| 12/28/1993 | DEMAND FOR DISCOVERY |
| 12/28/1993 | REQUEST FOR BILL OF PARTICULARS |
| 12/27/1993 | NOTICE TO SUPREME COURT OF OHIO OF FILING OF INDICTMENT CHARGING AGGRAVATED MURDER W/SPEC (S) OF AGGRAVATING CIRCUMSTANCES 2929.021A R.C. |
| 12/22/1993 | PLEA OF NOT GUILTY ENTERED AT ARRAIGNMENT. $1,000,000 |
| 12/22/1993 | APPOINTMENT OF TRIAL COUNSEL IN A CAPITAL CASE DALE G SCHMIDT & JOHN T KELLER |
| 12/22/1993 | COUNSEL ASSIGNED DALE SCHMIDT & JOHN KELLER |
| 12/22/1993 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. CINTI. ENQUIRER |
| 12/22/1993 | ENTRY OF CONTINUANCE 1/7/94 |
| 12/22/1993 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. CINTI POST |
| 12/21/1993 | SIMON L. LEIS JR., SHERIFF: I HAVE IN CUSTODY AND HAVE SERVED COPY OF INDICTMENT ON SAID DEFENDANT BY PAUL COSGROVE DEPUTY |
| 12/20/1993 | ENTRY APPOINTING COUNSEL DALE SCHMIDT |
| 12/16/1993 | INDICTMENT REPORTED AND FILED. INDICTMENT FOR AGGRAVATED MURDER 2903.01 R.C. (CAPITAL) W/SPEC; ATTEMPT (AGGRAVATED MURDER) 2923.02 R.C. W/SPEC; AGGRAVATED BURGLARY 2911.11 R.C. W/SPEC |
| 12/16/1993 | PRECIPE FOR WARRANT FILED AND WARRANT ISSUED. |

About the Clerk | FAQ | Links | Directions | Policies | Contact Us | Site Map

Alternate languages: Deutsch | Español | Francais | Italiano

© 2005 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.