## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JAMES O'NEAL, | : | |
| Petitioner, | : | CASE NO. 1:02-cv-00357 |
| v. | : | JUDGE MICHAEL H. WATSON |
| MARGARET BAGLEY, Warden | : | Magistrate Judge Michael R. Merz |
| Respondent. | : | *Death Penalty Case* |

### NOTICE OF SUBSTITUTION OF CO-COUNSEL AND TERMINATION OF COUNSEL

Please take notice that **Assistant Attorney General Tara L. Berrien** has been replaced as co-counsel of record for Respondent in the above styled appeal by **Deputy Attorney General Matthew C. Hellman**. **Assistant Attorney General Tara L. Berrien** should be terminated as counsel of record in this case as she is no longer with the Capital Crimes Section. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

        Respectfully submitted,

        JIM PETRO
        OHIO ATTORNEY GENERAL

        s/Matthew C. Hellman
        **MATTHEW C. HELLMAN (0071628)**
        Deputy Attorney General
        Capital Crimes Section
        30 East Broad Street, 23rd Floor
        Columbus, Ohio 43215-3428
        (6l4) 728-7055; (614) 728-8600 (fax)
        Email: mhellman@ag.state.oh.us

        **COUNSEL FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing *Notice of Substitution of Co-Counsel and Termination of Counsel*, has been forwarded via the court's electronic filing system, this 2nd day of February, 2006, to counsel for petitioner:

| | |
|---|---|
| **John J. Gideon** | **Michael W. Krumholtz** |
| Attorney at Law | Email: mwk@bgllaw.com |
| Email: johngideon@sbcglobal.net | Bieser, Greer & Landis |
| 250 East Stanton Avenue | 400 National City Center |
| Columbus, Ohio 43214-1268 | 6 North Main Street |
| | Dayton, Ohio 45402 |

        s/Matthew C. Hellman
        **MATTHEW C. HELLMAN (0071628)**
        Deputy Attorney General