IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES DERRICK O'NEAL,

    Petitioner,

 :

    vs.

 :    Case No. 1:02-cv-357

 :    District Judge Michael R. Barrett
    Magistrate Judge Michael R. Merz

MARGARET BAGLEY, Warden

 :    Death Penalty Case

    Respondent.

_____

STATUS REPORT ON STATE COURT PROCEEDINGS:
DECISION OF COURT OF APPEALS OF HAMILTON COUNTY
_____

    Petitioner James O'Neal, through the undersigned counsel, hereby submits this report on the status of the state court proceedings on his Atkins claim.

    Accompanying this status report is a copy of the December 1, 2006 decision of the Court of Appeals of Hamilton County, Ohio in State of Ohio v. James Derrick O'Neal, Case No. C-050840, affirming the judgment of the Court of Common Pleas.

    Petitioner will be filing a notice of appeal to the Supreme Court of Ohio within 45 days from the date of this decision as provided for in the Rules of the Supreme Court of Ohio.

                                      Respectfully submitted,

                                      s/John J. Gideon
                                      JOHN J. GIDEON (0008151)
                                      (Trial Counsel)
                                      250 East Stanton Avenue
                                      Columbus, Ohio 43214-1268
                                      Phone: (614) 844-3954

       Email: johngideon@sbcglobal.net


       _____s/Michael W. Krumholtz_____
       MICHAEL W. KRUMHOLTZ (0009099)
       (Co-Counsel)
       Bieser, Greer & Landis LLP
       6 North Main Street, Suite 400
       Dayton, Ohio 45402-1908
       Phone: (937) 223-3277
       Facsimile: (937) 223-6339
       Email: mwk@bgllaw.com

       COUNSEL FOR PETITIONER


## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2006 I electronically filed the foregoing Status Report on State Court Proceedings: Decision of Court of Appeals of Hamilton County with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Stephen E. Maher and Matthew C. Hellman, Assistant Attorneys General, Capital Crimes Section, 30 East Broad Street-23rd Floor, Columbus, Ohio 43215-3428.

       _____s/ John J. Gideon_____
       JOHN J. GIDEON (0008151)
       (Trial Counsel)
       250 East Stanton Avenue
       Columbus, Ohio 43214-1268
       Phone: (614) 844-3954
       Email: johngideon@sbcglobal.net

       COUNSEL FOR PETITIONER