IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION at DAYTON

| | | |
|---|---|---|
| JAMES O'NEAL, | : | |
| Petitioner, | : | CASE NO.1:02-CV-00357-MRB-MRM |
| v. | : | JUDGE MICHAEL R. BARRETT |
| MARGARET BAGLEY, WARDEN, | : | MAGISTRATE JUDGE MICHAEL R. MERZ |
| Respondent. | : | |

### INDEX TO THE SUPPLEMENTAL APPENDIX TO THE RETURN OF WRIT VOLUMES VIII - XII

Respectfully submitted,

MARC DANN
Ohio Attorney General

JOHN J. GIDEON
johngideon@sbcglobal.net
250 East Stanton Avenue
Columbus, Ohio 43214-1268
(614) 430-3377; (614) 430-3378 (fax)

_/s/ Stephen E. Maher_

MICHAEL W. KRUMHOLTZ
mwk@bgllaw.com
Bieser, Greer & Landis
6 North Main Street
400 National City Center
Dayton, Ohio 45402
(937) 223-3277; (937) 223-6339 (fax)

STEPHEN E. MAHER (0032279)
smaher@ag.state.oh.us
Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR PETITIONER**   **COUNSEL FOR RESPONDENT**

INDEX TO THE SUPPLEMENTAL APPENDIX TO RETURN OF WRIT
VOLUME VIII OF XII
SUCCESSIVE POST-CONVICTION
HAMILTON COUNTY COURT OF COMMON PLEAS

Docket Sheet ............................................................................................................................. 1

First Successive Petition to Vacate or Set Aside Judgment and/or Sentence ............................... 13

Motion to Extend Time to File a Response to Defendant's Successive Petition to Vacate .......... 21

Entry Granting Extension ........................................................................................................... 22

Entry Granting Extension ........................................................................................................... 23

Motion to Extend Time to File a Response to Defendant's Successive Petition to Vacate .......... 24

Entry Granting Extension ........................................................................................................... 25

Motion to Extend Time to File a Response to Defendant's Successive Petition to Vacate .......... 26

Entry Granting Extension ........................................................................................................... 27

Motion to Extend Time to File a Response to Defendant's Successive Petition to Vacate .......... 28

Entry Granting Extension ........................................................................................................... 29

Motion to Extend Time to File a Response to Defendant's Successive Petition to Vacate .......... 30

Entry Granting Extension ........................................................................................................... 31

Motion to Accept Response of Plaintiff Instanter ....................................................................... 32

Memorandum in Opposition to First Successive Petition to Vacate Judgment or Sentence ......... 33

Defendant-Petitioner's Reply Memorandum in Response to the Plaintiff's Memorandum
in Opposition ............................................................................................................................. 38

Entry Overruling Motion for Funding Mental Retardation Expert and Discovery ...................... 42

Findings of Fact, Conclusions of Law, and Entry Dismissing Successive Petition Filed
Pursuant to *Atkins v. Virginia* ..................................................................................................... 43

INDEX TO THE SUPPLEMENTAL APPENDIX TO RETURN OF WRIT
VOLUME IX OF XII
SUCCESSIVE POST-CONVICTION APPEAL
FIRST DISTRICT COURT OF APPEALS

Docket Sheet ............................................................................................................................1

Notice of Appeal .....................................................................................................................3

Affidavit of Indigency ...........................................................................................................12

Criminal Docket Statement ..................................................................................................14

Regular Calendar Scheduling Order ....................................................................................16

Transcript of the Docket and Journal Entries .....................................................................18

Entry Dismissing Appeal by Agreement and Without Prejudice and Remanding Case to
Trial Court for Evidentiary Hearing ....................................................................................32

INDEX TO THE SUPPLEMENTAL APPENDIX TO RETURN OF WRIT
VOLUME X OF XII
SUCCESSIVE POST-CONVICTION
HAMILTON COUNTY COURT OF COMMON PLEAS

Docket Sheet .................................................................................................................. 1

Entry of Continuance .................................................................................................. 13

Entry Ordering Return of Defendant for Court Proceedings ....................................... 14

Entry Appointing Court Clinic Forensic Services for Examination ............................ 15

Entry Ordering Return of Inmate for Hearing ............................................................. 16

Notice of Change of Address of Counsel for Defendant ............................................. 17

Clerk's Fee ................................................................................................................... 19

Petitoner James O'Neal's Post-Hearing Brief ............................................................. 20

Post-Atkins Hearing Brief ........................................................................................... 45

Decision Denying Defendant's Motion to Vacate or Set Aside His Death Sentence .. 51

Entry Ordering Return of Inmate to Institution ........................................................... 62

```
```

### INDEX TO THE SUPPLEMENTAL APPENDIX TO RETURN OF WRIT
### VOLUME XI OF XII
### SUCCESSIVE POST-CONVICTION APPEAL
### FIRST DISTRICT COURT OF APPEALS

Docket Sheet ......................................................................................................................1

Notice of Appeal ................................................................................................................3

Criminal Docket Statement ................................................................................................7

Accelerated Calendar Scheduling Order ..........................................................................10

Complete Transcript of Proceedings ................................................................................12

Transcript of the Docket and Journal Entries ..................................................................73

Motion of Appellant for Extension of Time to File Brief ................................................88

Motion of Appellant for a Page Limit Extension .............................................................91

Entry Granting Extension of Time ...................................................................................94

Entry Granting Motino to Enlarge Page Limitation for Appellant's Brief and Extending Time for Briefs ..................................................................................................................96

Motino of Appellant for Extension of Time to File Brief ................................................98

Entry Granting Extension of Time .................................................................................101

Brief of Petitioner-Appellant ..........................................................................................103

Motion of Appellant for Leave to File Brief Instanter ...................................................153

Entry Granting Lave to File Appellant's Brief Instanter ................................................157

Entry Granting Additional Time to File Brief of Appellee Until June 1, 2006 .............159

Motno to Extend Time to File Brief of Plaintiff-Appellee .............................................161

Entry Granting Additional Time to File Brief of Appellee Until July 14, 2006 ............162

Brief of Plaintiff-Appellee ..............................................................................................164

Notice of Oral Argument ................................................................................................182

Appelleant James O'Neal's Notice of Supplemental Authorities ...................................185

Decision ..................................................................................................................209

Decision ..................................................................................................................219

INDEX TO THE SUPPLEMENTAL APPENDIX TO RETURN OF WRIT
VOLUME XII OF XII
SUCCESSIVE POST-CONVICTION APPEAL
OHIO SUPREME COURT

Docket ......................................................................................................................................... 1

Notice of Appeal ......................................................................................................................... 3

Memorandum in Support of Jurisdiction of Appellant James Derrick O'Neal ............................ 15

Affidavit of Indigency ................................................................................................................ 65

Case Information Statement ...................................................................................................... 67

Memorandum in Response ........................................................................................................ 68

Entry Dismissing Appeal ........................................................................................................... 86

Respectfully submitted,

**MARC DANN (0039425)**
Attorney General of Ohio

*/s/ Stephen E. Maher/*

**STEPHEN E. MAHER (0032279)**
smaher@ag.state.oh.us
Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055: (614) 728-8600 (fax)

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was sent via UPS Ground, prepaid on June 21, 2007 to counsel for petitioner:

John J. Gideon
250 East Stanton Avenue
Columbus, Ohio 43214-1268

Michael W. Krumholtz
Bieser, Greer & Landis
6 North Main Street
400 National City Center
Dayton, Ohio 45402

*/s/ Stephen E. Maher/*

**STEPHEN E. MAHER (0032279)**