You Are Not Currently Logged In.  Log In He



# Greg Hartmann Clerk of Courts

Directions | Policies | Sitemap

Hamilton County Courthouse
1000 Main Street
Cincinnati, OH 45202

| Home | Court Records | Court Date | Forms | Services | Division Info |

## Case Summary

| | |
|---|---|
| Case Number: | C 0400286 |
| Case Caption: | STATE OF OHIO vs. JAMES DERRICK ONEAL |
| Judge: | Unavailable |
| Filed Date: | 5/7/2004 |
| Case Type: | A105 - NOTICE OF APPEAL - CRIMINAL - POVERTY AFFIDAVIT |
| Total Deposits: | $ 0.00 |
| Total Costs: | $ 62.00 |

### Case Options

Case History
Document Request Form
Case Schedules
Case Documents
Party/Attorney Information
New Case Search
New Name Search
Add Case to My Portfolio

Printer Friendly Version

## Case History

| Doc | Image# | Date | Description | Amount |
|---|---|---|---|---|
| 🗄 | | 8/20/2004 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. | |
| 🗄 | 57 | 8/13/2004 | ENTRY OF DISMISSAL APPEAL BY AGREEMENT AND WITHOUT PREJUDICE AND REMANDING CASE TO TRIAL COURT FOR EVIDENTIARY HEARING B-9309022 | |
| 🗄 | | 6/22/2004 | TRANSCRIPT OF DOCKET AND JOURNAL ENTRIES FILED | |
| | | 6/22/2004 | NOTICE OF FILING OF RECORD INCLUDING TRANCRIPT OF PROCEEDINGS MAILED TO JOHN J. GIDEON, MICHAEL W. KRUMHOLTZ, MICHAEL K. ALLEN AND PHILIP R. CUMMINGS | |
| 🗄 | | 5/24/2004 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. | |
| 🗄 | 25 | 5/20/2004 | ACCELERATED CALENDAR SCHEDULING ORDER, ENTERED. 06/29/04 RECORD DUE. 08/12/04 APPELLANT'S BRIEF DUE. 09/28/04 APPELLEE'S BRIEF DUE. | |
| | | 5/7/2004 | COMMON PLEAS TRIAL COURT # B-9309022 | |
| | | 5/7/2004 | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTOR | |
| 🗄 | | 5/7/2004 | DOCKET STATEMENT FILED. B-9309022 | |
| 🗄 | | 5/7/2004 | AFFIDAVIT OF INDIGENCY | |
| | | 5/7/2004 | APPEAL - ON QUESTIONS OF LAW | |
| 🗄 | | 5/7/2004 | NOTICE OF APPEAL FILED. | |
| | | 5/7/2004 | NO DEPOSIT REQUIRED-POV.AFF. JOHN JOSEPH GIDEON | 0.00 |

About the Clerk | FAQ | Links | Directions | Policies | Contact Us | Site Map

O'Neal Apx. Vol. IX
Page 1

Alternate languages: Deutsch | Español | Francais | Italiano

Greg Hartmann, Clerk of Courts

© 2007 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.



IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO
CRIMINAL DIVISION

STATE OF OHIO,
c/o Hamilton County Prosecuting Attorney
230 East Ninth Street, Suite 7000
Cincinnati, Ohio 45202,

        Plaintiff-Appellee,

    v.

JAMES DERRICK O'NEAL,
#325-132
Mansfield Correctional Institution
1350 North Main Street
Mansfield, Ohio 44901-0788

        Defendant-Appellant.

