
D59573531

# Court of Appeals First Appellate District of Ohio.

| | |
|---|---|
| STATE OF OHIO<br><br>　　　　　　　　　　　Plaintiff –<br>　　　　　　　　　　　Appellee<br>　　　vs.<br><br>JAMES DERRICK O'NEAL<br><br>　　　　　　　　　　　Defendant –<br>　　　　　　　　　　　Appellant | No. C 040286<br>　　　B-9309022 |

### TRANSCRIPT OF THE DOCKET AND JOURNAL ENTRIES

C940652(1-125)
C960392(126-200)
C980247(201-221)

1 OF 2

FILED
2004 JUN 22 A 11:25
GREGORY HARTMANN
CLERK OF COURTS
HAM. CITY. OH

FILED
COURT OF APPEALS
JUN 22 2004
GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY

HAMILTON COUNTY
CLERK OF COURTS

BOUND DOCUMENT
CANNOT BE SCANNED

```
TODAY'S DATE: 6/21/2004         HAMILTON COUNTY CLERK OF COURTS        PAGE    1
         CASE:B 9309022           COMMON PLEAS DIVISION                CMSR5155
                                  Criminal Appearance Report
------------------------------------------------------------------------------
                         A P P E A R A N C E   D O C K E T
```

Attorney - Plaintiff
Attorney - Defendant   JOHN JOSEPH GIDEON                    8151
Cur Judge -            RALPH WINKLER                         31

STATE OF OHIO vs. JAMES DERRICK ONEAL

   Total Deposits        $.00
     Total Costs         $0.00


STATE OF OHIO
    vs.
JAMES DERRICK ONEAL
   UNKNOWN                           Municipal #: ,,,
CINC                    OH


   Race: B  Age: 39  Sex: M

Filed:12/16/1993   0005 - WARRANT ON INDICTMENT
Count:1   Disposition:3DOC DEPARTMENT OF CORRECTIONS         Date:12/11/1995
Count:2   Disposition:3DOC DEPARTMENT OF CORRECTIONS         Date:12/11/1995
Count:3   Disposition:3DOC DEPARTMENT OF CORRECTIONS         Date:12/11/1995
Count:4   Disposition:3DOC DEPARTMENT OF CORRECTIONS         Date:12/11/1995

| IMAGE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
|  | 12/16/1993 | INDICTMENT REPORTED AND FILED. INDICTMENT FOR AGGRAVATED MURDER 2903.01 R.C. (CAPITAL) W/SPEC; ATTEMPT (AGGRAVATED MURDER) 2923.02 R.C. W/SPEC; AGGRAVATED BURGLARY 2911.11 R.C. W/SPEC |  |
|  | 12/16/1993 | PRECIPE FOR WARRANT FILED AND WARRANT ISSUED. |  |
| 68 | 12/20/1993 | ENTRY APPOINTING COUNSEL DALE SCHMIDT |  |
|  | 12/21/1993 | SIMON L. LEIS JR., SHERIFF: I HAVE IN CUSTODY AND HAVE SERVED COPY OF INDICTMENT ON SAID DEFENDANT BY PAUL COSGROVE DEPUTY |  |
| 9 | 12/22/1993 | PLEA OF NOT GUILTY ENTERED AT ARRAIGNMENT. $1,000,000 |  |
| 9 | 12/22/1993 | COUNSEL ASSIGNED DALE SCHMIDT & JOHN KELLER |  |
| 14 | 12/22/1993 | APPOINTMENT OF TRIAL COUNSEL IN A CAPITAL CASE DALE G SCHMIDT & JOHN T KELLER |  |
| 113 | 12/22/1993 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. CINTI. ENQUIRER |  |
| 114 | 12/22/1993 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. CINTI POST |  |
| 236 | 12/22/1993 | ENTRY OF CONTINUANCE 1/7/94 |  |
|  | 12/27/1993 | NOTICE TO SUPREME COURT OF OHIO OF FILING OF INDICTMENT CHARGING AGGRAVATED MURDER W/SPEC (S) OF AGGRAVATING CIRCUMSTANCES 2929.021A R.C. |  |
|  | 12/28/1993 | DEMAND FOR DISCOVERY |  |
|  | 12/28/1993 | REQUEST FOR BILL OF PARTICULARS |  |
| 165 | 1/07/1994 | ENTRY OF CONTINUANCE 1/14/94 |  |

