You Are Not Currently Logged In.  Log In He
Directions | Policies | Sitemap
SEARCH
Hamilton County Courthouse
1000 Main Street
Cincinnati, OH 45202



| Home | Court Records | Court Date | Forms | Services | Division Info |

## Case Summary

| | |
|---|---|
| Case Number: | B 9309022 |
| Case Caption: | STATE OF OHIO vs. JAMES DERRICK ONEAL |
| Judge: | RALPH WINKLER |
| Filed Date: | 12/16/1993 |
| Case Type: | 0005 - WARRANT ON INDICTMENT |
| Race: | BLACK - AFRICAN AMERICAN |
| Sex: | M |
| Age: | 52 |
| Date of Birth: | 7/10/1954 |
| Count 1: | AGGRAVATED MURDER 2903-01 ORCN |
| Disposition: | 12/11/1995 3DOC DEPARTMENT OF CORRECTIONS |
| Count 2: | AGGRAVATED MURDER 2903-01 ORCN |
| Disposition: | 12/11/1995 3DOC DEPARTMENT OF CORRECTIONS |
| Count 3: | ATTEMPT 2923-02 ORCN |
| Disposition: | 12/11/1995 3DOC DEPARTMENT OF CORRECTIONS |
| Count 4: | AGGRAVATED BURGLARY F1 2911-11 ORCN |
| Disposition: | 12/11/1995 3DOC DEPARTMENT OF CORRECTIONS |

### Case Options
- Case History
- Document Request Form
- Case Schedules
- Case Documents
- Party/Attorney Information
- New Case Search
- New Name Search
- Add Case to My Portfolio

### Case History

| Doc | Image# | Date | Description | Amount |
|---|---|---|---|---|
| | | 5/22/2007 | COPY OF ENTRY DECLINING JURISDICTION AND DISMISSING APPEAL, FILED IN THE SUPREME COURT OF OHIO ON 05/02/07, SC# 2007-0080 | |
| | | 1/26/2007 | NOTICE OF APPEAL OF APPELLANT JAMES DERRICK O'NEAL, FILED IN THE SUPREME COURT OF OHIO ON 01/16/07, SC# 07-0080 | |
| | | 12/6/2006 | CRIMINAL STATE COSTS SATISFIED | |
| | | 12/1/2006 | JUDGMENT ENTRY AND DECISION AFFIRMING JUDGMENT TO TRIAL COURT C-050840 12-01-06 ***COPIES SENT TO DOC AND DEFENDANT ON 12/07/06, RSR*** | |
| | | 12/12/2005 | COURT OF APPEALS OF HAMILTON COUNTY CASE NO. C-050840 | |
| | | 12/9/2005 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED | |
| | | 12/2/2005 | COMPLETE TRANSCRIPT OF PROCEEDINGS C-050840 1 VOL. | |
| | | 10/25/2005 | PRAECIPE OF DEFENDANT- APPELLANT JAMES DERRICK O'NEAL | |
| | | 10/25/2005 | AFFIDAVIT OF INDIGENCY | |
| | | 10/24/2005 | NOTICE OF APPEAL FILED NO. C050840 COPY SENT TO HAMILTON COUNTY PROSECUTOR | |

Printer Friendly Version

O'Neal Apx. Vol. X
Page 1

| | | | |
|---|---|---|---|
| 🗃 | 11 | 10/12/2005 | ENTRY ORDERING RETURN OF INMATE TO INSTITUTION |
| | | 9/26/2005 | NOTICE OF APPEALABLE JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES ENTITLED TO A COPY. |
| 🗃 | 12 | 9/26/2005 | DECISION DENYING DEFT'S MOTION TO VACATE OR SET ASIDE HIS DEATH SENTENCE |
| 🗃 | | 6/14/2005 | POST-ATKINS HEARING BRIEF. |
| 🗃 | | 6/7/2005 | PETITIONER JAMES O'NEAL'S POST-HEARING BRIEF. |
| 🗃 | | 5/31/2005 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| 🗃 | | 5/17/2005 | NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DEFENDANT. |
| 🗃 | 2 | 4/6/2005 | ENTRY ORDERING RETURN OF INMATE FOR HEARING |
| | | 1/27/2005 | REPORT OF EXAMINER PURSUANT TO LAW. REPORT LOCATED IN CLERK OF COURTS OFFICE RM 315. |
| 🗃 | 468 | 10/15/2004 | ENTRY APPOINTING COURT CLINIC FORENSIC SERVICES FOR EXAMINATION |
| 🗃 | 2 | 10/15/2004 | ENTRY ORDERING RETURN OF DEFT FOR COURT PROCEEDINGS |
| 🗃 | 116 | 10/14/2004 | ENTRY OF CONTINUANCE 1/19/05 |
| 🗃 | | 8/13/2004 | ENTRY DISMISSING APPEAL BY AGREEMENT AND WITHOUT PREJUDICE AND REMANDING CASE TO TRIAL COURT FOR EVIDENTIARY HEARING C-040286 IMAGE# 57 08/13/2004 ***COPY SENT TO DOC AND DEFENDANT ON 08/24/04, RSR*** |
| 🗃 | | 6/22/2004 | COURT OF APPEALS OF HAMILTON COUNTY CASE NO. C040286 |
| 🗃 | | 5/7/2004 | NOTICE OF APPEAL FILED NO. C040286 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| 🗃 | | 5/7/2004 | PRAECIPE OF DEFENDANT -APPELLANT JAMES DERRICK O'NEAL |
| | | 4/8/2004 | NOTICE OF APPEALABLE JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES ENTITLED TO A COPY. |
| 🗃 | 282 | 4/7/2004 | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ENTRY DISMISSING SUCCESSIVE PETITION FILED PURSUANT TO ATKINS V VIRGINIA |
| 🗃 | 281 | 4/7/2004 | ENTRY OVERRULING MOTION FOR FUNDING MENTAL RETARDATION EXPERT AND DISCOVERY |
| 🗃 | | 6/10/2003 | DEFENDANT-PETITIONER'S REPLY MEMORANDUM IN RESPONSE TO THE PLAINTIFF'S MEMORANDUM IN OPPOSITION. |
| 🗃 | | 6/3/2003 | MEMORANDUM IN OPPOSITION TO FIRST SUCCESSIVE PETITION TO VACATE JUDGMENT OR SENTENCE. |
| 🗃 | | 6/3/2003 | MOTION TO ACCEPT RESPONSE OF PLAINTIFF INSTANTER |
| 🗃 | 243 | 5/8/2003 | ENTRY GRANTING: ADDITIONAL TIME TO FILE RESPONSE UNTIL 5/21/03 |
| 🗃 | | 4/24/2003 | MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S SUCCESSIVE PETITION TO VACATE. |
| 🗃 | 346 | 3/4/2003 | ENTRY GRANTING: ADDITIONAL TIME TO FILE RESPONSE UNTIL MARCH 21,2003 |
| 🗃 | | 3/3/2003 | MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S SUCCESSIVE PETITION TO VACATE. |
| 🗃 | 247 | 2/4/2003 | ENTRY GRANTING: ADDITIONAL TIME TO FILE RESPONSE UNTIL 2/17/03 |
| 🗃 | | 2/3/2003 | MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S SUCCESSIVE PETITION TO VACATE. |
| 🗃 | 165 | 1/7/2003 | ENTRY GRANTING: ADDITIONAL TIME TO FILE RESPONSE UNTIL 2/3/03 |
| 🗃 | | 12/30/2002 | MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S SUCCESSIVE PETITION TO VACATE. |

