1    a psychologist?

2         A.    Well, I concluded that he was in the

3    borderline to mildly retarded level of retarded

4    function as reflected by previously psychometric

5    measures, that the current testing reflecting he

6    had evidence of impaired higher cortical

7    functions.  That means brain function, such as the

8    ability to reason abstractly, problem solve, and

9    plan while other functions remain well intact such

10   as language.

11        Q.    You mentioned testing you performed

12   on Mr. O'Neal back in 1994, did you personally

13   take Mr. O'Neal through an IQ test back at any

14   time in '94?

15        A.    At that time, no.

16        Q.    Did you review the results of IQ test

17   that had been administered to O'Neal back at that

18   time?

19        A.    I did.

20        Q.    Who performed that IQ test?

21        A.    Dr. Chiappone.

22        Q.    Let me take you from 1994 to 2004.

23   Regarding your work in 2004 in connection with the

24   issue of whether or not Mr. O'Neal is mentally

25   retarded, can you describe in general terms for

1    the Court the work that you have performed?

2          A.    Yes.  Besides again interviewing Mr.

3    O'Neal -- and this is on December 4th of 2004 -- I

4    chose to administer two IQ measures.  Now, the

5    Weschsler, W-e-s-c-h-s-l-e-r, Adult Intelligent

6    Scale 3 is the upgraded version of test that Dr.

7    Chiappone used in 1994.

8          Typically, when a new test is brought

9    out, or a new version of a test is brought out, it

10   has been cleaned up.  Items which were not

11   important before and which did not show to be

12   discriminatory are dropped.  New forms are

13   established.  It's considered to be a more

14   accurate measure at this point, so I administered

15   that test.

16         I also wanted a backup measure just

17   to see, you know, to be, if you will, twice

18   assured of what I was getting, so I administered

19   the Reynolds Intelligence Test.  That is not near

20   as popular a test.  It's a relatively new test,

21   but it also assesses some of the same types of

22   abilities, but it does so in a different manner.

23         Q.    Doctor, in addition to this testing,

24   have you reviewed any records pertaining to Mr.

25   O'Neal in connection with your evaluation on the

1    issue of whether or not he is mentally retarded?

2         A.    Yes, I have.

3         Q.    In general, can you tell what records

4    you have reviewed?

5         A.    Probably the most important one was

6    the psychological evaluation or educational

7    evaluation performed back when he was in grade six

8    at age 14.  I don't have the date on that.

9         Q.    Let me stop you for a second and

10   approach if I may.  Let me hand you what's been

11   marked as Defendant's Exhibit A.  I will give you

12   a chance to look at that.

13        A.    Yes.

14        Q.    Do you recognize that, sir?

15        A.    Yes, that's a copy of the school

16   records from the Cincinnati Public Schools'

17   psychology service.

18        Q.    Are those records that you have

19   reviewed in connection with your evaluation of

20   whether or not James O'Neal is mentally retarded?

21        A.    Yes.

22        Q.    Are those records significant in any

23   way in assisting you with making that

24   determination?

25        A.    Yes.  This occurred when he was, as I

said before, when he was in Grade 6 at age 14.
The date I believe was 1968.  He was administered
the Weschsler Adult Intelligence Scale for
Children, which is, if you will, a downward
version of the Wechsler Scale for adults.  This is
again the standard and popular measure.

At that time, he obtained a full
scale IQ of 64, which is well into the retarded
range.  What was more important to me was the
difference between his verbal skills and what we
call nonverbal skills on the Weschsler Adult
Intelligence Scale.  There is almost a 25 point
split.  And that's the type of problems that you
see in children who have not just severe learning
disabilities but problems in brain function.  And,
in fact, the psychologist at the time indicated
that the "below intellectual functioning is due to
organic dysfunction, organic impaired brain
function."

Q.    You mentioned that one of the things
that you did in your more recent work in 2004 in
evaluating Mr. O'Neal on mental retardation was
conduct an interview of Mr. O'Neal.  When did that
take place?