C040286

APPEAL NO. _____

TRIAL NO. B-939022

DEATH PENALTY CASE

FILED 2004 MAY -7 A 11:49
GREGORY HARTMANN
CLERK OF COURT
HAM. CNTY. OH

### NOTICE OF APPEAL OF JAMES DERRICK O'NEAL

Notice is hereby given that James Derrick O'Neal, Defendant-Appellant, hereby appeals to the Court of Appeals of Ohio, First Appellate District, Hamilton County, from the Findings of Fact, Conclusions of Law, and Entry Dismissing Successive Petition Filed Pursuant to <u>Atkins v. Virginia</u>, and from the Entry Overruling Motion for Funding Mental Retardation Expert and Discovery, entered in this matter on April 7, 2004, copies of which are attached hereto.

                                          Respectfully submitted,

                                          /s/ John J. Gideon

```
(ORIG) COMP, PARTIES, SUMMONS
( X) CERT MAIL  ( ) SHERIFF  ( ) WAVE
( ) PROCESS SERVER   ( ) NONE
CLERKS FEES _____ TIC
SECURITY FOR COST _____
DEPOSITED BY ___8151_____
FILING CODE ___A-105_____
```

JOHN J. GIDEON (0008151)
(Trial Attorney)
1093 South Fourth Street
Columbus, Ohio 43206-2621
(614) 444-9906

                                  1

and

*[signature]*

MICHAEL W. KRUMHOLTZ (0009099)
(Co-Counsel)
Bieser, Greer & Landis, LLP
6 North Main Street, Suite 400
Dayton, Ohio 45402-1908
(937) 223-3277

COUNSEL FOR DEFENDANT-
   APPELLANT

MICHAEL K. ALLEN (0025214)
Prosecuting Attorney

PHILIP R. CUMMINGS (0041497P)
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, Ohio 45202-2174
(513) 946-3012

COUNSEL FOR PLAINTIFF-
   APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal of James Derrick O'Neal was served on Philip R. Cummings, Assistant Prosecuting Attorney, Hamilton County Prosecuting Attorney's Office, 230 East Ninth Street, Suite 4000, Cincinnati, Ohio 45202, by regular U.S. Mail, postage prepaid, on this ___ day of May, 2004.

*[signature]*

JOHN J. GIDEON (0008151)
Counsel for Defendant-Appellant

o'neal.noticeofappeal-cpc-May2004

THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

CRIMINAL DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | : | NO. B-939022 |
| Plaintiff-Respondent | : | (Judge Schweikert) |
| vs. | : | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ENTRY DISMISSING SUCCESSIVE PETITION FILED PURSUANT TO ATKINS V. VIRGINIA |
| JAMES DERRICK O'NEAL | : | |
| Defendant-Petitioner | : | |

This motion came before the Court on the petition to vacate or set aside judgment filed pursuant to Atkins v. Virginia[1] and State v. Lott[2]. The Court has reviewed the entire record in this matter, including any and all evidence relating to O'Neal's mental status that was produced at pre-trial, trial, at the mitigation hearing, and submitted with his Atkins petition. The Court has also reviewed the State of Ohio's Memorandum in Opposition to the Petition, and O'Neal's Reply Memorandum.

Based upon the above, the Court makes the following Findings of Fact:

James O'Neal was indicted on December 16, 1993, by a Hamilton County Grand Jury. The indictment charged O'Neal as follows:

Count 1 of the indictment charged O'Neal with purposely causing the death of Carol O'Neal during the commission of an aggravated burglary (R.C. 2903.01(A)). Count 1 also carried two death

---

[1] (2002), 122 S.Ct. 224

[2] (2002), 93 Ohio St.3d 303

penalty specifications: one alleged a course of conduct involving the purposeful attempt to kill two or more persons (R.C. 2929.04(A)(5)); and a second alleged murder during an aggravated burglary (R.C. 2929.04(A)(7)). Count 2 of the indictment charged O'Neal with purposely causing the death of Carol with prior calculation and design (R.C. 2903.01(B)). Count 2 also carried the same two death penalty specifications as count 1. O'Neal was also indicted on one count of attempted murder of Carol's son, Ricardo, (count 3) and one count of aggravated burglary (count 4). Each count in the indictment also carried a firearm specification.