Case 1:02-cv-00357-MRB-MRM   Document 40-5   Filed 06/22/2007   Page 3 of 17

```
TODAY'S DATE: 6/21/2004        HAMILTON COUNTY CLERK OF COURTS      PAGE   2
         CASE:B 9309022           COMMON PLEAS DIVISION              CMSR5155
                                  Criminal Appearance Report
```

```
                        A P P E A R A N C E   D O C K E T
            1/10/1994 MOTION
                      TO EMPLOY EXPERTS AND AUTHORIZE
                      PAYMENTS OF FEES OF SAME.
            1/14/1994 STATE'S RESPONSE TO DEFENDANT'S DEMAND
                      FOR DISCOVERY.
206         1/14/1994 ENTRY OF CONTINUANCE
                      6/6/94
            1/24/1994 OPPOSITION TO DEFENDANT'S MOTION TO
                      EMPLOY PSYCHOLOGIST.
 98         1/31/1994 ENTRY
                      APPOINTING MITIGATION SPECIALIST
261         2/04/1994 ENTRY OF CONTINUANCE
                      2/24/94
            3/28/1994 MOTION
                      TO COMPEL DISCLOSURE OF PROSECUTING
                      ATTORNEY'S JURY SELECTION DATA,
            3/28/1994 MOTION
                      FOR INDIVIDUAL SEQUESTERED VOIR DIRE,
            3/28/1994 MOTION
                      FOR A RULING ON NUMBER OF PEREMPTORY
                      CHALLENGES,
            3/28/1994 MOTION
                      TOHAVE REASONS FOR DEFENSE OBJECTING
                      AND REASONS FOR OVERRULING DEFENSE
                      ONJECTIONS PLACED ON RECORD,
            3/28/1994 MOTION
                      TO COMPEL PROSECUTING ATTORNEYTO
                      DISCLOSE DEATH PENALTY DATA
            3/28/1994 MOTION
                      TO COMPEL LAW ENFORECMENT OFFICIALS TO
                      TURN OVER ADVISE PROSECUTING ATTORNEY
                      OF ALL INFORMATION ACQUIRED DURING
                      COURSE OF INVESTIGATION,
            3/28/1994 MOTION
                      FOR AN ORDER TO ALLOW DEFENSE TO VIEW
                      CRIME SCENE,
            3/28/1994 MOTION
                      FOR SEQUESTRATION OF JURORS FOR
                      DURATION OF TRIAL,
            3/28/1994 MOTION
                      FOR WRITTEN JURY INSTRUCTION AND
                      OPPORTUNITY TO REVIEW,
            3/28/1994 MOTION
                      IN LIMINE TO EXCLUDE REFERENCES TO
                      DEFENDANT'S CRIMINAL RECORD,
            3/28/1994 MOTION
                      IN LIMINE TO LIMIT PROSECUTORSARGUMENT
                      TO THE AGGRAVATING CIRCUMSTANCE PROVEN
                      AT THE GUILT PHASE,
            3/28/1994 MOTION
                      FOR COMPREHENSIVE VIOR DIRE,
            3/28/1994 MOTION
                      IN LIMINE TO PROHIBIT DISPLAY OF
                      EVIDENTIARY EXHIBIT UNITL PROFFERED,
            3/28/1994 MOTION
                      TO INSULATE THE VENIRE AND JURY,
            3/28/1994 MOTION
                      FOR DISCLOSURE OF WITNESS STATEMENTS
                      PIOR TO TRIAL,
            3/28/1994 MOTION
                      TO PROHIBIT DEATH- QUALIFICAITON OF
                      JURY; IN THE ALTERNATIVE,IF
                      NECESSARY.TO SEAT A SEPARATE JURY
                      DURING PENALTY PHASE OF TRIAL,
            3/28/1994 REQUEST FOR NOTICE OF INTENT TO USE
                      EVIDENCE,
            3/28/1994 MOTION
                      TO SUBMIT JURY QUESTIONNAIRE,
            3/28/1994 MOTION
                      TO REQUIRE THE JURY TO ARTICULATE THE
                      METHOD BY WHICHIT WEIGHS THE
```

Case 1:02-cv-00357-MRB-MRM Document 40-5 Filed 06/22/2007 Page 4 of 17

```
TODAY'S DATE: 6/21/2004            HAMILTON COUNTY CLERK OF COURTS       PAGE    3
         CASE:B 9309022               COMMON PLEAS DIVISION              CMSR5155
                                      Criminal Appearance Report
```

```
                    A P P E A R A N C E   D O C K E T
                    AGGRAVATING AGAINST THE MITIGATING
                    CIRCUMSTANCES,
         3/28/1994  MOTION
                    TO ALLOW THE DEFENSE TO ARGUE FIRST
                    AND LAST AT THE MITIGATION PHASE,
         3/28/1994  MOTION
                    TO PROHIBIT REFERENCES TO THE JURY
                    THAT A VERDICT AS TO DEATH IS ONLY A
                    RECOMMENDATION
         3/28/1994  MOTION
                    TO PROPERLY PRESERVE AND CATALOG ALL
                    PHYSICAL EVIDENCE,
         3/28/1994  MOTION
                    TO INSTRUCT THE JURY TO CONSIDER MERCY
                    IN THEIR MITIGATION PHASE DELBERATIONS
         3/28/1994  MOTION
                    TO PROHIBIT PROSECUTOR FROM ARGUING,
                    AND THE COURT FROM GIVING INSTRUCTIONS
                    REGARDING STATUTORY MITIGATING FACTORS
                    NOT RAISED BY THE DEFENSE,
         4/06/1994  SUBPOENA FOR WITNESS ISSUED TO
                    CLEMY LEE NATALIE LEE ANDRE GIFFIN
                    RICARDO LEE CLARENCE CODY LASHAWNDA
                    LEE SANCHEZ LEE ROBERT WILLIAMS
                    KENNETH TAYLOR ANITA ARTIS
         4/06/1994  SUBPOENA FOR WITNESS ISSUED TO
                    PATRICIA FARR DARION LEE JAMIE WRIGHT
                    ARLENE BENNETT DWIGHT HILL TIMOTHY
                    SCHOPMEYER
         4/06/1994  SUBPOENA FOR WITNESS ISSUED TO
                    PREPAID WITNESS KAREN HUDSON
    30   4/08/1994  ENTRY ORDERING
                    RELEASE OF RECORDS.
         4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                    ENDORSED
                    FCLARENCE CODY,
         4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                    ENDORSED
                    CLEMY LEE,
         4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                    ENDORSED
                    ANDRE GIFFIN,
         4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                    ENDORSED
                    ARLENE BENNETT,
         4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                    ENDORSED
                    ANITA ARTIS,
         4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                    ENDORSED
                    TOMOTHY SCHOPMEYER,
         4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                    ENDORSED
                    PATRICIA EARR,
         4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                    ENDORSED
                    DARION LEE,
         4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                    ENDORSED
                    ROBERT WILLIAMS,
         4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                    ENDORSED
                    KENNETH TAYLOR,
         4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                    ENDORSED
                    SANCHEZ LEE,
         4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                    ENDORSED
                    LASHAWNDA LEE,
```