O'Neal Apx. Vol. X
Page 2

| | | | |
|---|---|---|---|
| 🗄 | 212 | 12/10/2002 | ENTRY GRANTING: ADDITIONAL TIME TO FILE RESPONSE UNTIL DECEMBER 30,2002 |
| 🗄 | 242 | 11/26/2002 | ENTRY GRANTING: ADDITIONAL TIME TO FILE RESPONSE UNTIL 12/30/02 |
| 🗄 | | 11/25/2002 | MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S SUCCESSIVE PETITION TO VACATE. |
| 🗄 | | 11/15/2002 | FIRST SUCCESSIVE PETITION TO VACATE OR SET ASIDE JUDGMENT AND/OR SENTENCE PURSUANT TO OHIO REVISED CODE SECTIONS 2953.21 AND 2953.23 |
| | | 5/15/2000 | RECEIPT OF EXHIBITS 3 MANILLA ENVELOPES RECEIVED BY JERRY COSTA |
| | | 5/15/2000 | RECEIPT OF RECORD OPX 1 BOX AND 1 POSTER |
| | | 5/15/2000 | RECEIPT OF RECORD OPX 1 CASE FILE |
| | | 3/24/2000 | COPY OF ENTRY DISMISSING APPEAL; FILED IN THE SUPREME COURT OF OHIO ON 3/8/00 SC#99-906 |
| | | 3/24/2000 | COPY OF JUDGMENT ENTRY AFFIRMING JUDGMENT OF THE COURT OF APPEALS; FILED IN THE SUPREME COURT OF OHIO ON 3/8/00 SC#98-1735 |
| | | 3/24/2000 | COPY OF MANDATE TO THE COURT OF APPEAL OF HAMILTON COUNTY, OHIO TO CARRY JUDGMENT TO EXECUTION; FILED IN THE SUPREME COURT OF OHIO ON 3/8/00 SC#98-1735 |
| | | 2/22/2000 | COPY OF ENTRY GRANTING STAY OF EXECUTION; FILED IN THE SUPREME COURT OF OHIO ON 2/17/00 SC#98-147 |
| | | 2/18/2000 | COPY OF RECONSIDERATION ENTRY DENYING MOTION; FILED IN THE SUPREME COURT OF OHIO ON 2/16/00 SC#98-147 |
| | | 2/18/2000 | COPY OF JUDGMENT ENTRY; FILED IN THE SUPREME COURT OF OHIO ON 1/5/00 SC#98-147 |
| | | 2/18/2000 | COPY OF MANDATE; FILED IN THE SUPREME COURT OF OHIO ON 2/18/00 SC#98-147 |
| | | 5/14/1999 | COPY OF NOTICE OF APPEAL OF APPELLANT JAMES DERRICK O'NEAL; FILED IN THE SUPREME COURT OF OHIO ON 5/10/99 SC#99-906 |
| | | 3/26/1999 | JUDGMENT ENTRY & DECISION AFFIRMING JUDGMENT OF TRIAL COURT (C980247 3/26/99 #114) |
| | | 8/27/1998 | COPY OF NOTICE OF APPEAL OF APPELLANT JAMES DERRICK O'NEAL FILED IN THE SUPREME COURT OF OHIO ON 8/21/98 SC #98-1735 |
| | | 4/20/1998 | COURT OF APPEALS OF HAMILTON COUNTY CASE NO. C-980247 |
| | | 3/18/1998 | DOCKET STATEMENT FILED. C980247 |
| | | 3/18/1998 | NOTICE OF APPEAL FILED NO. C980247 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| | 213 | 2/17/1998 | FINDINGS OF FACT, CONCLUSIONS OF LAW, AND DISMISSING PETITION TO VACATE |
| | | 1/26/1998 | COPY OF NOTICE OF APPEAL TO THE SUPREME COURT OF OHIO FILED ON 1/21/98 S.C. # 98-0147 |
| | 51 | 1/16/1998 | ENTRY APPOINTING COUNSEL FOR SUPREME COURT APPEAL ELIZABETH AGAR COUNSEL & ROXANN DIEFFENBACH CO-COUNSEL |
| | | 1/8/1998 | DEATH PENALTY CASE. NOTICE OF APPEARANCE OF POSTCONVICTION COUNSEL. |
| | 109 | 12/19/1997 | ENTRY APPOINTING COUNSEL FOR SUPREME COURT APPEAL ELIABETH E AGAR & ROXANN DIEFFENBACH |
| | | 12/12/1997 | JUDGMENT ENTRY AFFIRMING JUDGMENT OF TRIAL COURT 12-03-97 #3 (C960392) |
| | | 9/16/1997 | MOTION TO DISMISS PETITION TO VACATE |
| | | 9/3/1997 | AMENDMENT TO PETITION FOR POSTCONVICTION RELIEF UNDER |