A.    December 4, 2004.

1         Q.    Where was the interview conducted?

2         A.    In the Hamilton County Justice

3  Center.

4         Q.    On that occasion, how long were you

5  with James O'Neal?

6         A.    Approximately three hours.

7         Q.    In connection with the work that you

8  did in 2004 evaluating the issue of whether or not

9  James O'Neal is mentally retarded, did you review

10  the testing that you had performed back in 1994?

11         A.    Yes, I did.

12         Q.    And back at the time of your 1994

13  work involving Mr. O'Neal, did you prepare a

14  written report at that time?

15         A.    Yes.

16         Q.    Let me show you what's been marked as

17  Exhibit B, Dr. Tureen, and I'll ask you if you

18  have seen that before?

19         A.    Yes.

20         Q.    Please tell us what that is.

21         A.    It's a copy of my evaluation which

22  was sent to Mr. John Keller, who was the defense

23  lawyer at the time -- one of defense lawyers at

24  the time.

25         Q.    Have you had an opportunity to review

1   that report in connection with your more recent

2   2004/2005 work pertaining to Mr. O'Neal?

3        A.    Yes.  In fact, I was earlier talking

4   about this.

5        Q.    Now, back when you interviewed Mr.

6   O'Neal in 2004, what was the reason that you

7   conducted that interview?

8        A.    Well, the reason was to actually redo

9   the psychometric testing or IQ testing and see

10  where he was today.

11       Q.    Was that interview significant to you

12  in the ultimate formulation of your opinion

13  concerning this issue of whether or not Mr. O'Neal

14  is mentally retarded?

15       A.    Yes.  And if I can give the reason,

16  is that it's a consistent habit of intellectual

17  performance, which has been established as far

18  back as grade six.

19       Q.    As a psychologist, would you ever

20  make a determination that someone was mentally

21  retarded without having conducted an interview of

22  that person.

23       A.    It's my policy not to make a

24  diagnosis of any individual without personal

25  contact.

1      Q.     Let me show you, Doctor, what has

2   been marked as Exhibit C.  Can you tell what that

3   is?

4      A.     This is a copy of the report that I

5   sent to the Court as a result of my contact with

6   Mr. O'Neal on December 4th.

7      Q.     What's the date of the report, sir?

8      A.     January 18, 2005.

9      Q.     And would having the report in your

10  hand at this point assist you in giving your

11  testimony?

12     A.     Yes.

13     Q.     In relation to this issue of mental

14  retardation of James O'Neal, have you reviewed any

15  legal authority?

16     A.     Yes, I have.

17     Q.     What have you looked at?

18     A.     Primarily *Atkins versus Virginia*, a

19  Supreme Court decision handout written by Judge

20  Stevens.  There was also an amicus brief that was

21  written for the State of Ohio.  There is the

22  statement from the American Mental Retardation

23  Association, which outlines the definitions of

24  mental retardation, which is accepted by *Atkins*

25  and which was supported in the amicus brief.

1    There is also -- there was a report of *Lott versus*

2    *State of Ohio.*

3            Q.    I'm sorry?

4            A.    *Lott versus Ohio.*

5            Q.    Are you aware, Doctor, of any

6    criteria that are utilized in making a

7    determination that a person is mentally retarded?

8            A.    The major criteria that I'm aware of

9    is that which is established by the American

10   Mental Retardation Association.

11           Q.    If you would, please identify what

12   those criteria are.

13           A.    I'm going take this from my report,

14   which is taken from *The Manual of the American*

15   *Mental Retardation*, which is entitled, "Mental

16   Retardation Definition Classification System of

17   Support."

18                 Their particular statements are as

19   follows:

20                 "The disability characterized by

21   significant limitations both in intellectual

22   functioning and in adaptive behavior as expressed

23   in conceptual, social, and practical adaptive

24   skills and originated before the age of 18."

25           Q.    You referenced just a moment ago the

1    American Association for Mental Retardation.  What

2    is that, sir?