The jury found O'Neal guilty of both counts of aggravated murder (counts 1 and 2), both aggravated burglary death penalty specifications, three of the firearm specifications, and the aggravated burglary charge (count 4). The jury found O'Neal not guilty of attempted murder (count 3) and the course-of-conduct death penalty specifications.

Following a penalty hearing, the jury recommended that O'Neal be sentenced to death on both aggravated murder counts. This court conducted an independent review of the evidence pursuant to R.C. 2929.03(F) and accepted the jury's recommendation and imposed the sentence of death. For the aggravated burglary charge (count 4) and firearm specifications, O'Neal was sentenced in accordance with the law. On appeal, the court of appeals affirmed.

The Ohio Supreme Court affirmed the judgment and the United States Supreme Court denied O'Neal's petition for Writ of Certiorari on May 21, 2001.

This Court denied O'Neal's initial post-conviction petition on February 17, 1998. This judgment was ultimately affirmed by the First District Court of Appeals. The Ohio Supreme Court denied jurisdiction on March 8, 2000.

2.

ENTERED & SCANNED
APR - 7 2004
IMAGE

On November 15, 2002, O'Neal filed his <u>First Successive Petition to Vacate or Set Aside Sentence</u> based upon the United States Supreme Court's decision in <u>Atkins v. Virginia</u>[3].

O'Neal is represented in this petition by John J. Gideon and Michael W. Krumholtz. O'Neal's sole ground for relief is that he is mentally retarded and, therefore, can not be executed under the United State's Supreme Court's ruling in <u>Atkins v. Virginia</u>[4].

In support of his petition, O'Neal has submitted no material, affidavits or documentation. O'Neal refers to the trial record to support his claim.

O'Neal cites to the mitigation phase testimony of Dr. David Chiappone, a clinical psychologist, to support his claim. O'Neal notes that Dr. Chiappone said O'Neal "scored in what are called the border range of mental retardation." (T.p. 981) Dr. Chiappone testified that O'Neal suffered from "borderline mental retardation based on the IQ test and substantiated by his educational data". (T.p. 987) The doctor testified that O'Neal lacked coping skills.

O'Neal also cites to the mitigation phase testimony of Dr. Robert Tureen, a clinical neuropsychologist. Dr. Tureen, O'Neal notes, testified that O'Neal had "minimal cerebral dysfunction" and functioned "in the borderline to mildly retarded range". (T.p. 1002) Dr. Tureen also testified that O'Neal has limitations and difficulties adjusting to and coping with the world.

This Court has thoroughly reviewed the testimony of Dr. Chiappone and Dr. Tureen. The Court finds that Dr. Chiappone specifically testified that O'Neal is not retarded. (T.p. 981, 992) Dr. Chiappone testified that O'Neal functions much higher than his attained IQ and when O'Neal wants to, he can work - and work well. The doctor noted that O'Neal's work record is a reflection of this.

---

[3] (2002) 122 S.Ct. 2242

[4] supra



ENTERED & SCANNED APR - 7 2004 IMAGE 284

(T.p. 992) The Court finds that O'Neal worked at Aerotek for consecutive years earning "employee of the month" honors in January 1991. O'Neal also worked at the Kenwood County Club earning a reputation as a solid worker with a strong work ethic. (T.p. 959)

The Court finds Dr. Tureen's testimony consistent with these facts. Dr. Tureen testified that while O'Neal has a mild cerebral problem (T.p. 1001), O'Neal is capable of performing well in rote tasks. (T.p. 1004) Dr. Tureen noted that O'Neal is in the borderline range of mild mental retardation - in the 70-72 range. (T.p. 1009)

The Court finds that O'Neal worked various jobs in an effort to provide for his family and keep his family together. (T.p. 921-925, 934-935)

The Court finds that the Ohio Supreme Court specifically acknowledged that O'Neal (after years of selling drugs) attempted to turn his life around, become a responsible citizen and take custody of his children. The Ohio Supreme Court acknowledged that O'Neal encouraged his children to get an education and he attempted legitimate, steady employment after prison.