Case 1:02-cv-00357-MRB-MRM   Document 40-5   Filed 06/22/2007   Page 5 of 17

```
TODAY'S DATE: 6/21/2004           HAMILTON COUNTY CLERK OF COURTS      PAGE   4
       CASE:B 9309022              COMMON PLEAS DIVISION               CMSR5155
                                   Criminal Appearance Report
------------------------------------------------------------------------------
```

```
                            A P P E A R A N C E   D O C K E T
            4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                       ENDORSED
                       RICARDO LEE,
            4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                       ENDORSED
                       NATALIE LEE,
            4/08/1994  SUBPOENA FOR WITNESS RETURNED AND
                       ENDORSED
                       DWIGHT HILL,
            4/11/1994  SUBPOENA FOR WITNESS RETURNED AND
                       ENDORSED
                       JAMIE WRIGHT,
            4/15/1994  MOTION
                       TO SUPPRESS EVIDENCE INCLUDINGBUT NOT
                       LIMITED TO STATEMENTS AND PHYSICAL
                       EVIDENCE ON THE GROUNDS THAT IT WAS
                       ILLEGALLY OBTAINED
            4/15/1994  MOTION
                       IN LIMINE TO PROHIBIT ANY EVIDENCE
                       BEARING ON THE CHARCTER OF THE VICTIM.
            4/15/1994  MOTION
                       TO EMPLOY EXPERTS AND AUTHORIZE
                       PAYMENT OF FEES OF SAME
 59         4/19/1994  ENTRY
                       AUTHORIZING APPOINTMENT OF EXPERT AND
                       PAYMENT OF FEES FORSAME
 61         4/19/1994  ENTRY WITHDRAWING
                       JURY DEMAND & REQUESTING THREE-JUDGE
                       PANEL
            4/25/1994  STATE'S RESPONSE TO DEFENDANT'S MOTION
                       IN LIMINE TO PROHIBIT ANY EVIDENCE
                       BEARING ON THE CHARACTER OF THE VICTIM
            4/25/1994  STATE'S RESPONSE TO DEFENDANTSMOTION
                       TO ALLOW DEFENSE TO VIEW CRIME SCENE
            4/25/1994  STATE'S RESPONSE TO DEFENDANT'S MOTION
                       FOR WRITTEN JURY INSTRUCTION
            4/25/1994  STATE'S RESPONSE TO DEFENDANTSMOTION
                       TO PRESERVE AND CATALOGALL PHYSICAL
                       EVIDENCE
            4/25/1994  STATE'S RESPONSE TO DEFENDANT'S MOTION
                       TO COMPEL PROSECUTOR TO DISCLOSE DEATH
                       PENALTY DATA
            4/25/1994  STATE'S RESPONSE TO DEFENSE MOTION TO
                       ALLOW DEFENSE TO ARGUE FIRST AND LAST
            4/25/1994  STATE'S RESPONSE TO DEFENDANT'S MOTION
                       TO REQUIRE THE JURY TO ARTICULATE THE
                       METHOD BY WHICH IT WEIGHS THE
                       AGGRAVATING CIRCUMSTANCES AGAINST THE
                       MITIGATING FACTORS
            4/25/1994  STATE'S RESPONSE TO DEFENDANT'S MOTION
                       TO HAVE REASONS FOR DEFENSE
                       OBJECTIONSAND REASONS FOR OVERRULING
                       DEFENDANT'S OBJECTIONS PLACED OF RECORD
            4/25/1994  STATE'S RESPONSE TO MEMORANDUMFOR
                       SEQUESTRATION OF JURORS FOR DURATION
                       OF TRIAL
            4/25/1994  STATE'S RESPONSE TO MOTION TO COMPEL
                       DISCLOSURE OF PROSECUTING ATTORNEY'S
                       JURY SELECTION DATA
            4/25/1994  STATE'S RESPONSE TO DEFENDANT'S MOTION
                       TO INSULATETHE VENIRE AND JURY
            4/25/1994  STATE'S RESPONSE TO MOTION RULING ON
                       NUMBER OF PEREMPTORYCHALLENGES
            4/25/1994  STATE'S RESPONSE TO DEFENDANT'S MOTION
                       TO PROHIBITDISPLAY OF EVIDENTIARY
                       EXHIBITS UNTIL ADMITTED
            4/25/1994  STATE'S REPLY TO DEFENDANT'S MOTION TO
                       PROHIBIT DEATH QUALIFICATION OF JURY
            4/25/1994  STATE'S RESPONSE TO DEFENDANT'S MOTION
                       TO EXCLUDE REFERENCES TO DEFENDANT'S
                       CRIMINAL RECORD AND TO EXCLUDEANY
```

```
                    A P P E A R A N C E   D O C K E T
            EVIDENCE RELATING TO
            OTHERCRIMES,WRONGS OR ACTS.
 4/25/1994  STATE'S REPLY IN OPPOSITION TO THE
            DEFENDANT'S MOTION FOR DISCLOSING
            WITNESS STATEMENTS PRIOR TO TRIAL
 4/25/1994  STATE'S RESPONSE TO DEFENDANT'S MOTION
            FOR INDIVIDUAL SEQUESTERED VOIR DIRE
 4/25/1994  STATE'S RESPONSE TO DEFENDANT'S MOTION
            TO COMPEL LAW ENFORCEMENT OFFICIALS TO
            TURN OVER AND ADVISE .PROSECUTING
            ATTORNEY OF ALL INFORMATION ACQUIRED
            DURING THE COURSE OF INVESTIGATION
 4/25/1994  STATE'S RESPONSE TO DEFANDANT'S MOTION
            TO PROHIBIT REFERENCES TO THE JURY
            THAT A VERDICT AS TO DEATH IS ONLY A
            RECOMMENDATION
 4/25/1994  STATE'S RESPONSE TO DEFENDANT'S MOTION
            TO PROHIBIT THE PROSECUTOR FROM
            ARGUING AND THE COURT FROM GIVING
            INSTRUCTIONS REGARDING STATUTORY
            MITIGATING FACTORS NOT RAISED BY THE
            DEFENSE
 4/25/1994  STATE'S RESPONSE TO DEFENDANT'S MOTION
            TO LIMIT PROSECUTOR'S ARGUMENT TO THE
            AGGRAVATING CIRCUMSTANCES PROVEN AT
            THE FIRST PHASE
 4/25/1994  STATE'S RESPONSE TO DEFENDANT'S MOTION
            FOR COMPREHENSIVE VOIR DIRE
 4/25/1994  STATE'S RESPONSE TO DEFANDANT'S MOTION
            TO SUBMIT QUESTIONNAIRE TO PROSPECTIVE
            JURORS
 4/25/1994  STATE'S RESPONSE TO DEFANDANT'S MOTION
            TO APPOINT NEUROPSYCHOLOGIST
 4/25/1994  STATE'S RESPONSE TO DEFANDANT'S MOTION
            TO INSTRUCT THE JURY TO CONSIDER MERCY
            IN ITS MITIGATION PHASE DELIBERATIONS
 4/29/1994  MOTION
            TO DISMISS AGGRAVATED
            BURGLARY(2911.11,R.C. )SPECIFICATION 2
            TO COUNT 1: SPECIFICATION 2 TO COUNT 2
 5/05/1994  STATE'S RESPONSE TO MOTION TO DISMISS
187  5/06/1994  CERTIFICATION BY TRIAL ATTYS- DEATH
            PENALTY CASE JURY WAIVER
 74  5/09/1994  ENTRY OF CONTINUANCE
            8/15/94
  9  5/26/1994  ENTRY
            AUTHORIZING APPOINTMENT OF EXPERT AND
            PAYMENT OF FEES FORSAME