O'Neal Apx. Vol. X
Page 3

| | | |
|---|---|---|
| | | R.C. 2953.21 |
| | 7/7/1997 | MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING. |
| 0173 | 7/7/1997 | ENTRY EXTENDING TIME UNTIL 9/25/97 TO FILE RESPONSE TO POST-CONVICTION |
| | 7/2/1997 | PETITION FOR POST-CONVICTION RELIEF UNCER R.C.2953.21 |
| | 6/10/1997 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| | 5/13/1997 | COMPLETE TRANSCRIPT OF PROCEEDINGS #C960392 |
| | 1/3/1997 | MOTION TO SUPPRESS C960392 |
| | 11/1/1996 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| | 11/1/1996 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| | 10/30/1996 | COMPLETE TRANSCRIPT OF PROCEEDINGS (PRETRIAL MOTIONS)(2 VOLS) C960392 |
| | 10/29/1996 | COMPLETE TRANSCRIPT OF PROCEEDINGS VOLUMES I THRU V #C960392 |
| | 9/30/1996 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| | 9/30/1996 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| | 8/19/1996 | COURT OF APPEALS OF HAMILTON COUNTY CASE NO. C-960392 |
| 0042 | 7/20/1996 | ENTRY APPROVING COUNSEL FEES $17000 |
| 0028 | 7/1/1996 | ENTRY ALLOWING ADDITIONAL COMPENSATION |
| 0294 | 6/15/1996 | ENTRY APPROVING COUNSEL FEES $12500 |
| 0101 | 6/10/1996 | ENTRY ALLOWING ADDITIONAL COMPENSATION |
| | 5/22/1996 | DOCKET STATEMENT FILED. C960392 |
| | 5/22/1996 | NOTICE OF APPEAL FILED NO. C960392 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| 0011 | 5/10/1996 | ENTRY RESETTING EXECUTION DATE FROM 5/30/96 TO 11/5/96 |
| 0043 | 5/10/1996 | ENTRY OVERRULING MOTION FOR NEW TRIAL |
| | 4/26/1996 | CRIMINAL STATE COSTS SATISFIED |
| | 4/22/1996 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| | 4/22/1996 | CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT - FILED |
| | 4/12/1996 | MEMORANDUM IN SUPPORT OF MOTION FOR NEW TRIAL. |
| 0016 | 12/22/1995 | OPINION |
| 0064 | 12/18/1995 | ENTRY DENYING: DEFT'S MOTION FOR NEW TRIAL |
| | 12/14/1995 | MOTION FOR NEW TRIAL. |
| 0013 | 12/11/1995 | JUDGMENT ENTRY: SENTENCE: INCARCERATION CT 1 AGG MURDER SENT DEATH. CT 2 AGG MURDER SENT DEATH. CT 4 AGG BURGLARY 10 TO 25YRS (10YRS ACTUAL) 3YRS ACTUAL ON FIREARM SPEC. IN CTS 1,2,& 4 CONCURR. W/EACH OTHER BUT CONSEC. TO & PRIOR TO UNDERLY.SENT IN CTS 1,2,& 4. CTS 1 & 2CONCURR. CT 4 CONSEC.CTS 1 & 2CREDIT 730DYS. PAY COSTS. |
| 0073 | 12/11/1995 | ENTRY GRANTING: DEFT'S MOTIONS |
| 0017 | 12/11/1995 | ENTRY APPOINTING APPELLATE COUNSEL. DALE SCHMIDT & ELIZABETH AGAR |
| 0075 | 12/11/1995 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. WLWT-TV |
| 0097 | 12/11/1995 | ENTRY OVERRULING DEFT'S MOTIONS |
| 0233 | 11/29/1995 | AMENDED ENTRY AUTHORIZING APPOINTMENT OF EXPERT AND PAYMENT OF FEES FOR SAME. |
| 0014 | 11/28/1995 | ENTRY AUTHORIZING APPOINTMENT OF EXPERT OF PAYMENT OF |

O'Neal Apx. Vol. X
Page 4

| | | |
|---|---|---|
| | | FEES FOR SAME |
| 0255 | 11/21/1995 | ENTRY APPOINTMENT OF EXPERT AND PAYMENT OF FEES FOR SAME |
| 0258 | 11/21/1995 | ENTRY AUTHORIZING APPOINTMENT OF EXPERT & PAYMENT OF FEES FOR SAME |
| 0131 | 11/8/1995 | JURY VERDICT OF CT 1 WAS FOUND GUILTY OF COMMITTING IS SUFFICIENT TO OUTWEIGH THE MITIGATING FACTORPRESENT IN THIS CASE, & WE THEREFORE RECOMMEND THAT THE SSNT OF DEATH TO BE IMPOSED. |
| 0158 | 11/8/1995 | CAUSE CONCLUDED SENTENCE DEFERRED UNTIL 12/11/95. REMANDED. |
| 0132 | 11/8/1995 | JURY VERDICT OF WAS FOUND GUILTY OF COMMITTINGIS SUFFICIENT TO OUTWEIGHT THEMITIGATING FACTORS PRESENT IN THIS CASE, & WE THEREFORE RECOMMEND THAT THE SENT OF DEATH BE IMPOSED |
| 0136 | 11/6/1995 | CAUSE PROGRESSED 9TH DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 11/8/95 |
| 0093 | 11/2/1995 | JURY VERDICT OF GUILTY AGG BURLGARY CT 4. WE, THE JURY FURTHER FIND THATTHE DEFT DID HAVE ON OR ABOUT HIS PERSON, OR UNDER HIS CONTROL, A FIREARM WHILE COMMITTING THE OFFENSE OF AGG BURGLARY |
| 0095 | 11/2/1995 | JURY VERDICT OF NOT GUILTY OF AGG MURDER IN CT 3 |
| | 11/2/1995 | FURTHER FIND THAT THE DEFT DIDHAVE ON OR ABOUT HIS PERSON, OR UNDER HIS CONTROL, A FIREARM WHILE COMMITTING THE OFFENSE OF AGG MURDER IN CT 2 |
| | 11/2/1995 | AS SET FORTHE IN CP 2 CT 1 TO WIT' THAT THE DEFT AS THE PRIINCIPAL OFFENDER COMMITTED THE OFFENSE OF AGG MURDER OF CAROL ANN LEE O'NEAL WHILE THEDEFT WAS COMMITTING OR ATTEMPTING TO COMMIT OR FLEEINIMMEDIATELY AFTER COMMITTING OR ATTEMPTING TO COMMIT THE OFFENSE OF AGG. BURGLARY. WE |
| 0200 | 11/2/1995 | CASE CONT' IN PROGRESS UNTIL 11/6/95. |
| 0201 | 11/2/1995 | JUDGMENT OF ACQUITTAL OF VERDICT *** CT 3 & SPEC TO CT 3 & SPEC 1 TO EACH CTS 1 & 2 ONLY *** |
| 0114 | 11/2/1995 | CAUSE PROGRESSED 8TH DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 11/6/95 |
| | 11/2/1995 | THE JURY FURGHER FIND THAT THEDEFT DID HAVE ON OR ABOUT HIS PERSON, OR UNDER HIS CONTROL, A FIREARM WHILE COMMITTING THEOFFENSE OF AGG MURDER IN CT 1 |
| 0100 | 11/2/1995 | JURY VERDICT OF GUILTY AGG MURDER IN CT 1. WE,THE JURY FURTHER FIND THE DEFTNOT GUILTY OF AGG CIRCUMSTANCEAS SET FORTH IN SPEC 1 TO CT 1TO WIT; A COURSE OF CONDUCT INVOLVING THE PURPOSEFUL KILLING OR ATTEMPT TO KILL TWOOR MORE PERSONS BY DEFT. WE THE JURY FURTHER FIND DEFT GUILTY OF THE AGG CIRCUMSTANCE |
| | 11/2/1995 | IN SPEC 2 TO CT 2 TO WIT' THAT THE DEFT AS THE PRINCIPALOFFENDER COMMITTED THE OFFENSEOF AGG MURDER OF CAROL ANN LEE O'NEAL WHILE THE DEFT WAS COMMITTING OR ATTEMPTING TO COMMIT OR FLEEING IMMEDIATELY AFTER COMMITTING OR ATTEMPTINGTO COMMIT THE OFFENSE OF AGG. BURLGLARY. WE, THE JURY |
| 0096 | 11/2/1995 | JURY VERDICT OF GUILTY AGG MURDER CT 2. WE,THEJUEY FIND THE DEFT NOT GUILTY OF AGG CIRCUSTANCES AS SET FORTH IN SPEC NO 1 TO CT 2 TO WIT: A COURSE OF CONDUCT INVOLVING THE PURPOSEFUL KILLING OR ATTPT TO KILL TWO OR MORE PERSONS. WE, THE JURY FIND THE DEFT GUILTY OF THE AGG CIRCUMSTANCES AS SET FORTH |
| 0168 | 11/1/1995 | CAUSE PROGRESSED 6TH DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 11/1/95 |
| 0231 | 11/1/1995 | CAUSE PROGRESSED 7TH DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 11/2/95 |