3         A.    It's a nationally known organization

4    of -- it's an advocacy organization.  It's a

5    support organization, which has been around

6    since the 1920s and has established many

7    guidelines for working with mental retardation and

8    is nationally recognized.

9         Q.    Dr. Tureen, in your experience as a

10   psychologist, have you dealt with the use of these

11   criteria before your work in the case of James

12   O'Neal?

13        A.    Yes.

14        Q.    When you, as a psychologist, speak of

15   adaptive behavior, what does that refer to?

16        A.    -- talking about the ability to

17   adjust to the real world in which we live

18   basically; does one have the skills that are

19   necessary to function academically, to function in

20   the work-related world, to function in the legal

21   world, to function in the social world, to

22   function interpersonally in a manner that is

23   successful and not detrimental to them or to

24   society.

25        Q.    You described two tests that you

1    performed in 2004 with Mr. O'Neal, if I recall

2    correctly, the Weschsler and also the Reynolds

3    test?

4         A.    Yes.

5         Q.    If you would, take us through how

6    the particular tests administered?  How are they

7    given to a subject?

8         A.    They are administered directly; in

9    this instance by myself.  It's a face-to-face

10   administration.  That in of itself takes probably

11   close to two hours for the two tests.

12        Q.    When you do those tests -- I know

13   there are two -- what do those tests measure?

14        A.    They measure essentially -- let me

15   back up.  They are broken down into components.

16   The components are compiled into a full scale or

17   composite score.  What has been demonstrated that

18   in terms of adaptive functioning, generally

19   speaking, that full scale or composite score is

20   the most significant.

21             In other words, if you look at the

22   Weschsler Adult Intelligence Scale, there are 14

23   subscales, scales that have to do with:  How could

24   a person do arithmetic?  What is their vocabulary?

25   How well can they do some abstract spacial

1  analysis?

2          Those are all put together to come up

3  with a final score.  That's the final score which

4  is used as the best assessment of where an

5  individual is in terms of their general adaptive

6  capacity.

7          Q.    How does that comport with the term

8  "full scale IQ"?

9          A.    That is the same thing on the

10  Weschsler scale.  Other scales call them composite

11  IQs.

12          Q.    Let me take you first to the

13  Weschsler and then to the Reynolds.  If you would,

14  please tell us or describe what the results of

15  those tests were from 2004 for James O'Neal?

16          A.    The full scale IQ on the Weschsler

17  was 67.

18          Q.    Did you say "67"?

19          A.    Sixty-seven.  Now, the qualitative

20  descriptions are a little bit different.  You will

21  find that the newer IQ measures do not like to use

22  the term "mental retardation."  The older ones do.

23          Technically, they describe him as

24  being that score.  "That score" being extremely

25  low.  What it is, is that the first percentile of

1   the general population -- that means 99

2   individuals who take the test -- do better than

3   Mr. O'Neal did.  Okay.

4           The verbal scale was an IQ of 71,

5   which is at the third percentile.  Again, you can

6   get an idea that 97 percent of the people do

7   better.

8           And the performance scale was 69,

9   which is a measure of more perceptual motor,

10  hand/eye coordination and visualization skills.

11  And an important point in looking at these three

12  numbers from any statistical basis is the numbers

13  of 67, 69, and 71 are not significantly different.

14  They all represent very low levels of intellectual

15  functioning.

16      Q.   Let me jump from the Weschsler to the

17  Reynolds testing.  What were the results of that

18  testing that you conducted in 2004?

19      A.   The Reynolds breaks down a little bit

20  differently, but still the composite IQ in this

21  case was 63, which again is at the first

22  percentile in this particular case, so we are

23  getting again a measure of functioning at

24  basically the lowest level you can in terms of

25  percentile ranges.  That means 99 percent of

people function better than this particular
individual.

The nonverbal index was 67, and the
verbal index was 68 -- again, scores which are not
significantly different from each other, all low
into what we call the extremely low -- or using
the old term "retarded" -- range.