The Court finds that the Ohio Supreme Court specifically noted that O'Neal is not mentally retarded.

The Court finds that there is no evidence that O'Neal is unable to function or care for himself.

In State v. Lott[5], the Ohio Supreme Court set forth the standards and procedural guidelines for determining whether convicted petitioners facing the death penalty are mentally retarded. Clinical definitions of mental retardation provide a standard for evaluating an individual's claim of mental retardation. These definitions require (1) significantly sub-average intellectual functioning;

---

[5] 97 Ohio St.3d 303, 2002-Ohio-6625, 779 N.E.2d 1011

4.

(2) significant limitations in two or more adaptive skills, such as communication, self-care, and self-direction; and (3) onset before the age of 18. There is a rebuttable presumption that a defendant is not mentally retarded if his of her IQ is above 70.

Based upon the above findings of fact and standard of law, the Court makes the following Conclusions of Law:

(1) There is a rebuttable presumption that James O'Neal is not mentally retarded;

(2) James O'Neal does not suffer from significantly sub-average intellectual functioning;

(3) James O'Neal does not suffer from significant limitations with respect to his adaptive skills, such as communication, self-care and self-direction.

(4) James O'Neal is capable of functioning as a normal person and was able to do so before age 18;

(5) James O'Neal has not met the minimum threshold standards for demonstrating mental retardation and, thus, is not entitled to an evidentiary hearing on this issue.

Based on the above findings of fact and conclusions of law, the Court hereby denies James O'Neal's first successive petition to vacate or set aside judgment filed pursuant to Atkins v. Virginia[6]



ENTERED & SCANNED
APR - 7 2004
IMAGE 286

---

[6] supra.

5.

James O'Neal's request for an evidentiary hearing is denied. Further, all requests for discovery and appointment of experts is hereby denied.

_____
Judge Mark Schweikert
Hamilton County Court of Common Pleas

ENTER
APR - 7 2004

MARK R SCHWEIKERT

Counsel:

Philip R. Cummings (0041497P)
Assistant Prosecuting Attorney
230 E. Ninth Street, Suite 4000
Cincinnati, Ohio 45202
(513) 946-3012

John J. Gideon (0008151)
(Trial Attorney)
1093 South Fourth Street
Columbus, Ohio 43206-2621
(614) 444-9906

and

Michael W. Krumholtz (0009099)
(Co-Counsel)
Bieser, Greer & Landis LLP
6 North Main Street, Suite 400
Dayton, Ohio 45402-1908
(937) 223-3277



COURT OF COMMON PLEAS
ENTER
HON. MARK R. SCHWEIKERT
THE CLERK SHALL SERVE NOTICE TO PARTIES PURSUANT TO CIVIL RULE 58 WHICH SHALL BE TAXED AS COSTS HEREIN.

ENTERED & SCANNED
APR - 7 2004
IMAGE 287

THE STATE OF OHIO, HAMILTON COUNTY

COURT OF COMMON PLEAS

CRIMINAL DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | : | NO. B-939022 |
| Plaintiff-Respondent | : | (Judge Schweikert) |
| vs. | : | **ENTRY OVERRULING MOTION FOR FUNDING MENTAL RETARDATION EXPERT AND DISCOVERY** |
| JAMES DERRICK O'NEAL | : | |
| Defendant-Petitioner | : | |

The Court hereby overrules defendant's motion for funding a mental retardation expert, and for additional discovery.