167  5/27/1994  ENTRY OF CONTINUANCE
            6/16/94
170  6/16/1994  ENTRY OVERRULING MOTION TO SUPPRESS.
     7/20/1994  SUBPOENA FOR WITNESS ISSUED TO
            CLEMY LEE, NATALIE LEE, ANDRE GRIFFIN,
            RICHARDO LEE, CLARENCE CODY, LASHAWNDA
            LEE, SANCHEZ LEE, ROBERT WILLIAMS,
            KENNETH TAYLOR, ANITA ARTIS, PATRICIA
            CARR, DANTOINE POSEY,JAMIE WRIGHT,
            ARLENE BENNETT, DWIGHT HILL, TIMOTHY
            SCHOPMEYER
     7/20/1994  SUBPOENA FOR WITNESS ISSUED TO
            PREPAID WITNESS KAREN HUDSON
     7/20/1994  SUBPOENA FOR WITNESS RETURNED AND
            ENDORSED BY FOREIGN SHERIFF
            CLERMONT COUNTY SERVED KAREN HUDSON
     7/21/1994  SUBPOENA FOR WITNESS RETURNED AND
            ENDORSED
            JAMIE WRIGHT
     7/21/1994  SUBPOENA FOR WITNESS RETURNED AND
            ENDORSED
            PATRICIA CARR
```

```
                       A P P E A R A N C E   D O C K E T
           7/21/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED
                     SANCHEZ LEE
           7/21/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED
                     LASHAWADA LEE
           7/21/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED
                     CLARENCE CODY
           7/21/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED
                     RICHARDO LEE
           7/21/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED
                     ANDRE GRIFFIN
           7/21/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED
                     CLEMY LEE
           7/21/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED
                     ROBERT WILLIAMS
           7/22/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED
                     DWIGHT HILL
           7/22/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED BY FOREIGN SHERIFF
                     CLERMONT COUNTY SERVED KAREN HUDSON
           7/25/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED
                     NATALIE LEE
           7/25/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED
                     ANITA ARTIS
           7/25/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED
                     TIMOTHY SCHOPMEYER
           7/25/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED
                     ARLENE BENNETT
           7/25/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED
                     KENNETH TAYLOR
           7/28/1994  SUBPOENA FOR WITNESS RETURNED AND
                     ENDORSED
                     DANTOINE POSEY
           8/11/1994  STATE'S RESPONSE TO DEFENDANT'S DEMAND
                     FOR DISCOVERY.
           8/11/1994  MOTION
                     WITHDRAWING DEFENDANT'S REQUEST FOR
                     THREE JUDGE PANEL AND REQUESTING A
                     TRIAL BY JURY
    157    8/11/1994  ENTRY WITHDRAWING
                     REQUEST FOR THREE JUDGE PANEL &
                     REQUESTING JURY TRIAL
     18    8/16/1994  ENTRY APPOINTING APPELLATE COUNSEL.
                     ELIZABETH E AGAR
     23    8/16/1994  ENTRY GRANTING:
                     DISMISSAL & STAY TOLLING TIME FOR
                     PURPOSES OF APPEAL
           8/16/1994  DOCKET STATEMENT FILED.
                     C940652
           8/16/1994  NOTICE OF APPEAL FILED
                     NO. C940652 COPY SENT TO HAMILTON
                     COUNTY PROSECUTOR
     64    8/16/1994  APPLIC. REQUESTING PERMISSION TO
                     BROADCAST,TELEVISE,PHOTO., RECORD
                     COURTROOM PROCEEDINGS.
                     CINTI POST
    127    8/16/1994  ENTRY OF CONTINUANCE
                     8/16/94
```

```
                       A P P E A R A N C E   D O C K E T
            9/14/1994 COURT OF APPEALS OF HAMILTON COUNTY
                      CASE NO.
                      C-940652
           10/27/1994 APPLICATION FOR PAYMENT OF MITIGATION
                      SPECIALIST
     9     11/02/1994 ENTRY
    10     11/02/1994 ENTRY
            4/26/1995 JUDGMENT ENTRY & OPINION REVERSING
                      JUDGMENT & REMANDINGTO TRIAL COURT
                      (C940652 4/26/95 #2)
   430      5/01/1995 ENTRY OF CONTINUANCE
                      8/21/95
    23      5/04/1995 ENTRY
                      APPOINTING COUNSEL FOR SUPREME COURT
                      APPEAL
   127      7/26/1995 ENTRY OF CONTINUANCE
                      10/23/95
   508      8/03/1995 SUPREME COURT OF OHIO ENTRY DENIES
                      LEAVE FOR APPEAL & APPEAL IS DISMISSED
            8/24/1995 SUBPOENA FOR WITNESS ISSUED TO
                      NATALIE LEE, ANDRE GRIFFIN RETHA LEE,
                      RICARDO LEE CLEMY LEE, CLARENCE CODY
                      LASHAUNDA LEE, SANCHEZ LEE PATRICIA
                      CARR, PATRICIA CARR ANITA ARTIS,
                      DANTOINE POSEY JAMIE WRIGHT, TIMOTHY
                      SCHOPMEYER
            8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      NATALIE LEE
            8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      JAMIE WRIGHT
            8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      ANDRE GRIFFIN
            8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      SANCHEZ LEE
            8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      CLEMY LEE
            8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      LASHAUNDA LEE
            8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      CLARENCE CODY
            8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      RICARDO LEE
            8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      RETHA LEE
            8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      PATRICIA CARR
            8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      ANITA ARTID
            8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      DANTOINE POSEY
            8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      TIMOTHY SCHOPMEYER
            9/25/1995 SUBPOENA FOR WITNESS ISSUED TO
                      PATRICIA CARR JAMIE WRIGHT TIMOTHY
                      SCHOPMEYER SANCHEZ LEE LASHAUNDA LEE
                      CLARENCE CODY RICARDO LEE ANDRE GRIFFIN
```