|      | 10/30/1995 | DEFENDANT'S REQUEST FOR ADDITIONAL INSTRUCTION. |
|------|------------|--------------------------------------------------|
| 0341 | 10/30/1995 | CAUSE PROGRESSED 5TH DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 10/31/95 |
| 0259 | 10/27/1995 | CAUSE PROGRESSED 4TH DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 10/30/95 |
| 0457 | 10/26/1995 | CAUSE PROGRESSED 3RD DAY CONTINUED TO 10/27/95 |
| 0310 | 10/25/1995 | ORDER FOR JURY TO VIEW PREMISES |
| 0386 | 10/25/1995 | JURY IMPANELED AND SWORN ON VOIR DIRE JURY IMPANELED & SWORN |
| 0387 | 10/25/1995 | CAUSE PROGRESSED 2ND DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 10/26/95 |
| 0172 | 10/24/1995 | ENTRY REQUESTING OFFICIAL STENOGRAPHER |
| 0175 | 10/24/1995 | CAUSE PROGRESSED 1ST DAY, JURY SELECTION IN PROGRESS TESTIMONY ADDUCED IN PART & CONT' UNTIL 10/25/95 |
|      | 9/26/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JAMIE WRIGHT |
|      | 9/26/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ANDRE GRIFFIN |
|      | 9/26/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED RICARDO LEE |
|      | 9/26/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LASHAUNDA LEE |
|      | 9/26/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CLARENCE CODY |
|      | 9/26/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED SANCHEZ LEE |
|      | 9/26/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED PATRICIA CARR |
|      | 9/26/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED TIMOTHY SCHOPMEYER |
|      | 9/25/1995  | SUBPOENA FOR WITNESS ISSUED TO PATRICIA CARR JAMIE WRIGHT TIMOTHY SCHOPMEYER SANCHEZ LEE LASHAUNDA LEE CLARENCE CODY RICARDO LEE ANDRE GRIFFIN |
|      | 8/24/1995  | SUBPOENA FOR WITNESS ISSUED TO NATALIE LEE, ANDRE GRIFFIN RETHA LEE, RICARDO LEE CLEMY LEE, CLARENCE CODY LASHAUNDA LEE, SANCHEZ LEE PATRICIA CARR, PATRICIA CARR ANITA ARTIS, DANTOINE POSEY JAMIE WRIGHT, TIMOTHY SCHOPMEYER |
|      | 8/24/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED NATALIE LEE |
|      | 8/24/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ANDRE GRIFFIN |
|      | 8/24/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CLEMY LEE |
|      | 8/24/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CLARENCE CODY |
|      | 8/24/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED RETHA LEE |
|      | 8/24/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ANITA ARTID |
|      | 8/24/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED TIMOTHY SCHOPMEYER |
|      | 8/24/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED DANTOINE POSEY |
|      | 8/24/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED PATRICIA CARR |
|      | 8/24/1995  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED RICARDO LEE |