Q.    Who actually scored the Weschsler and
Reynolds test that were done of Mr. O'Neal in
2004.

A.    I did.

Q.    In arriving at the scores that you
have described for us, did you attempt to do
anything to put Mr. O'Neal's IQ in a particular
range?

A.    No, I handle this the same as I do
any other scoring task.  I have the manuals in
front of me.  There are always some answers which
may be questionable to try and resolve those
questions one way or the other.

Q.    Can a subject of these tests, the
Weschsler and the Reynolds, do something to
intentionally try to score badly or have a low
score on the testing?

A.    You mean can they?

1          Q.      Yes.

2          A.      Yes, they can.

3          Q.      And as someone who is administering

4      the tests, is there anything that you do to watch

5      for that or guard against that?

6          A.      Well, you get a sense of the effort.

7      But there is a more important measure here of

8      whether or not he tried to do worse, and that's

9      the consistency of performance since age 14.

10     There is no variation here.

11         Q.      With regard to the Weschsler Adult

12     Intelligence Scale, the test that you performed on

13     James O'Neal in 2004, is that a test that is well

14     recognized in the psychological community?

15         A.      Yes.   I think I referred to it as the

16     gold standard of intelligence measure for adults.

17         Q.      Dr. Tureen, based upon your

18     education, training, and experience as a

19     psychologist and your interviewing and testing

20     with James O'Neal as well as your review of his

21     school records, have you formed an opinion to a

22     reasonable certainty as a psychologist as to

23     whether or not James O'Neal is mentally retarded

24     and meets the criteria for mental retardation that

25     we have previously talked about?

1    A. Yes, I have.

2    Q. What is your opinion, sir?

3    A. That Mr. O'Neal meets the criteria

4 for mental retardation.

5    Q. What is the basis of that opinion?

6    A. Three bases:

7    One is low IQ scores in the mentally

8 retarded range;

9    Two is the fact that this has

10 occurred before the age of 18, as documented by

11 school records;

12    And three is evidence of impaired

13 brain function that is going to impact his ability

14 to function continually efficiently in social

15 situations, particularly social situations which

16 are stressful.

17    So he is academically impaired.  He

18 is socially -- there is a social impairment under

19 specific situations of high stress, and this has

20 occurred before the age of 18.

21    Q. Let me, if I may, break this down to

22 the different prongs or different pieces of the

23 criteria for mental retardation.

24    Based upon your education, training,

25 and experience, and your interview and testing

with James O'Neal, as well as your review of his

scholastic records, do you have an opinion to a

reasonable certainty as a psychologist as to

whether or not he suffers from a disability

characterized by significantly subaverage

intellectual functioning which originated before

he was 18 years old?

       A.    Yes.

       Q.    What is your opinion?

       A.    That, in fact, he suffers from a

disability originating before the age of 18.  It's

not only based upon the fact that he was tested at

age 14 and demonstrated sublevels of intellectual

function, but if you look at the academic records,

his performance levels across those records that

were available, again, were at the first and

second percentile compared to the general

population.

       Q.    Based upon your education, training,

and experience and your interviewing and testing

of Mr. O'Neal, as well as your review of his

scholastic records, do you have an opinion, Dr.

Tureen, to reasonable certainty as a psychologist

as to whether or not Mr. O'Neal currently suffers

from a disability characterized by significant

1  limitations in two or more adaptive skills as

2  expressed in conceptual, social, and practical

3  adaptive skills, which occurred before he was age

4  18?

5       A.    Yes, I do.

6       Q.    What is your opinion?

7       A.    That he still suffers from the same

8  level of conceptual inability, if you will, and

9  social limitations as he did prior -- in the past.

10      Q.    And what particular adaptive skills

11 does Mr. O'Neal suffer from a significant

12 limitation of?

13      A.    First of all, there is a significant

14 limitation in academic skills.  I would say

15 reading, math skills, but more importantly is the

16 limitation as a result of what I initially

17 referred to as mild cerebral brain dysfunction,

18 which I believe is the cause of the low level of

19 intellectual function.