_____
Judge Mark Schweikert
Hamilton County Court of Common Pleas

ENTER
APR - 7 2004
MARK R SCHWEIKERT

Counsel:

Philip R. Cummings (0041497P)
Assistant Prosecuting Attorney
230 E. Ninth Street, Suite 4000
Cincinnati, Ohio 45202
(513) 946-3012

John J. Gideon (0008151)
(Trial Attorney)
1093 South Fourth Street
Columbus, Ohio 43206-2621
(614) 444-9906

and

Michael W. Krumholtz (0009099)
(Co-Counsel)
Bieser, Greer & Landis LLP
6 North Main Street, Suite 400
Dayton, Ohio 45402-1908
(937) 223-3277

ENTERED & SCANNED
APR - 7 2004

COURT OF COMMON PLEAS
ENTER
HON. MARK R. SCHWEIKERT
THE CLERK SHALL SERVE NOTICE TO PARTIES PURSUANT TO CIVIL RULE 58 WHICH SHALL BE TAXED AS COSTS HEREIN.

D59031115

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO
CRIMINAL DIVISION

STATE OF OHIO,

Plaintiff-Appellee,

v.

JAMES DERRICK O'NEAL,

Defendant-Appellant.

CA CASE NO. C040286

CP CASE NO. B-939022

DEATH PENALTY CASE

FILED
COURT OF APPEALS
MAY 07 2004
GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY

AFFIDAVIT OF INDIGENCY

STATE OF OHIO )
) ss:
COUNTY OF RICHLAND )

FILED
2004 MAY -1 A 11: 50
GREGORY HARTMANN
CLERK OF COURTS
HAM. CNTY. OHIO

I, James Derrick O'Neal, being first duly cautioned and sworn, state the following:

1. I am the Defendant-Appellant in the above-captioned case;
2. I am incarcerated on death row at the Mansfield Correctional Institution;
3. I presently have no means of financial support and no assets of any value;
4. Because of my poverty I am unable to prepay the fees, costs, or give security therefor;
5. I believe that I am entitled to relief and this action is brought in good faith.
6. I am requesting, pursuant to Rule 1 of the Local Rules of the First Appellate Judicial District, that the filing fee and security deposit, if applicable, be waived.

All of the foregoing is true to the best of my personal knowledge, information, and belief.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JAMES DERRICK O'NEAL
Affiant

SWORN to before me and subscribed in my presence this **3rd** day of May, 2004, by James Derrick O'Neal, prisoner number 325-132.

_____
NOTARY PUBLIC

JOHN J. GIDEON
ATTORNEY AT LAW
NOTARY PUBLIC-STATE OF OHIO
MY COMMISSION HAS NO EXPIRATION DATE
SECTION 147.03 R.C.

o'neal.affidavitofindigency-cpc-May2004

Page 1 of 2 (Go to page 2)

D59031011

| First District Court of Appeals | State of Ohio v. James Derrick O'Neal | Form I Rev. 3/95 |

**Criminal Docket Statement**
(Must Be Typed and filed In Duplicate and Served On Opposing Counsel)

| 1. Case Caption<br>State of Ohio,<br>    Plaintiff-Appellee,<br>v.<br>James Derrick O'Neal,<br>    Defendant-Appellant. | 2. Appeal No. C- **C040286**<br>3. Trial No. B-939022<br>4. Trial Judge Hon. Mark Schweikart<br>5. Related Appeals /Previous Appeals * (see below)<br>6. Date of Judgment/Order Appealed<br>  From April 7, 2004<br>7. Date Appeal Filed May 7, 2004 |
| 8. Counsel for Appellant<br>John J. Gideon (0008151)   Michael W. Krumholtz (0009099)<br>1093 S. Fourth Street      6 North Main Street, Suite 400<br>Columbus, Ohio 43206-2621  Dayton, Ohio 45402-1908<br>(614) 444-9906          (937) 223-3277<br>E-Mail address gideonjj@cs.com / mwk@bgllaw.com | 9. Counsel for Appellee<br>Philip R. Cummings (0041497P)<br>230 East Ninth Street, Suite 4000<br>Cincinnati, Ohio 45202-2174<br>(513) 946-3012<br>E-Mail address _____ |
| 10(B) Criminal Status<br>Counsel was appointed for trial. (Yes) No<br>Counsel was appointed for appeal. (Yes) No<br>Stay was granted by trial court. Yes (No) by Federal Court<br>Length of Sentence Death sentence | Counsel will make a reasonable effort to contact the client prior to merit hearing so that counsel can advise the court of the clients status and desire to proceed with the appeal.<br>(Yes) No<br>If answered no, please explain: |