Case 1:02-cv-00357-MRB-MRM   Document 40-5   Filed 06/22/2007   Page 9 of 17

TODAY'S DATE: 6/21/2004        HAMILTON COUNTY CLERK OF COURTS       PAGE    8
       CASE:B 9309022          COMMON PLEAS DIVISION
                               Criminal Appearance Report            CMSR5155

```
                              A P P E A R A N C E   D O C K E T
              9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
                        ENDORSED
                        JAMIE WRIGHT
              9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
                        ENDORSED
                        SANCHEZ LEE
              9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
                        ENDORSED
                        ANDRE GRIFFIN
              9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
                        ENDORSED
                        CLARENCE CODY
              9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
                        ENDORSED
                        LASHAUNDA LEE
              9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
                        ENDORSED
                        RICARDO LEE
              9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
                        ENDORSED
                        PATRICIA CARR
              9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
                        ENDORSED
                        TIMOTHY SCHOPMEYER
  172        10/24/1995 ENTRY REQUESTING OFFICIAL STENOGRAPHER
  175        10/24/1995 CAUSE PROGRESSED
                        1ST DAY, JURY SELECTION IN PROGRESS
                        TESTIMONY ADDUCED IN PART & CONT'
                        UNTIL 10/25/95
  310        10/25/1995 ORDER
                        FOR JURY TO VIEW PREMISES
  386        10/25/1995 JURY IMPANELED AND SWORN
                        ON VOIR DIRE JURY IMPANELED & SWORN
  387        10/25/1995 CAUSE PROGRESSED
                        2ND DAY, TESTIMONY ADDUCED IN PART &
                        CONT' UNTIL 10/26/95
  457        10/26/1995 CAUSE PROGRESSED
                        3RD DAY CONTINUED TO 10/27/95
  259        10/27/1995 CAUSE PROGRESSED
                        4TH DAY, TESTIMONY ADDUCED IN PART &
                        CONT' UNTIL 10/30/95
             10/30/1995 DEFENDANT'S REQUEST FOR ADDITIONAL
                        INSTRUCTION.
  341        10/30/1995 CAUSE PROGRESSED
                        5TH DAY, TESTIMONY ADDUCED IN PART &
                        CONT' UNTIL 10/31/95
  168        11/01/1995 CAUSE PROGRESSED
                        6TH DAY, TESTIMONY ADDUCED IN PART &
                        CONT' UNTIL 11/1/95
  231        11/01/1995 CAUSE PROGRESSED
                        7TH DAY, TESTIMONY ADDUCED IN PART &
                        CONT' UNTIL 11/2/95
   93        11/02/1995 JURY VERDICT OF
                        GUILTY AGG BURLGARY CT 4. WE, THE JURY
                        FURTHER FIND THATTHE DEFT DID HAVE ON
                        OR ABOUT HIS PERSON, OR UNDER HIS
                        CONTROL, A FIREARM WHILE COMMITTING
                        THE OFFENSE OF AGG BURGLARY
   95        11/02/1995 JURY VERDICT OF NOT GUILTY OF
                        AGG MURDER IN CT 3
   96        11/02/1995 JURY VERDICT OF
                        GUILTY AGG MURDER CT 2. WE,THEJUEY
                        FIND THE DEFT NOT GUILTY OF AGG
                        CIRCUSTANCES AS SET FORTH IN SPEC NO 1
                        TO CT 2 TO WIT: A COURSE OF CONDUCT
                        INVOLVING THE PURPOSEFUL KILLING OR
                        ATTPT TO KILL TWO OR MORE PERSONS. WE,
                        THE JURY FIND THE DEFT GUILTY OF THE
                        AGG CIRCUMSTANCES AS SET FORTH
```