| | | |
|---|---|---|
| | 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LASHAUNDA LEE |
| | 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED SANCHEZ LEE |
| | 8/24/1995 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JAMIE WRIGHT |
| 0508 | 8/3/1995 | SUPREME COURT OF OHIO ENTRY DENIES LEAVE FOR APPEAL & APPEAL IS DISMISSED |
| 0127 | 7/26/1995 | ENTRY OF CONTINUANCE 10/23/95 |
| 0023 | 5/4/1995 | ENTRY APPOINTING COUNSEL FOR SUPREME COURT APPEAL |
| 0430 | 5/1/1995 | ENTRY OF CONTINUANCE 8/21/95 |
| | 4/26/1995 | JUDGMENT ENTRY & OPINION REVERSING JUDGMENT & REMANDING TO TRIAL COURT (C940652 4/26/95 #2) |
| 0009 | 11/2/1994 | ENTRY |
| 0010 | 11/2/1994 | ENTRY |
| | 10/27/1994 | APPLICATION FOR PAYMENT OF MITIGATION SPECIALIST |
| | 9/14/1994 | COURT OF APPEALS OF HAMILTON COUNTY CASE NO. C-940652 |
| 0018 | 8/16/1994 | ENTRY APPOINTING APPELLATE COUNSEL. ELIZABETH E AGAR |
| 0023 | 8/16/1994 | ENTRY GRANTING: DISMISSAL & STAY TOLLING TIME FOR PURPOSES OF APPEAL |
| | 8/16/1994 | DOCKET STATEMENT FILED. C940652 |
| 0064 | 8/16/1994 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. CINTI POST |
| 0127 | 8/16/1994 | ENTRY OF CONTINUANCE 8/16/94 |
| | 8/16/1994 | NOTICE OF APPEAL FILED NO. C940652 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| | 8/11/1994 | STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY. |
| | 8/11/1994 | MOTION WITHDRAWING DEFENDANT'S REQUEST FOR THREE JUDGE PANEL AND REQUESTING A TRIAL BY JURY |
| 0157 | 8/11/1994 | ENTRY WITHDRAWING REQUEST FOR THREE JUDGE PANEL & REQUESTING JURY TRIAL |
| | 7/28/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED DANTOINE POSEY |
| | 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED NATALIE LEE |
| | 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ANITA ARTIS |
| | 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ARLENE BENNETT |
| | 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED KENNETH TAYLOR |
| | 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED TIMOTHY SCHOPMEYER |
| | 7/22/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED DWIGHT HILL |
| | 7/22/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF CLERMONT COUNTY SERVED KAREN HUDSON |
| | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JAMIE WRIGHT |
| | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ROBERT WILLIAMS |
| | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LASHAWADA LEE |

| | Date | Description |
|---|---|---|
| | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CLARENCE CODY |
| | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED RICHARDO LEE |
| | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CLEMY LEE |
| | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ANDRE GRIFFIN |
| | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED SANCHEZ LEE |
| | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED PATRICIA CARR |
| | 7/20/1994 | SUBPOENA FOR WITNESS ISSUED TO CLEMY LEE, NATALIE LEE, ANDRE GRIFFIN, RICHARDO LEE, CLARENCE CODY, LASHAWNDA LEE, SANCHEZ LEE, ROBERT WILLIAMS, KENNETH TAYLOR, ANITA ARTIS, PATRICIA CARR, DANTOINE POSEY,JAMIE WRIGHT, ARLENE BENNETT, DWIGHT HILL, TIMOTHY SCHOPMEYER |
| | 7/20/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF CLERMONT COUNTY SERVED KAREN HUDSON |
| | 7/20/1994 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS KAREN HUDSON |
| 0170 | 6/16/1994 | ENTRY OVERRULING MOTION TO SUPPRESS. |
| 0167 | 5/27/1994 | ENTRY OF CONTINUANCE 6/16/94 |
| 0009 | 5/26/1994 | ENTRY AUTHORIZING APPOINTMENT OF EXPERT AND PAYMENT OF FEES FORSAME |
| 0074 | 5/9/1994 | ENTRY OF CONTINUANCE 8/15/94 |
| 0187 | 5/6/1994 | CERTIFICATION BY TRIAL ATTYS- DEATH PENALTY CASE JURY WAIVER |
| | 5/5/1994 | STATE'S RESPONSE TO MOTION TO DISMISS |
| | 4/29/1994 | MOTION TO DISMISS AGGRAVATED BURGLARY(2911.11,R.C. ) SPECIFICATION 2 TO COUNT 1: SPECIFICATION 2 TO COUNT 2 |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PROHIBIT ANY EVIDENCE BEARING ON THE CHARACTER OF THE VICTIM |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION FOR WRITTEN JURY INSTRUCTION |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANTSMOTION TO ALLLOW DEFENSE TO VIEW CRIME SCENE |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANTSMOTION TO PRESERVE AND CATALOGALL PHYSICAL EVIDENCE |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENSE MOTION TO ALLOW DEFENSE TO ARGUE FIRST AND LAST |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO HAVE REASONS FOR DEFENSE OBJECTIONSAND REASONS FOR OVERRULING DEFENDANT'S OBJECTIONS PLACED OF RECORD |
| | 4/25/1994 | STATE'S RESPONSE TO MOTION TO COMPEL DISCLOSURE OF PROSECUTING ATTORNEY'S JURY SELECTION DATA |
| | 4/25/1994 | STATE'S RESPONSE TO DEFANDANT'S MOTION TO INSTRUCT THE JURY TO CONSIDER MERCY IN ITS MITIGATION PHASE DELIBERATIONS |
| | 4/25/1994 | STATE'S RESPONSE TO DEFANDANT'S MOTION TO APPOINT NEUROPSYCHOLOGIST |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO SUBMIT QUESTIONNAIRE TO PROSPECTIVE JURORS |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION FOR COMPREHENSIVE VOIR DIRE |