20           Now, that particular type of

21 disturbance that he demonstrated on our earlier

22 testing limits his ability to consider alternative

23 modes of dealing with situations which are

24 stressful or which he finds in some way

25 threatening.

1      Q.    And I don't have *Atkins* in front of

2    me, I'm going from memory.  Feel free to review

3    *Atkins* if you have it in your possession.  The

4    reference in *Atkins* to adaptive skills relates to

5    the following:  Communication, self care, home

6    living, social, community use, self direction,

7    health and safety, functional academics, leisure,

8    work.  What you have just described, does that

9    fall into that category of functional academics?

10     A.    The functional academics and social

11   adaptive.

12     Q.    How does that fall into the category

13   of social adaptive?

14     A.    This is an individual who is going to

15   become rigid, perseverative, not able to think of

16   alternative ways of dealing with situations which

17   occur particularly under stress.

18     Q.    Does it impact the issue of whether

19   or not Mr. O'Neal is mentally retarded if he meets

20   two of the ten types of limitations of adaptive

21   behavior?

22     A.    My understanding is that it does.

23     Q.    You have provided us with your

24   opinion concerning whether or not James O'Neal is

25   mentally retarded.  Are there gradations of mental

1   retardation, Doctor?

2        A.    Yes, there are.

3        Q.    Based upon your education, training

4   and experience and your interviewing and your

5   testing of Mr. O'Neal and your review of his

6   scholastic records, do you have an opinion to a

7   reasonable certainty as a psychologist as to the

8   level of gradation of Mr. O'Neal's retardation?

9        A.    Yes, I do.

10       Q.    What is that opinion?

11       A.    He is mildly mentally retard.

12       Q.    Dr. Tureen, what the meant by the

13   term "borderline" in speaking about mental

14   retardation or a mental retardation evaluation?

15       A.    On our intellectual measures, such as

16   the Weschsler scale or the Reynolds scale, there

17   is an area of intellectual functioning that is

18   below average but doesn't quite fall into the

19   mentally retarded range.

20       Q.    Have you reviewed any prison records

21   pertaining to Mr. O'Neal from the Mansfield

22   Correctional Institute?

23       A.    Yes.

24       Q.    In reviewing those records, have you

25   seen any indication that Mr. O'Neal has any

1    difficulty in following the rules of confinement

2    in that institution?

3         A.    No, I don't believe so.

4         Q.    Does that in any way undercut the

5    opinions that you have just given us concerning

6    his mental retardation?

7         A.    Not at all.

8         Q.    Why do you say that?

9         A.    We are not talking about somebody who

10   is brain dead.  We are talking about limitations.

11   There is some learning that can take place, but

12   it's at a certain level.  For instance, he was a

13   dishwasher.  That doesn't take a high level of

14   skill.  There are people with Mr. O'Neal's level

15   of functioning, who work under supervised

16   situations, and can function well under

17   structured, supervised situations, which is the

18   situation in prison.

19        Q.    Let me refer to your 2005 report.

20   The last sheet or one of the last sheets in the

21   report is entitled "WAIS-III Summary Report."  Do

22   you see where I'm referring, Doctor?

23        A.    Yes.

24        Q.    Can you explain how that particular

25   page should be read to the Court?

1      A.    The most important number there or

2   three numbers there are the verbal performance in

3   full scale IQs, which are described as

4   "borderline, extremely low, and extremely low."

5   The extremely low is in the retarded range.  Okay.

6   As I said, it's kind of a political correctness

7   that people don't like to use the term mental

8   retardation as much as they did in the past,

9   extremely low becomes the synonym for mental

10  retardation.

11          The important point that I tried to

12  make earlier is, if you look at those three

13  scores, they are not statistically significantly

14  different.

15          The true performance -- if you look

16  at the point where it says "95 percent confidence

17  interval," the true score lies in between those

18  intervals.  It could just as well be 64 or 72.

19      Q.    In relation to your work in this

20  case, have you had opportunity, Dr. Tureen, to

21  review a written report prepared by Dr. Nelson?