11. Record
   There will be a partial transcript of proceedings filed.   Yes
   The parts to be ordered are: _____
   There will be a complete transcript of proceedings filed.   Yes
If either of the above are applicable the court reporter's certification below must be completed.

If neither of the above are applicable then one of the following must be circled:
   There will be a statement filed pursuant to App. R. 9(C).   Yes
   There will be an agreed statement filed pursuant to App. R 9(D).   Yes  Note: Transcripts of 1995 trial filed on
   There is no transcript, statement or agreed statement to be filed. (Yes)  on October 29 and 30, 1996 and part of record.
Circling any of the above three will be deemed sufficient compliance with App. R. 9(C) and Local Rule 5.

12. Court Reporter's Certification N/A
The transcript as ordered consists of approximately _____ pages and pursuant to Local Rule 10,
the transcript will be prepared and ready for filing on _____

Date: _____   Signature: _____

13. Brief
   Upon filing of the complete record I request __90__ days to file the brief and assignments of error.

Go to page 2

*Case No. C-940652: pretrial appeal of dismissal of death penalty specifications
Case No. C-960392: direct appeal of conviction and sentence of death
Case No. C-980247: appeal of original petition for postconviction relief

**FILED**
**COURT OF APPEALS**
**MAY 0 7 2004**
GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY

FILED 2004 MAY -7 A 11: [?]
GREGORY HARTMANN
CLERK OF COURTS
HAM. CNTY. OH

Apx. Vol. IX
Page 14

Criminal Docket Statement                                                                         Page 1 of 1

State of Ohio v. James Derrick O'Neal

**14. Nature of the Appeal**
Please Check all That Apply and Be Specific Whenever Space is Provide

| | | |
|---|---|---|
| ( ) Arson | ( ) DUI | ( ) Sex Offense _____ |
| ( ) Assault | ( ) Kidnapping | ( ) Theft Offense _____ |
| ( ) Attempt _____ | (X) Murder | ( ) Traffic Offense _____ |
| ( ) Automobile Offense _____ | (X) Death Penalty | ( ) Weapons Offense _____ |
| ( ) Burglary | ( ) Post Conviction | ( ) Other: _____ |
| ( ) Complicity, Conspiracy | ( ) Probation | |
| ( ) Drug Offense | ( ) Robbery | |

**15. Probable Issues for Review:**
( ) Counsel was Recently Appointed and is Not Yet Able to Identify Probable Issue(s) For Review.
---OR---
Please Check All That Apply and Provide Specific Information Whenever Space is Provided:

| | | |
|---|---|---|
| ( ) Allied Offenses | ( ) Prosecutor Search and Seizure | **Trial Matters** |
| (X) Constitutional Law | | ( ) Evidence |
| Mental retardation and death penalty | ( ) Arrest | ( ) Expert Witnesses |
| ( ) Counsel - Effective Assistance | ( ) Miranda | ( ) Jury Instructions |
| | ( ) Warrant | Witnesses |
| ( ) Crim. R. 11 | Other: _____ | ( ) Other: _____ |
| ( ) Expungement | ( ) Sentencing | ( ) Weight of Evidence |
| ( ) ID/Photos | ( ) Speedy Trial | ( ) Other: _____ |
| ( ) Indictment/Complaint | ( ) Sufficient Evidence/Crim. R.29 | |
| ( ) Lesser Included Offenses | (X) Denial of evidentiary hearing | |
| ( ) Procedure/Rules | (X) Denial of appointment of mental retardation expert | |
| ( ) Probation _____ | (X) Denial of additional discovery | |