Case 1:02-cv-00357-MRB-MRM   Document 40-5   Filed 06/22/2007   Page 10 of 17

TODAY'S DATE: 6/21/2004          HAMILTON COUNTY CLERK OF COURTS                PAGE    9
          CASE:B 9309022          COMMON PLEAS DIVISION                          CMSR5155
                                  Criminal Appearance Report

```
                         A P P E A R A N C E   D O C K E T
            11/02/1995  IN SPEC 2 TO CT 2 TO WIT' THAT THE
                        DEFT AS THE PRINCIPALOFFENDER
                        COMMITTED THE OFFENSEOF AGG MURDER OF
                        CAROL ANN LEE O'NEAL WHILE THE DEFT
                        WAS COMMITTING OR ATTEMPTING TO COMMIT
                        OR FLEEING IMMEDIATELY AFTER
                        COMMITTING OR ATTEMPTINGTO COMMIT THE
                        OFFENSE OF AGG. BURLGLARY. WE, THE JURY
            11/02/1995  FURTHER FIND THAT THE DEFT DIDHAVE ON
                        OR ABOUT HIS PERSON, OR UNDER HIS
                        CONTROL, A FIREARM WHILE COMMITTING
                        THE OFFENSE OF AGG MURDER IN CT 2
  100       11/02/1995  JURY VERDICT OF
                        GUILTY AGG MURDER IN CT 1. WE,THE JURY
                        FURTHER FIND THE DEFTNOT GUILTY OF AGG
                        CIRCUMSTANCEAS SET FORTH IN SPEC 1 TO
                        CT 1TO WIT; A COURSE OF CONDUCT
                        INVOLVING THE PURPOSEFUL KILLING OR
                        ATTEMPT TO KILL TWOOR MORE PERSONS BY
                        DEFT. WE THE JURY FURTHER FIND DEFT
                        GUILTY OF THE AGG CIRCUMSTANCE
            11/02/1995  AS SET FORTHE IN CP 2 CT 1 TO WIT'
                        THAT THE DEFT AS THE PRIINCIPAL
                        OFFENDER COMMITTED THE OFFENSE OF AGG
                        MURDER OF CAROL ANN LEE O'NEAL WHILE
                        THEDEFT WAS COMMITTING OR ATTEMPTING
                        TO COMMIT OR FLEEINIMMEDIATELY AFTER
                        COMMITTING OR ATTEMPTING TO COMMIT THE
                        OFFENSE OF AGG. BURGLARY. WE
            11/02/1995  THE JURY FURGHER FIND THAT THEDEFT DID
                        HAVE ON OR ABOUT HIS PERSON, OR UNDER
                        HIS CONTROL, A FIREARM WHILE
                        COMMITTING THEOFFENSE OF AGG MURDER IN
                        CT 1
  114       11/02/1995  CAUSE PROGRESSED
                        8TH DAY, TESTIMONY ADDUCED IN PART &
                        CONT' UNTIL 11/6/95
  200       11/02/1995  CASE CONT' IN PROGRESS UNTIL 11/6/95.
  201       11/02/1995  JUDGMENT OF ACQUITTAL OF VERDICT
                        *** CT 3 & SPEC TO CT 3 & SPEC 1 TO
                        EACH CTS 1 & 2 ONLY ***
  136       11/06/1995  CAUSE PROGRESSED
                        9TH DAY, TESTIMONY ADDUCED IN PART &
                        CONT' UNTIL 11/8/95
  131       11/08/1995  JURY VERDICT OF
                        CT 1 WAS FOUND GUILTY OF COMMITTING IS
                        SUFFICIENT TO OUTWEIGH THE MITIGATING
                        FACTORPRESENT IN THIS CASE, & WE
                        THEREFORE RECOMMEND THAT THE SSNT OF
                        DEATH TO BE IMPOSED.
  132       11/08/1995  JURY VERDICT OF
                        WAS FOUND GUILTY OF COMMITTINGIS
                        SUFFICIENT TO OUTWEIGHT THEMITIGATING
                        FACTORS PRESENT IN THIS CASE, & WE
                        THEREFORE RECOMMEND THAT THE SENT OF
                        DEATH BE IMPOSED
  158       11/08/1995  CAUSE CONCLUDED SENTENCE DEFERRED
                        UNTIL 12/11/95. REMANDED.
  255       11/21/1995  ENTRY
                        APPOINTMENT OF EXPERT AND PAYMENT OF
                        FEES FOR SAME
  258       11/21/1995  ENTRY
                        AUTHORIZING APPOINTMENT OF EXPERT &
                        PAYMENT OF FEES FOR SAME
   14       11/28/1995  ENTRY
                        AUTHORIZING APPOINTMENT OF EXPERT OF
                        PAYMENT OF FEES FOR SAME
  233       11/29/1995  AMENDED ENTRY AUTHORIZING APPOINTMENT
                        OF EXPERT AND PAYMENT OF FEES FOR SAME.
```

```
                         A P P E A R A N C E    D O C K E T
 13         12/11/1995 JUDGMENT ENTRY: INCARCERATION
                       CT 1 AGG MURDER SENT DEATH. CT 2 AGG
                       MURDER SENT DEATH. CT 4 AGG BURGLARY
                       10 TO 25YRS (10YRS ACTUAL) 3YRS ACTUAL
                       ON FIREARM SPEC. IN CTS 1,2,& 4
                       CONCURR. W/EACH OTHER BUT CONSEC. TO &
                       PRIOR TO UNDERLY.SENT IN CTS 1,2,& 4.
                       CTS 1 & 2CONCURR. CT 4 CONSEC.CTS 1 &
                       2CREDIT 730DYS. PAY COSTS.
 17         12/11/1995 ENTRY APPOINTING APPELLATE COUNSEL.
                       DALE SCHMIDT & ELIZABETH AGAR
 73         12/11/1995 ENTRY GRANTING:
                       DEFT'S MOTIONS
 75         12/11/1995 APPLIC. REQUESTING PERMISSION TO
                       BROADCAST,TELEVISE,PHOTO., RECORD
                       COURTROOM PROCEEDINGS.
                       WLWT-TV
 97         12/11/1995 ENTRY OVERRULING
                       DEFT'S MOTIONS
            12/14/1995 MOTION
                       FOR NEW TRIAL.
 64         12/18/1995 ENTRY DENYING:
                       DEFT'S MOTION FOR NEW TRIAL
 16         12/22/1995 OPINION
             4/12/1996 MEMORANDUM IN SUPPORT OF MOTION FOR
                       NEW TRIAL.
             4/22/1996 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                       DEFENDANT - FILED
             4/22/1996 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                       DEFENDANT - FILED
             4/26/1996 CRIMINAL STATE COSTS SATISFIED
 11          5/10/1996 ENTRY
                       RESETTING EXECUTION DATE FROM 5/30/96
                       TO 11/5/96
 43          5/10/1996 ENTRY OVERRULING
                       MOTION FOR NEW TRIAL
             5/22/1996 DOCKET STATEMENT FILED.
                       C960392
             5/22/1996 NOTICE OF APPEAL FILED
                       NO. C960392 COPY SENT TO HAMILTON
                       COUNTY PROSECUTOR
101          6/10/1996 ENTRY
                       ALLOWING ADDITIONAL COMPENSATION
294          6/15/1996 ENTRY APPROVING COUNSEL FEES
                       $12500
 28          7/01/1996 ENTRY
                       ALLOWING ADDITIONAL COMPENSATION
 42          7/20/1996 ENTRY APPROVING COUNSEL FEES
                       $17000
             8/19/1996 COURT OF APPEALS OF HAMILTON COUNTY
                       CASE NO.
                       C-960392
             9/30/1996 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                       DEFENDANT - FILED
             9/30/1996 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                       DEFENDANT - FILED
            10/29/1996 COMPLETE TRANSCRIPT OF PROCEEDINGS
                       VOLUMES I THRU V #C960392
            10/30/1996 COMPLETE TRANSCRIPT OF PROCEEDINGS
                       (PRETRIAL MOTIONS)(2 VOLS) C960392
            11/01/1996 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                       DEFENDANT - FILED
            11/01/1996 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                       DEFENDANT - FILED
             1/03/1997 MOTION TO SUPPRESS C960392
             5/13/1997 COMPLETE TRANSCRIPT OF PROCEEDINGS
                       #C960392
             6/10/1997 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                       DEFENDANT - FILED
```

```
TODAY'S DATE: 6/21/2004         HAMILTON COUNTY CLERK OF COURTS         PAGE   11
       CASE:B 9309022                COMMON PLEAS DIVISION                CMSR5155
                                   Criminal Appearance Report