| | | |
|---|---|---|
| | 4/25/1994 | STATE'S RESPONSE TO DEFANDANT'S MOTION TO LIMIT PROSECUTOR'S ARGUMENT TO THE AGGRAVATING CIRCUMSTANCES PROVEN AT THE FIRST PHASE |
| | 4/25/1994 | STATE'S RESPONSE TO DEFANDANT'S MOTION TO PROHIBIT THE PROSECUTOR FROM ARGUING AND THE COURT FROM GIVING INSTRUCTIONS REGARDING STATUTORY MITIGATING FACTORS NOT RAISED BY THE DEFENSE |
| | 4/25/1994 | STATE'S RESPONSE TO DEFANDANT'S MOTION TO PROHIBIT REFERENCES TO THE JURY THAT A VERDICT AS TO DEATH IS ONLY A RECOMMENDATION |
| | 4/25/1994 | STATE'S RESPONSE TO DEFANDANT'S MOTION TO COMPEL LAW ENFORCEMENT OFFICIALS TO TURN OVER AND ADVISE .PROSECUTING ATTORNEY OF ALL INFORMATION ACQUIRED DURING THE COURSE OF INVESTIGATION |
| | 4/25/1994 | STATE'S RESPONSE TO DEFANDANT'S MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE |
| | 4/25/1994 | STATE'S REPLY IN OPPOSITION TO THE DEFENDANT'S MOTION FOR DISCLOSING WITNESS STATEMENTS PRIOR TO TRIAL |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE REFERENCES TO DEFENDANT'S CRIMINAL RECORD AND TO EXCLUDEANY EVIDENCE RELATING TO OTHERCRIMES,WRONGS OR ACTS. |
| | 4/25/1994 | STATE'S REPLY TO DEFENDANT'S MOTION TO PROHIBIT DEATH QUALIFICATION OF JURY |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO PROHIBITDISPLAY OF EVIDENTIARY EXHIBITS UNTIL ADMITTED |
| | 4/25/1994 | STATE'S RESPONSE TO MOTION RULING ON NUMBER OF PEREMPTORYCHALLENGES |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO INSULATETHE VENIRE AND JURY |
| | 4/25/1994 | STATE'S RESPONSE TO MEMORANDUMFOR SEQUESTRATION OF JURORS FOR DURATION OF TRIAL |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO REQUIRE THE JURY TO ARTICULATE THE METHOD BY WHICH IT WEIGHS THE AGGRAVATING CIRCUMSTANCES AGAINST THE MITIGATING FACTORS |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL PROSECUTOR TO DISCLOSE DEATH PENALTY DATA |
| 0059 | 4/19/1994 | ENTRY AUTHORIZING APPOINTMENT OF EXPERT AND PAYMENT OF FEES FORSAME |
| 0061 | 4/19/1994 | ENTRY WITHDRAWING JURY DEMAND & REQUESTING THREE-JUDGE PANEL |
| | 4/15/1994 | MOTION TO SUPPRESS EVIDENCE INCLUDINGBUT NOT LIMITED TO STATEMENTS AND PHYSICAL EVIDENCE ON THE GROUNDS THAT IT WAS ILLEGALLY OBTAINED |
| | 4/15/1994 | MOTION TO EMPLOY EXPERTS AND AUTHORIZE PAYMENT OF FEES OF SAME |
| | 4/15/1994 | MOTION IN LIMINE TO PROHIBIT ANY EVIDENCE BEARING ON THE CHARCTER OF THE VICTIM. |
| | 4/11/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JAMIE WRIGHT, |
| 0030 | 4/8/1994 | ENTRY ORDERING RELEASE OF RECORDS. |
| | 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED FCLARENCE CODY, |
| | 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ARLENE BENNETT, |
| | 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED TOMOTHY SCHOPMEYER, |

O'Neal Apx. Vol. X
Page 9

| Date | Entry |
|---|---|
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED DARION LEE, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED KENNETH TAYLOR, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LASHAWNDA LEE, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED DWIGHT HILL, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED NATALIE LEE, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED RICARDO LEE, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED SANCHEZ LEE, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ROBERT WILLIAMS, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED PATRICIA EARR, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ANITA ARTIS, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ANDRE GIFFIN, |
| 4/8/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CLEMY LEE, |
| 4/6/1994 | SUBPOENA FOR WITNESS ISSUED TO CLEMY LEE NATALIE LEE ANDRE GIFFIN RICARDO LEE CLARENCE CODY LASHAWNDA LEE SANCHEZ LEE ROBERT WILLIAMS KENNETH TAYLOR ANITA ARTIS |
| 4/6/1994 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS KAREN HUDSON |
| 4/6/1994 | SUBPOENA FOR WITNESS ISSUED TO PATRICIA FARR DARION LEE JAMIE WRIGHT ARLENE BENNETT DWIGHT HILL TIMOTHY SCHOPMEYER |
| 3/28/1994 | MOTION TO COMPEL DISCLOSURE OF PROSECUTING ATTORNEY'S JURY SELECTION DATA, |
| 3/28/1994 | MOTION FOR A RULING ON NUMBER OF PEREMPTORY CHALLENGES, |
| 3/28/1994 | MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE, |
| 3/28/1994 | MOTION TOHAVE REASONS FOR DEFENSE OBJECTING AND REASONS FOR OVERRULING DEFENSE ONJECTIONS PLACED ON RECORD, |
| 3/28/1994 | MOTION TO COMPEL LAW ENFORECMENT OFFICIALS TO TURN OVER ADVISE PROSECUTING ATTORNEY OF ALL INFORMATION ACQUIRED DURING COURSE OF INVESTIGATION, |
| 3/28/1994 | MOTION FOR SEQUESTRATION OF JURORS FOR DURATION OF TRIAL, |
| 3/28/1994 | MOTION IN LIMINE TO EXCLUDE REFERENCES TO DEFENDANT'S CRIMINAL RECORD, |
| 3/28/1994 | MOTION TO PROHIBIT PROSECUTOR FROM ARGUING, AND THE COURT FROM GIVING INSTRUCTIONS REGARDING STATUTORY MITIGATING FACTORS NOT RAISED BY THE DEFENSE, |
| 3/28/1994 | MOTION TO INSTRUCT THE JURY TO CONSIDER MERCY IN THEIR MITIGATION PHASE DELBERATIONS |
| 3/28/1994 | MOTION TO PROPERLY PRESERVE AND CATALOG ALL PHYSICAL EVIDENCE, |
| 3/28/1994 | MOTION TO PROHIBIT REFERENCES TO THE JURY THAT A VERDICT AS TO DEATH IS ONLY A RECOMMENDATION |
| 3/28/1994 | MOTION TO ALLOW THE DEFENSE TO ARGUE FIRST AND LAST AT THE MITIGATION PHASE, |
| | MOTION TO REQUIRE THE JURY TO ARTICULATE THE METHOD BY |