22      A.    Yes, I did.

23      Q.    Is there anything in Dr. Nelson's

24  report that has caused you to change any of the

25  opinions that you have expressed for the Court

1    today?

2          A.    NO.   In fact, I think for the most

3    part, except for the final conclusion, he and I

4    are agreeing based upon the information that we

5    have.

6          Q.    Have you reviewed your testimony

7    given at Mr. O'Neal's trial back in 1995 in

8    preparation for your testimony today?

9          A.    Yes.

10          Q.    Are the opinions that you have

11    expressed today are consistent with the testimony

12    that you gave at that time?

13          A.    I believe they are.

14          MR. KRUMHOLTZ:  Nothing further, your

15    Honor.  Thank you.

16          THE COURT:  Cross-examination?

17          MS. MULLEN:  Thank you, Judge.

18          CROSS-EXAMINATION

19    BY MS. MULLEN:

20          Q.    Hello, Dr. Tureen.

21          A.    Hello.

22          Q.    According to your discussion of

23    summary report in regards to the 95 percent

24    confidence interval, that means IQ testing is not

25    exact.  Would that be correct?

1      A.    IQ testing is based on -- I can't say

2   yes or no.  If I may explain.

3      Q.    Okay.  Sure.

4      A.    It's a statistical process.  And when

5   you use statistics, you get a range.  You get what

6   is known as standard error of measurement.  And

7   for the full scale IQ -- I don't remember the

8   exact standard error of measurement, but it's

9   somewhere between two and three.  So, if you look

10  at the full scale IQ of 67, that real number is

11  something like 65, or it's like 68, somewhere in

12  that range.

13     Q.    So on your verbal scale where it says

14  "67 to 77," is that the confidence?

15     A.    That's a different confidence level.

16  That's not the standard error of measurement.

17     Q.    Is it correct to generalize that the

18  IQ score that you come up there can vary either

19  five degrees over or five degrees under?

20     A.    They can, yes.

21     Q.    So an IQ score of 71 could be 76 or

22  66?

23     A.    It's possible, sure.  Again, I think

24  the important point that I have been trying to

25  make here is the consistency of the pattern from a

1    very early age on IQ measures.

2        Q.    The point that I'm trying to make is

3    it could be anywhere in that range, so we can't

4    say for sure the exact number.  Would that be

5    correct?

6        A.    That would be correct except that

7    traditionality that we take the number, and if you

8    read reports of -- as in this report -- if you

9    read reports that state what the IQ is, you state

10   it's 67, not that it's in a range from X to Y.

11       Q.    But it's understood that there is a

12   range?

13       A.    There is always a range, yes,

14   statistically.

15       Q.    So in regards to back Dr. Chiappone's

16   administering the Weschsler back in 1994, he came

17   up with 71?

18       A.    Yes.

19       Q.    That could be 76, or it could be --

20   whatever five from 71 is -- 66, right?

21       A.    It could be.

22       Q.    So is it correct to say that we don't

23   know his exact score?

24       A.    No, we don't, but we are also dealing

25   with the best guess, and that number is the best

1  guess.  Okay.  It's a statistical guess, but it's

2  still the best guess.

3        Q.    Do you agree that even with an IQ

4  below 70, there would be no diagnosis of mental

5  retardation without some significant impairment in

6  adaptive functioning?

7        A.    Yes.

8        Q.    So you almost need to look at the

9  adaptive functioning in order to come to a

10  conclusion.  Would that be correct?

11       A.    Yes.

12       Q.    Do you agree with the *DSM-IV* -- I'm

13  sure that you're familiar with that -- that mental

14  retardation is not necessarily a lifetime

15  disorder?

16       A.    It depends.  You're going to have to

17  define that for me, or they are going to have to

18  define it for me.

19       Q.    Well, I only know what they say in

20  just a couple sentences on Page 44.  "Mental

21  retardation is not necessarily a lifelong

22  disorder.  Individuals who had mild mental

23  retardation early in their lives, manifested by

24  failure in academic learning tasks, may, with the

25  appropriate training and opportunities, develop