**16. Cases and/or Statutes to be Discussed:**
Atkins v. Virginia, 122 S.Ct. 2242, 153 L.Ed. 2d 335 (2002)
State v. Lott, 93 Ohio St. 3d 303 (2002)
R.C. 2953.21 and R.C. 2953.23

**17. Certificate of Service**
I certify that I have mailed or otherwise delivered a copy of this docket statement to all counsel of record or the parties if unrepresented.

Date: 5/6/04    Signature: _____ (0008151)

O'Neal Apx. Vol. IX
Page 15

http://www.hamilton-co.org/appealscourt/Forms/crimdocket2.htm    5/6/2004

## COURT OF APPEALS

| | | |
|---|---|---|
| Judges:<br>Rupert A. Doan<br>Lee H. Hildebrandt, Jr.<br>Robert H. Gorman<br>Mark Philip Painter<br>J. Howard Sundermann, Jr.<br>Ralph Winkler | FIRST APPELLATE DISTRICT OF OHIO<br>William Howard Taft Law Center<br>12th Floor, 230 East Ninth Street<br>Cincinnati, Ohio  45202-2138 | Thomas J. Rottinghaus<br>Court Administrator<br><br>Daniel S. Jenkins<br>Assistant Administrator<br><br>(513) 946-3500<br>Fax: (513) 946-3411 |

**STATE OF OHIO,**    :    APPEAL NO. C-040286
                          TRIAL NO. B-939022
  Plaintiff-Appellee,    :

VS.    :

**JAMES DERRICK O'NEAL,**    :

  Defendant-Appellant.    :

D59187603

### REGULAR CALENDAR SCHEDULING ORDER

Having reviewed the notice of appeal and the docket statement filed herein, it is the Order of this court that this cause be placed on the court's regular calendar.

It is Ordered that the complete record of this action be filed on or before **06/29/2004**.
(See paragraphs one and two of the enclosed.)

The appellant's brief shall be filed on or before **08/12/2004**.
The appellee's brief shall be filed on or before **09/28/2004**.
(See paragraph four of the enclosed.)

Counsel who wish to submit the appeal to the Court without oral argument should submit a written request to the Court at least three working days prior to the hearing.

> NOTE: Enclosed with this Order are several admonitions. These admonitions should be reviewed.

To The Clerk:

Enter upon the Journal of the Court on **May 20, 2004** per order of the Court.

By: _Ralph Winkler_ (Copy sent to counsel)
    Presiding Judge

ENTERED
MAY 2 0 2004
IMAGE 25

O'Neal Apx. Vol. IX
Page 16

```
TODAY'S DATE:  5/24/2004       HAMILTON COUNTY CLERK OF COURTS
IMAGE DATE:    5/10/2004 - 5/24/2004      COMMON PLEAS DIVISION                          PAGE 44
                         NOTICE OF APPEALABLE JUDGMENT  SENT BY ORDINARY MAIL ON  5/24/2004  CMSR5157
--------------------------------------------------------------------------------------------------
  CASE NO.   JUDGE      PLAINTIFF              DEFENDANT                  SENT NOTICE TO
--------------------------------------------------------------------------------------------------

C 0400286    31         STATE OF OHIO          JAMES DERRICK ONEAL        JOHN JOSEPH GIDEON
                                                                          1093 SOUTH FOURTH STREET
                                                                          COLUMBUS OH  43206-2621

C 0400286    31         STATE OF OHIO          JAMES DERRICK ONEAL        HAMILTON COUNTY PROSECUTOR
                                                                          230 E NINTH ST, ROOM 7000
                                                                          CINCINNATI OH  45202
```

FILED
COURT OF APPEALS
MAY 2 4 2004
GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY



D59201863