-----------------------------------------------------------------------------------
                             A P P E A R A N C E   D O C K E T
              7/02/1997  PETITION FOR POST-CONVICTION RELIEF
                         UNCER R.C.2953.21
              7/07/1997  MOTION
                         FOR EXTENSION OF TIME TO FILE
                         RESPONSIVE PLEADING.
       173    7/07/1997  ENTRY
                         EXTENDING TIME UNTIL 9/25/97 TO FILE
                         RESPONSE TO POST- CONVICTION
              9/03/1997  AMENDMENT TO PETITION FOR
                         POSTCONVICTION RELIEF UNDER R.C.
                         2953.21
              9/16/1997  MOTION TO DISMISS
                         PETITION TO VACATE
             12/12/1997  JUDGMENT ENTRY AFFIRMING JUDGMENT OF
                         TRIAL COURT 12-03-97 #3 (C960392)
       109   12/19/1997  ENTRY APPOINTING COUNSEL
                         FOR SUPREME COURT APPEAL
                         ELIABETH E AGAR & ROXANN DIEFFENBACH
              1/08/1998  DEATH PENALTY CASE.
                         NOTICE OF APPEARANCE OF POSTCONVICTION
                         COUNSEL.
        51    1/16/1998  ENTRY APPOINTING COUNSEL
                         FOR SUPREME COURT APPEAL
                         ELIZABETH AGAR COUNSEL & ROXANN
                         DIEFFENBACH CO-COUNSEL
              1/26/1998  COPY OF NOTICE OF APPEAL TO THE
                         SUPREME COURT OF OHIO FILED ON 1/21/98
                         S.C. # 98-0147
       213    2/17/1998  FINDINGS OF FACT, CONCLUSIONS OF LAW,
                         AND DISMISSING PETITION TO VACATE
              3/18/1998  NOTICE OF APPEAL FILED
                         NO. C980247 COPY SENT TO HAMILTON
                         COUNTY PROSECUTOR
              3/18/1998  DOCKET STATEMENT FILED.
                         C980247
              4/20/1998  COURT OF APPEALS OF HAMILTON COUNTY
                         CASE NO.
                         C-980247
       222    8/27/1998  COPY OF NOTICE OF APPEAL OF APPELLANT
                         JAMES DERRICK O'NEAL FILED IN THE
                         SUPREME COURT OF OHIO ON 8/21/98
                         SC #98-1735
       223    3/26/1999  JUDGMENT ENTRY & DECISION
                         AFFIRMING JUDGMENT OF TRIAL
                         COURT (C980247 3/26/99 #114)
       224    5/14/1999  COPY OF NOTICE OF APPEAL OF APPELLANT
                         JAMES DERRICK O'NEAL; FILED IN THE
                         SUPREME COURT OF OHIO ON 5/10/99
                         SC#99-906
       225    2/18/2000  COPY OF RECONSIDERATION ENTRY DENYING
                         MOTION; FILED IN THE SUPREME COURT OF
                         OHIO ON 2/16/00 SC#98-147
       226    2/18/2000  COPY OF JUDGMENT ENTRY; FILED IN THE
                         SUPREME COURT OF OHIO ON 1/5/00
                         SC#98-147
       227    2/18/2000  COPY OF MANDATE; FILED IN THE SUPREME
                         COURT OF OHIO ON 2/18/00 SC#98-147
       228    2/22/2000  COPY OF ENTRY GRANTING STAY OF
                         EXECUTION; FILED IN THE SUPREME COURT
                         OF OHIO ON 2/17/00 SC#98-147
       229    3/24/2000  COPY OF ENTRY DISMISSING APPEAL; FILED
                         IN THE SUPREME COURT OF OHIO ON 3/8/00
                         SC#99-906
       230    3/24/2000  COPY OF JUDGMENT ENTRY AFFIRMING
                         JUDGMENT OF THE COURT OF APPEALS;
                         FILED IN THE SUPREME COURT OF OHIO ON
                         3/8/00 SC#98-1735
       231    3/24/2000  COPY OF MANDATE TO THE COURT OF APPEAL
                         OF HAMILTON COUNTY, OHIO TO CARRY
                         JUDGMENT TO EXECUTION; FILED IN THE
                         SUPREME COURT OF OHIO ON 3/8/00
```

```
                        HAMILTON COUNTY CLERK OF COURTS
TODAY'S DATE: 6/21/2004         COMMON PLEAS DIVISION              PAGE    12
     CASE:B 9309022           Criminal Appearance Report           CMSR5155
----------------------------------------------------------------------------
                         A P P E A R A N C E   D O C K E T
                        SC# 98-1735
 (232)   5/15/2000  RECEIPT OF RECORD OPX
                    1 CASE FILE
 (233)   5/15/2000  RECEIPT OF RECORD OPX
                    1 BOX AND 1 POSTER
 (234)   5/15/2000  RECEIPT OF EXHIBITS
                    3 MANILLA ENVELOPES
                    RECEIVED BY JERRY COSTA
 (235)  11/15/2002  FIRST SUCCESSIVE PETITION TO VACATE OR
                    SET ASIDE JUDGMENT AND/OR SENTENCE
                    PURSUANT TO OHIO REVISED CODE SECTIONS
                    2953.21 AND 2953.23
 (236)  11/25/2002  MOTION
                    TO EXTEND TIME TO FILE A RESPONSE TO
                    DEFENDANT'S SUCCESSIVE PETITION TO
                    VACATE.
242 (237) 11/26/2002 ENTRY GRANTING:
                    ADDITIONAL TIME TO FILE RESPONSE UNTIL
                    12/30/02
212 (238) 12/10/2002 ENTRY GRANTING:
                    ADDITIONAL TIME TO FILE RESPONSE UNTIL
                    DECEMBER 30, 2002
 (239)  12/30/2002  MOTION
                    TO EXTEND TIME TO FILE A RESPONSE TO
                    DEFENDANT'S SUCCESSIVE PETITION TO
                    VACATE.
165 (240) 1/07/2003 ENTRY GRANTING:
                    ADDITIONAL TIME TO FILE RESPONSE UNTIL
                    2/3/03
 (241)   2/03/2003  MOTION
                    TO EXTEND TIME TO FILE A RESPONSE TO
                    DEFENDANT'S SUCCESSIVE PETITION TO
                    VACATE.
247 (242) 2/04/2003 ENTRY GRANTING:
                    ADDITIONAL TIME TO FILE RESPONSE UNTIL
                    2/17/03
 (242A)  3/03/2003  MOTION
                    TO EXTEND TIME TO FILE A RESPONSE TO
                    DEFENDANT'S SUCCESSIVE PETITION TO
                    VACATE.
346 (243) 3/04/2003 ENTRY GRANTING:
                    ADDITIONAL TIME TO FILE RESPONSE UNTIL
                    MARCH 21, 2003
 (244)   4/24/2003  MOTION
                    TO EXTEND TIME TO FILE A RESPONSE TO
                    DEFENDANT'S SUCCESSIVE PETITION TO
                    VACATE.
243 (245) 5/08/2003 ENTRY GRANTING:
                    ADDITIONAL TIME TO FILE RESPONSE UNTIL
                    5/21/03
 (246)   6/03/2003  MEMORANDUM IN OPPOSITION TO FIRST
                    SUCCESSIVE PETITION TO VACATE JUDGMENT
                    OR SENTENCE.
 (247)   6/03/2003  MOTION
                    TO ACCEPT RESPONSE OF PLAINTIFF
                    INSTANTER
 (248)   6/10/2003  DEFENDANT-PETITIONER'S REPLY
                    MEMORANDUM IN RESPONSE TO THE
                    PLAINTIFF'S MEMORANDUM IN OPPOSITION.
281 (249) 4/07/2004 ENTRY OVERRULING
                    MOTION FOR FUNDING MENTAL RETARDATION
                    EXPERT AND DISCOVERY
282 (250) 4/07/2004 FINDINGS OF FACT, CONCLUSIONS OF LAW,
                    AND ENTRY DISMISSING SUCCESSIVE
                    PETITION FILED PURSUANT TO ATKINS v
                    VIRGINIA
         4/08/2004  NOTICE OF APPEALABLE JUDGMENT SENT BY
                    ORDINARY MAIL TO ALL PARTIES ENTITLED
                    TO A COPY.
```

```
TODAY'S DATE: 6/21/2004        HAMILTON COUNTY CLERK OF COURTS
      CASE:B 9309022              COMMON PLEAS DIVISION              PAGE    13
                                 Criminal Appearance Report           CMSR5155
------------------------------------------------------------------------------
                          A P P E A R A N C E   D O C K E T
  (251)   5/07/2004  PRAECIPE OF DEFENDANT -APPELLANT
                     JAMES DERRICK O'NEAL
          5/07/2004  NOTICE OF APPEAL FILED
  (252)              NO. C040286 COPY SENT TO HAMILTON
                     COUNTY PROSECUTOR
```