O'Neal Apx. Vol. X
Page 10

|  | 3/28/1994 | WHICHIT WEIGHS THE AGGRAVATING AGAINST THE MITIGATING CIRCUMSTANCES, |
|---|---|---|
|  | 3/28/1994 | MOTION TO SUBMIT JURY QUESTIONNAIRE, |
|  | 3/28/1994 | REQUEST FOR NOTICE OF INTENT TO USE EVIDENCE, |
|  | 3/28/1994 | MOTION TO PROHIBIT DEATH- QUALIFICAITON OF JURY; IN THE ALTERNATIVE,IF NECESSARY.TO SEAT A SEPARATE JURY DURING PENALTY PHASE OF TRIAL, |
|  | 3/28/1994 | MOTION FOR DISCLOSURE OF WITNESS STATEMENTS PIOR TO TRIAL, |
|  | 3/28/1994 | MOTION TO INSULATE THE VENIRE AND JURY, |
|  | 3/28/1994 | MOTION IN LIMINE TO PROHIBIT DISPLAY OF EVIDENTIARY EXHIBIT UNITL PROFFERED, |
|  | 3/28/1994 | MOTION FOR COMPREHENSIVE VIOR DIRE, |
|  | 3/28/1994 | MOTION IN LIMINE TO LIMIT PROSECUTORSARGUMENT TO THE AGGRAVATING CIRCUMSTANCE PROVEN AT THE GUILT PHASE, |
|  | 3/28/1994 | MOTION FOR WRITTEN JURY INSTRUCTION AND OPPORTUNITY TO REVIEW, |
|  | 3/28/1994 | MOTION FOR AN ORDER TO ALLOW DEFENSE TO VIEW CRIME SCENE, |
|  | 3/28/1994 | MOTION TO COMPEL PROSECUTING ATTORNEYTO DISCLOSE DEATH PENALTY DATA |
| 0261 | 2/4/1994 | ENTRY OF CONTINUANCE 2/24/94 |
| 0098 | 1/31/1994 | ENTRY APPOINTING MITIGATION SPECIALIST |
|  | 1/24/1994 | OPPOSITION TO DEFENDANT'S MOTION TO EMPLOY PSYCHOLOGIST. |
|  | 1/14/1994 | STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY. |
| 0206 | 1/14/1994 | ENTRY OF CONTINUANCE 6/6/94 |
|  | 1/10/1994 | MOTION TO EMPLOY EXPERTS AND AUTHORIZE PAYMENTS OF FEES OF SAME. |
| 0165 | 1/7/1994 | ENTRY OF CONTINUANCE 1/14/94 |
|  | 12/28/1993 | DEMAND FOR DISCOVERY |
|  | 12/28/1993 | REQUEST FOR BILL OF PARTICULARS |
|  | 12/27/1993 | NOTICE TO SUPREME COURT OF OHIO OF FILING OF INDICTMENT CHARGING AGGRAVATED MURDER W/SPEC (S) OF AGGRAVATING CIRCUMSTANCES 2929.021A R.C. |
| 0009 | 12/22/1993 | PLEA OF NOT GUILTY ENTERED AT ARRAIGNMENT. $1,000,000 |
| 0009 | 12/22/1993 | COUNSEL ASSIGNED DALE SCHMIDT & JOHN KELLER |
| 0014 | 12/22/1993 | APPOINTMENT OF TRIAL COUNSEL IN A CAPITAL CASE DALE G SCHMIDT & JOHN T KELLER |
| 0114 | 12/22/1993 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. CINTI POST |
| 0236 | 12/22/1993 | ENTRY OF CONTINUANCE 1/7/94 |
| 0113 | 12/22/1993 | APPLIC. REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO., RECORD COURTROOM PROCEEDINGS. CINTI. ENQUIRER |
|  | 12/21/1993 | SIMON L. LEIS JR., SHERIFF: I HAVE IN CUSTODY AND HAVE SERVED COPY OF INDICTMENT ON SAID DEFENDANT BY PAUL COSGROVE DEPUTY |
| 0068 | 12/20/1993 | ENTRY APPOINTING COUNSEL DALE SCHMIDT |
|  | 12/16/1993 | INDICTMENT REPORTED AND FILED. INDICTMENT FOR AGGRAVATED MURDER 2903.01 R.C. (CAPITAL) W/SPEC; ATTEMPT (AGGRAVATED MURDER) 2923.02 R.C. W/SPEC; AGGRAVATED BURGLARY 2911.11 |

O'Neal Apx. Vol. X
Page 11

R.C. W/SPEC

12/16/1993  PRECIPE FOR WARRANT FILED AND WARRANT ISSUED.

About the Clerk | FAQ | Links | Directions | Policies | Contact Us | Site Map

Alternate languages: Deutsch | Español | Francais | Italiano

© 2007 Greg Hartmann, Hamilton County Clerk of Courts. All rights reserved.


D61092458

**COURT OF COMMON PLEAS**
**HAMILTON COUNTY, OHIO**

ENTERED
OCT 1 4 2004
IMAGE 116

ENTER
OCT 1 4 2004
MARK R. SCHWEIKERT

STATE OF OHIO

Plaintiff

-v-

JAMES O'NEAL

Defendant

CASE NO. B- 0439022

JUDGE MARK R. SCHWEIKERT

**ENTRY OF CONTINUANCE**

THIS MATTER IS HEREBY CONTINUED:

_____ : AT THE REQUEST OF THE STATE

_____ : AT THE REQUEST OF THE DEFENDANT

__X__ : BY AGREEMENT OF COUNSEL FOR THE STATE AND COUNSEL FOR THE DEFENDANT

_____ : ON THE COURT'S ORDER

AND WITH THE COURT'S CONSENT TO THE __19__ DAY OF __JAN__, 20__05__ AT __2:30__ AM/PM FOR THE PURPOSE OF:

_____ : DSC

_____ : PLEA

_____ : PLEA OR TRIAL SETTING

_____ : TRIAL

_____ : SENTENCING

_____ : MOTION

__X__ : OTHER

FOR THE REASON THAT: _____

_Judith McQueen_
Assistant Prosecuting Attorney

_John Gideon_
Attorney for the Defendant

O'Neal Apx. Vol. X
Page 13

Untitled
THE STATE OF OHIO, HAMILTON
COUNTY COURT OF COMMOM PLEAS

ENTERED & SCANNED
OCT 15 2004
IMAGE 2

| | | |
|---|---|---|
| STATE OF OHIO | : | CASE NO. B9309022 |
| VS | : | JUDGE SCHWEIKERT |
| JAMES ONEAL | : | ENTRY ORDERING RETURN OF DEFENDANT |
| IMATE # A325132 | | FOR COURT PROCEEDINGS |
| | : | |

The Sheriff of Hamilton County, Ohio is hereby ordered to obtain custody of the above Defendant who is presently situated at the Mansfield Correctional Inst. and return the Defendant to the Hamilton County Courthouse for the purpose of evaluation by court clinic. Please return James ONeal from December 3, 2004 for evaluation and return the defendant to Mansfield Correctional Inst. on December 17, 2004.

The Hamilton County Sheriff shall maintain custody of the Defendant until further order of court.

_____
Judge Mark Schweikert

ENTER
OCT 1 4 2004
MARK R SCHWEIKERT

THE STATE OF OHIO, HAMILTON COUNTY
COURT OF COMMON PLEAS



_____
JUDGE

STATE OF OHIO

CASE NO. B-4309022

JUDGE Schweikert


D61164628

vs.

James D O'Neal

ENTRY APPOINTING COURT CLINIC
FORENSIC SERVICES FOR
EXAMINATION

This case has come before the Court and the Court, being fully advised, is of the opinion that psychiatric examination is necessary to assist the Court in determining the proper disposition of the case.

IT IS THEREFORE THE COURT'S ORDER that Defendant be examined by the Court Clinic Forensic Services, and the said Psychiatric Center is hereby appointed for that purpose pursuant to the Ohio Revised Code.

IT IS THE FURTHER ORDER OF THE COURT that said Psychiatric Center, upon completion of such examination, shall report in writing, to the Court, the facts found and an interpretation thereof, including conclusions as to the mental condition of said Defendant, and such recommendations, suggestions and opinions as professional judgment indicates may be of help to this Court. If the examiner is evaluating for competency and reports the Defendant is presently incompetent to stand trial, the examiner shall further report as to whether there is a substantial probability that the Defendant will become competent to stand trial within one (1) year if the Defendant is provided with a course of treatment, and if in the examiner's opinion, the Defendant is mentally ill or mentally retarded and the examiner's recommendation as to the least restrictive treatment alternative.

# THE STATE OF OHIO, HAMILTON COUNTY
# COURT OF COMMON PLEAS

STATE OF OHIO      CASE NO. B 9309022

Plaintiff

ENTERED & SCANNED APR 6 - 2005 IMAGE 2

VS.      JUDGE Schweikert

James Derrick O'Neal      ENTRY ORDERING RETURN OF INMATE FOR HEARING

Upon Motion coming before the Court and for good cause shown, the Court hereby orders _Mansfield (manci) Margaret Bradshaw_ to deliver

_James Derrick O'Neal_      # 325132
Inmate      Inmate Number

Into the custody of the Hamilton County Sheriff, to be transported to

Hamilton County, Ohio, to be present on _5·17·05_

Before Judge _Schweikert_.

JUDGE
Hamilton County Common Pleas Court

ENTER
APR 0 5 2005
MARK R. SCHWEIKERT

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO
CRIMINAL DIVISION

STATE OF OHIO,

        Plaintiff,                          CASE NO. B-939022

v                                      JUDGE MARK R. SCHWEIKERT

JAMES DERRICK O'NEAL,           DEATH PENALTY CASE

        Defendant.

### NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DEFENDANT

The undersigned counsel for Defendant James Derrick O'Neal hereby notifies the Court and counsel of his change of address. Counsel's new address is as shown below his signature

                                            Respectfully submitted,

                                            JOHN J GIDEON (0008151)
                                            (Trial Attorney)
                                            250 East Stanton Avenue
                                            Columbus, Ohio 43214-1268
                                            (614) 844-3954

                                            COUNSEL FOR DEFENDANT

FILED
2005 MAY 17 P 1:05
HAMILTON COUNTY, OH
CLERK OF COURTS

1



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Change of Address Of Counsel For Defendant was served on Philip R Cummings, Assistant Prosecuting Attorney, Hamilton County Prosecuting Attorney's Office, 230 East Ninth Street, Suite 4000, Cincinnati, Ohio 45202, and on Michael W Krumholtz, Bieser, Greer & Landis LLP, 6 North Main Street-Suite 400, Dayton, Ohio 45402-1908, by regular U S. Mail, postage prepaid, on this 9th day of March, 2005

                                                                                 JOHN J GIDEON (0008151)
                                                                                 Counsel for Defendant

o'neal noticeofchangeofaddressofcounselfordefendant-cpc-Mar05

Case 1:02-cv-00357-MRB-MRM    Document 40-6    Filed 06/22/2007    Page 19 of 20



D63910700

**FILED**
Criminal Division
MAY 3 1 2005
HAMILTON COUNTY
GREGORY HARTMANN
CLERK OF COURTS

FORM 762

# Clerk of Courts
Hamilton County, Ohio

Cincinnati, Ohio, 5/19, 05

To _Deborah Kahle_  X06-808224

| | | | |
|---|---|---|---|
| Transcript in case of | St. J. James O'Neal  No B-9309022 | | |
| No Pages | 61  at  3.75 | 228 | 75 |
| 1st Copy | 61       .15 | 9 | 15 |
| 2nd Copy | | | |
| Ordered for use of | PROS. / COURT | 237 | 90 |
| Total in words | two hundred & thirty-seven dollars 90/cts Dollars | | |

Received Payment, _____

O'Neal Apx. Vol. X
Page 19

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO
CRIMINAL DIVISION

STATE OF OHIO,

    Plaintiff-Respondent,

                                      CASE NO. B-939022

v.                                       JUDGE MARK R. SCHWEIKERT

                                       DEATH PENALTY CASE

JAMES DERRICK O'NEAL,

    Defendant-Petitioner.

PETITIONER JAMES O'NEAL'S POST-HEARING BRIEF

On May 17, 2005 the Court held an evidentiary hearing on Petitioner James O'Neal's petition for postconviction relief under R.C. 2953.21. Petitioner hereby submits his post-hearing brief on the issue raised in the petition.

Procedural Posture

Petitioner was convicted of aggravated murder and sentenced to death by this Court on December 11, 1995. Petitioner's conviction and sentence of death were affirmed by the Court of Appeals of Hamilton County, First Appellate District, on December 12, 1997. State v. O'Neal, Hamilton App. No. C-960392, 1997 Ohio App. LEXIS 5510 (1997)(unreported). The Ohio Supreme Court affirmed the conviction and sentence of death on January 5, 2000. State v. O'Neal, 87 Ohio St.3d 402, 721 N.E.2d 73 (2000). On January 18, 2000 Petitioner filed a motion for reconsideration of the Ohio Supreme Court's decision on direct appeal. Reconsideration was denied on February 16, 2000. State v. O'Neal, 88 Ohio St.3d 1428, 723 N.E.2d 1115 (2000). Petitioner O'Neal's conviction and sentence became final on May 21, 2001 when the United

1