IN THE COURT OF APPEALS OF OHIO
FIRST APPELLATE DISTRICT
HAMILTON COUNTY



STATE OF OHIO,

    Respondent-Appellee,        APPEAL NO. C-040286

v.                                          TRIAL NO. B-939022

JAMES DERRICK O'NEAL,

    Petitioner-Appellant.

### ENTRY DISMISSING APPEAL BY AGREEMENT AND WITHOUT PREJUDICE AND REMANDING CASE TO TRIAL COURT FOR EVIDENTIARY HEARING

This is an appeal by Appellant James Derrick O'Neal from the judgment of the trial court dismissing Appellant's successive postconviction petition filed pursuant to Atkins v. Virginia, (2002) 536 U.S. 304, 122 S.Ct. 2242, and from the order denying Appellant's motion for funding for a mental retardation expert and for discovery.

In light of this Court's decision in State of Ohio v. Cedric Carter, Case No. C-030657 (June 29, 2004, unreported), and for the purpose of judicial economy, Appellant and Appellee agree to the dismissal of this appeal for the purpose of remand to the trial court to conduct an evidentiary hearing on Appellant's claim of mental retardation.

This dismissal shall be without prejudice. Any and all decisions, judgments, and orders of the trial court, in effect at the time of the trial court's decision on remand, may be appealed to this Court.

IT IS SO ORDERED.

ENTERED
AUG 13 2004
IMAGE 57

To the Clerk:
Enter upon the Journal on  8/13/04

_Ralph Winkler_
Presiding Judge

_____
Administrative Judge

For Appellant:

*John Gideon* /PRC per phone authorization
_____
JOHN J. GIDEON (0008151)
(Trial Attorney)
250 East Stanton Avenue
Columbus, Ohio 43214-1268
(614) 430-3377

*Michael W. Krumholtz* /PRC per phone authorization
_____
MICHAEL W. KRUMHOLTZ (0009099)
(Co-Counsel)
Bieser, Greer & Landis, LLP
6 North Main Street, Suite 400
Dayton, Ohio 45402-1908
(937) 223-3277

For Appellee:

MICHAEL K. ALLEN (0025214)
Prosecuting Attorney

_____
PHILIP R. CUMMINGS (0041497P)
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, Ohio 45202-2174
(513) 946-3012

ENTERED
AUG 1 3 2004
IMAGE 58

```
TODAY'S DATE:                         HAMILTON COUNTY CLERK OF COURTS
IMAGE DATE:   8/06/2004 - 8/20/2004   COMMON PLEAS DIVISION                                    PAGE 34
                                      NOTICE OF APPEALABLE JUDGMENT  SENT BY ORDINARY MAIL ON  8/20/2004  CMSR5157
-----------------------------------------------------------------------------------------------------
 CASE NO.  JUDGE    PLAINTIFF              DEFENDANT                    SENT NOTICE TO.
-----------------------------------------------------------------------------------------------------

 C 0400286  31      STATE OF OHIO          JAMES DERRICK ONEAL          JOHN JOSEPH GIDEON
                                                                        1093 SOUTH FOURTH STREET
                                                                        COLUMBUS OH   43206-2621

 C 0400286  31      STATE OF OHIO          JAMES DERRICK ONEAL          HAMILTON COUNTY PROSECUTOR
                                                                        230 E NINTH ST, ROOM 7000
                                                                        CINCINNATI OH   45202
```

**FILED**
COURT OF APPEALS
AUG 20 2004
GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY