```
--------------------------------------------------------------------
          |           A P P E A R A N C E   D O C K E T
          | 1/14/1994 STATE'S RESPONSE TO DEFENDANT'S DEMAND
          |           FOR DISCOVERY
206       | 1/14/1994 ENTRY OF CONTINUANCE
          |           6/6/94
          | 1/24/1994 OPPOSITION TO DEFENDANT'S MOTION TO
          |           EMPLOY PSYCHOLOGIST
98        | 1/31/1994 ENTRY
          |           APPOINTING MITIGATION SPECIALIST
261       | 2/04/1994 ENTRY OF CONTINUANCE
          |           2/24/94
          | 3/28/1994 MOTION
          |           TO COMPEL DISCLOSURE OF PROSECUTING
          |           ATTORNEY'S JURY SELECTION DATA,
          | 3/28/1994 MOTION
          |           FOR INDIVIDUAL SEQUESTERED VOIR DIRE,
          | 3/28/1994 MOTION
          |           FOR A RULING ON NUMBER OF PEREMPTORY
          |           CHALLENGES,
          | 3/28/1994 MOTION
          |           TOHAVE REASONS FOR DEFENSE OBJECTING
          |           AND REASONS FOR OVERRULING DEFENSE
          |           ONJECTIONS PLACED ON RECORD,
          | 3/28/1994 MOTION
          |           TO COMPEL PROSECUTING ATTORNEYTO
          |           DISCLOSE DEATH PENALTY DATA
          | 3/28/1994 MOTION
          |           TO COMPEL LAW ENFORECMENT OFFICIALS TO
          |           TURN OVER ADVISE PROSECUTING ATTORNEY
          |           OF ALL INFORMATION ACQUIRED DURING
          |           COURSE OF INVESTIGATION,
          | 3/28/1994 MOTION
          |           FOR AN ORDER TO ALLOW DEFENSE TO VIEW
          |           CRIME SCENE,
          | 3/28/1994 MOTION
          |           FOR SEQUESTRATION OF JURORS FOR
          |           DURATION OF TRIAL,
          | 3/28/1994 MOTION
          |           FOR WRITTEN JURY INSTRUCTION AND
          |           OPPORTUNITY TO REVIEW,
          | 3/28/1994 MOTION
          |           IN LIMINE TO EXCLUDE REFERENCES TO
          |           DEFENDANT'S CRIMINAL RECORD,
          | 3/28/1994 MOTION
          |           IN LIMINE TO LIMIT PROSECUTORSARGUMENT
          |           TO THE AGGRAVATING CIRCUMSTANCE PROVEN
          |           AT THE GUILT PHASE,
          | 3/28/1994 MOTION
          |           FOR COMPREHENSIVE VIOR DIRE,
          | 3/28/1994 MOTION
          |           IN LIMINE TO PROHIBIT DISPLAY OF
          |           EVIDENTIARY EXHIBIT UNITL PROFFERED,
          | 3/28/1994 MOTION
          |           TO INSULATE THE VENIRE AND JURY,
          | 3/28/1994 MOTION
          |           FOR DISCLOSURE OF WITNESS STATEMENTS
          |           PIOR TO TRIAL,
          | 3/28/1994 MOTION
          |           TO PROHIBIT DEATH- QUALIFICAITON OF
          |           JURY, IN THE ALTERNATIVE,IF
          |           NECESSARY TO SEAT A SEPARATE JURY
          |           DURING PENALTY PHASE OF TRIAL,
          | 3/28/1994 REQUEST FOR NOTICE OF INTENT TO USE
          |           EVIDENCE,
          | 3/28/1994 MOTION
          |           TO SUBMIT JURY QUESTIONNAIRE,
          | 3/28/1994 MOTION
          |           TO REQUIRE THE JURY TO ARTICULATE THE
          |           METHOD BY WHICHIT WEIGHS THE
          |           AGGRAVATING AGAINST THE MITIGATING
          |           CIRCUMSTANCES,
```

--------------------------------------------------------------------------

```
                  A P P E A R A N C E   D O C K E T
      3/28/1994 MOTION
              TO ALLOW THE DEFENSE TO ARGUE FIRST
              AND LAST AT THE MITIGATION PHASE,
      3/28/1994 MOTION
              TO PROHIBIT REFERENCES TO THE JURY
              THAT A VERDICT AS TO DEATH IS ONLY A
              RECOMMENDATION
      3/28/1994 MOTION
              TO PROPERLY PRESERVE AND CATALOG ALL
              PHYSICAL EVIDENCE,
      3/28/1994 MOTION
              TO INSTRUCT THE JURY TO CONSIDER MERCY
              IN THEIR MITIGATION PHASE DELBERATIONS
      3/28/1994 MOTION
              TO PROHIBIT PROSECUTOR FROM ARGUING,
              AND THE COURT FROM GIVING INSTRUCTIONS
              REGARDING STATUTORY MITIGATING FACTORS
              NOT RAISED BY THE DEFENSE,
      4/06/1994 SUBPOENA FOR WITNESS ISSUED TO
              CLEMY LEE NATALIE LEE ANDRE GIFFIN
              RICARDO LEE CLARENCE CODY LASHAWNDA
              LEE SANCHEZ LEE ROBERT WILLIAMS
              KENNETH TAYLOR ANITA ARTIS
      4/06/1994 SUBPOENA FOR WITNESS ISSUED TO
              PATRICIA FARR DARION LEE JAMIE WRIGHT
              ARLENE BENNETT DWIGHT HILL TIMOTHY
              SCHOPMEYER
      4/06/1994 SUBPOENA FOR WITNESS ISSUED TO
              PREPAID WITNESS KAREN HUDSON
30    4/08/1994 ENTRY ORDERING
              RELEASE OF RECORDS
      4/08/1994 SUBPOENA FOR WITNESS RETURNED AND
              ENDORSED
              FCLARENCE CODY,
      4/08/1994 SUBPOENA FOR WITNESS RETURNED AND
              ENDORSED
              CLEMY LEE,
      4/08/1994 SUBPOENA FOR WITNESS RETURNED AND
              ENDORSED
              ANDRE GIFFIN,
      4/08/1994 SUBPOENA FOR WITNESS RETURNED AND
              ENDORSED
              ARLENE BENNETT,
      4/08/1994 SUBPOENA FOR WITNESS RETURNED AND
              ENDORSED
              ANITA ARTIS,
      4/08/1994 SUBPOENA FOR WITNESS RETURNED AND
              ENDORSED
              TOMOTHY SCHOPMEYER,
      4/08/1994 SUBPOENA FOR WITNESS RETURNED AND
              ENDORSED
              PATRICIA EARR,
      4/08/1994 SUBPOENA FOR WITNESS RETURNED AND
              ENDORSED
              DARION LEE,
      4/08/1994 SUBPOENA FOR WITNESS RETURNED AND
              ENDORSED
              ROBERT WILLIAMS,
      4/08/1994 SUBPOENA FOR WITNESS RETURNED AND
              ENDORSED
              KENNETH TAYLOR,
      4/08/1994 SUBPOENA FOR WITNESS RETURNED AND
              ENDORSED
              SANCHEZ LEE,
      4/08/1994 SUBPOENA FOR WITNESS RETURNED AND
              ENDORSED
              LASHAWNDA LEE,
      4/08/1994 SUBPOENA FOR WITNESS RETURNED AND
              ENDORSED
              RICARDO LEE,
```

TODAY'S DATE 12/12/2005　　　　COMMON PLEAS DIVISION　　　　PAGE　4
　　　CASE B 9309022　　　Criminal Appearance Report　　　CMSR5155
----------------------------------------------------------------------

A P P E A R A N C E   D O C K E T

| | | |
|---|---|---|
| | 4/08/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED NATALIE LEE, |
| | 4/08/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED DWIGHT HILL, |
| | 4/11/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JAMIE WRIGHT, |
| | 4/15/1994 | MOTION TO SUPPRESS EVIDENCE INCLUDINGBUT NOT LIMITED TO STATEMENTS AND PHYSICAL EVIDENCE ON THE GROUNDS THAT IT WAS ILLEGALLY OBTAINED |
| | 4/15/1994 | MOTION IN LIMINE TO PROHIBIT ANY EVIDENCE BEARING ON THE CHARCTER OF THE VICTIM |
| | 4/15/1994 | MOTION TO EMPLOY EXPERTS AND AUTHORIZE PAYMENT OF FEES OF SAME |
| 59 | 4/19/1994 | ENTRY AUTHORIZING APPOINTMENT OF EXPERT AND PAYMENT OF FEES FORSAME |
| 61 | 4/19/1994 | ENTRY WITHDRAWING JURY DEMAND & REQUESTING THREE-JUDGE PANEL |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PROHIBIT ANY EVIDENCE BEARING ON THE CHARACTER OF THE VICTIM |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANTSMOTION TO ALLLOW DEFENSE TO VIEW CRIME SCENE |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION FOR WRITTEN JURY INSTRUCTION |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANTSMOTION TO PRESERVE AND CATALOGALL PHYSICAL EVIDENCE |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL PROSECUTOR TO DISCLOSE DEATH PENALTY DATA |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENSE MOTION TO ALLOW DEFENSE TO ARGUE FIRST AND LAST |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO REQUIRE THE JURY TO ARTICULATE THE METHOD BY WHICH IT WEIGHS THE AGGRAVATING CIRCUMSTANCES AGAINST THE MITIGATING FACTORS |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO HAVE REASONS FOR DEFENSE OBJECTIONSAND REASONS FOR OVERRULING DEFENDANT'S OBJECTIONS PLACED OF RECORD |
| | 4/25/1994 | STATE'S RESPONSE TO MEMORANDUMFOR SEQUESTRATION OF JURORS FOR DURATION OF TRIAL |
| | 4/25/1994 | STATE'S RESPONSE TO MOTION TO COMPEL DISCLOSURE OF PROSECUTING ATTORNEY'S JURY SELECTION DATA |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO INSULATETHE VENIRE AND JURY |
| | 4/25/1994 | STATE'S RESPONSE TO MOTION RULING ON NUMBER OF PEREMPTORYCHALLENGES |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO PROHIBITDISPLAY OF EVIDENTIARY EXHIBITS UNTIL ADMITTED |
| | 4/25/1994 | STATE'S REPLY TO DEFENDANT'S MOTION TO PROHIBIT DEATH QUALIFICATION OF JURY |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE REFERENCES TO DEFENDANT'S CRIMINAL RECORD AND TO EXCLUDEANY EVIDENCE RELATING TO OTHERCRIMES,WRONGS OR ACTS |

--------------------------------------------------------------

A P P E A R A N C E   D O C K E T

| | | |
|---|---|---|
| | 4/25/1994 | STATE'S REPLY IN OPPOSITION TO THE DEFENDANT'S MOTION FOR DISCLOSING WITNESS STATEMENTS PRIOR TO TRIAL |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL LAW ENFORCEMENT OFFICIALS TO TURN OVER AND ADVISE PROSECUTING ATTORNEY OF ALL INFORMATION ACQUIRED DURING THE COURSE OF INVESTIGATION |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO PROHIBIT REFERENCES TO THE JURY THAT A VERDICT AS TO DEATH IS ONLY A RECOMMENDATION |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO PROHIBIT THE PROSECUTOR FROM ARGUING AND THE COURT FROM GIVING INSTRUCTIONS REGARDING STATUTORY MITIGATING FACTORS NOT RAISED BY THE DEFENSE |
| | 4/25/1994 | STATE'S RESPONSE TO DEFANDANT'S MOTION TO LIMIT PROSECUTOR'S ARGUMENT TO THE AGGRAVATING CIRCUMSTANCES PROVEN AT THE FIRST PHASE |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION FOR COMPREHENSIVE VOIR DIRE |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO SUBMIT QUESTIONNAIRE TO PROSPECTIVE JURORS |
| | 4/25/1994 | STATE'S RESPONSE TO DEFANDANT'S MOTION TO APPOINT NEUROPSYCHOLOGIST |
| | 4/25/1994 | STATE'S RESPONSE TO DEFENDANT'S MOTION TO INSTRUCT THE JURY TO CONSIDER MERCY IN ITS MITIGATION PHASE DELIBERATIONS |
| | 4/29/1994 | MOTION TO DISMISS AGGRAVATED BURGLARY(2911 11,R C )SPECIFICATION 2 TO COUNT 1 SPECIFICATION 2 TO COUNT 2 |
| | 5/05/1994 | STATE'S RESPONSE TO MOTION TO DISMISS |
| 187 | 5/06/1994 | CERTIFICATION BY TRIAL ATTYS- DEATH PENALTY CASE JURY WAIVER |
| 74 | 5/09/1994 | ENTRY OF CONTINUANCE 8/15/94 |
| 9 | 5/26/1994 | ENTRY AUTHORIZING APPOINTMENT OF EXPERT AND PAYMENT OF FEES FORSAME |
| 167 | 5/27/1994 | ENTRY OF CONTINUANCE 6/16/94 |
| 170 | 6/16/1994 | ENTRY OVERRULING MOTION TO SUPPRESS |
| | 7/20/1994 | SUBPOENA FOR WITNESS ISSUED TO CLEMY LEE, NATALIE LEE, ANDRE GRIFFIN, RICHARDO LEE, CLARENCE CODY, LASHAWNDA LEE, SANCHEZ LEE, ROBERT WILLIAMS, KENNETH TAYLOR, ANITA ARTIS, PATRICIA CARR, DANTOINE POSEY,JAMIE WRIGHT, ARLENE BENNETT, DWIGHT HILL, TIMOTHY SCHOPMEYER |
| | 7/20/1994 | SUBPOENA FOR WITNESS ISSUED TO PREPAID WITNESS KAREN HUDSON |
| | 7/20/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF CLERMONT COUNTY SERVED KAREN HUDSON |
| | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JAMIE WRIGHT |
| | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED PATRICIA CARR |
| | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED SANCHEZ LEE |

------------------------------------------------------------

APPEARANCE DOCKET

|      | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED |
| --- | --- | --- |
|      |           | LASHAWADA LEE |
|      | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED |
|      |           | CLARENCE CODY |
|      | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED |
|      |           | RICHARDO LEE |
|      | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED |
|      |           | ANDRE GRIFFIN |
|      | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED |
|      |           | CLEMY LEE |
|      | 7/21/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED |
|      |           | ROBERT WILLIAMS |
|      | 7/22/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED |
|      |           | DWIGHT HILL |
|      | 7/22/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED BY FOREIGN SHERIFF |
|      |           | CLERMONT COUNTY SERVED KAREN HUDSON |
|      | 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED |
|      |           | NATALIE LEE |
|      | 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED |
|      |           | ANITA ARTIS |
|      | 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED |
|      |           | TIMOTHY SCHOPMEYER |
|      | 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED |
|      |           | ARLENE BENNETT |
|      | 7/25/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED |
|      |           | KENNETH TAYLOR |
|      | 7/28/1994 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED |
|      |           | DANTOINE POSEY |
|      | 8/11/1994 | STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY |
|      | 8/11/1994 | MOTION |
|      |           | WITHDRAWING DEFENDANT'S REQUEST FOR THREE JUDGE PANEL AND REQUESTING A TRIAL BY JURY |
| 157  | 8/11/1994 | ENTRY WITHDRAWING |
|      |           | REQUEST FOR THREE JUDGE PANEL & REQUESTING JURY TRIAL |
| 18   | 8/16/1994 | ENTRY APPOINTING APPELLATE COUNSEL |
|      |           | ELIZABETH E AGAR |
| 23   | 8/16/1994 | ENTRY GRANTING |
|      |           | DISMISSAL & STAY TOLLING TIME FOR PURPOSES OF APPEAL |
|      | 8/16/1994 | DOCKET STATEMENT FILED |
|      |           | C940652 |
|      | 8/16/1994 | NOTICE OF APPEAL FILED |
|      |           | NO   C940652 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| 64   | 8/16/1994 | APPLIC   REQUESTING PERMISSION TO BROADCAST,TELEVISE,PHOTO , RECORD COURTROOM PROCEEDINGS |
|      |           | CINTI POST |
| 127  | 8/16/1994 | ENTRY OF CONTINUANCE |
|      |           | 8/16/94 |
|      | 9/14/1994 | COURT OF APPEALS OF HAMILTON COUNTY CASE NO |
|      |           | C-940652 |

HAMILTON COUNTY CLERK OF COURTS
COMMON PLEAS DIVISION                              PAGE     7
CASE B 9309022          Criminal Appearance Report           CMSR5155
-------------------------------------------------------------------------

```
                      A P P E A R A N C E   D O C K E T
           |  10/27/1994 APPLICATION FOR PAYMENT OF MITIGATION
           |             SPECIALIST
    9      |  11/02/1994 ENTRY
   10      |  11/02/1994 ENTRY
           |   4/26/1995 JUDGMENT ENTRY & OPINION REVERSING
           |             JUDGMENT & REMANDINGTO TRIAL COURT ·
           |             (C940652 4/26/95 #2)
   430     |   5/01/1995 ENTRY OF CONTINUANCE
           |             8/21/95
   23      |   5/04/1995 ENTRY
           |             APPOINTING COUNSEL FOR SUPREME COURT
           |             APPEAL
   127     |   7/26/1995 ENTRY OF CONTINUANCE
           |             10/23/95
   508     |   8/03/1995 SUPREME COURT OF OHIO ENTRY DENIES
           |             LEAVE FOR APPEAL & APPEAL IS DISMISSED
           |   8/24/1995 SUBPOENA FOR WITNESS ISSUED TO
           |             NATALIE LEE, ANDRE GRIFFIN RETHA LEE,
           |             RICARDO LEE CLEMY LEE, CLARENCE CODY
           |             LASHAUNDA LEE, SANCHEZ LEE PATRICIA
           |             CARR, PATRICIA CARR ANITA ARTIS,
           |             DANTOINE POSEY JAMIE WRIGHT, TIMOTHY
           |             SCHOPMEYER
           |   8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             NATALIE LEE
           |   8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             JAMIE WRIGHT
           |   8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             ANDRE GRIFFIN
           |   8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             SANCHEZ LEE
           |   8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             CLEMY LEE
           |   8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             LASHAUNDA LEE
           |   8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             CLARENCE CODY
           |   8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             RICARDO LEE
           |   8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             RETHA LEE
           |   8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             PATRICIA CARR
           |   8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             ANITA ARTID
           |   8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             DANTOINE POSEY
           |   8/24/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             TIMOTHY SCHOPMEYER
           |   9/25/1995 SUBPOENA FOR WITNESS ISSUED TO
           |             PATRICIA CARR JAMIE WRIGHT TIMOTHY
           |             SCHOPMEYER SANCHEZ LEE LASHAUNDA LEE
           |             CLARENCE CODY RICARDO LEE ANDRE GRIFFIN
           |   9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             JAMIE WRIGHT
           |   9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
           |             ENDORSED
           |             SANCHEZ LEE
```

```
                         A P P E A R A N C E   D O C K E T
           9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      ANDRE GRIFFIN
           9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      CLARENCE CODY
           9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      LASHAUNDA LEE
           9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      RICARDO LEE
           9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      PATRICIA CARR
           9/26/1995 SUBPOENA FOR WITNESS RETURNED AND
                      ENDORSED
                      TIMOTHY SCHOPMEYER
172       10/24/1995 ENTRY REQUESTING OFFICIAL STENOGRAPHER
175       10/24/1995 CAUSE PROGRESSED
                      1ST DAY, JURY SELECTION IN PROGRESS
                      TESTIMONY ADUCED IN PART & CONT'
                      UNTIL 10/25/95
310       10/25/1995 ORDER
                      FOR JURY TO VIEW PREMISES
386       10/25/1995 JURY IMPANELED AND SWORN
                      ON VOIR DIRE JURY IMPANELED & SWORN
387       10/25/1995 CAUSE PROGRESSED
                      2ND DAY, TESTIMONY ADUCED IN PART &
                      CONT' UNTIL 10/26/95
457       10/26/1995 CAUSE PROGRESSED
                      3RD DAY CONTINUED TO 10/27/95
259       10/27/1995 CAUSE PROGRESSED
                      4TH DAY, TESTIMONY ADUCED IN PART &
                      CONT' UNTIL 10/30/95
          10/30/1995 DEFENDANT'S REQUEST FOR ADDITIONAL
                      INSTRUCTION
341       10/30/1995 CAUSE PROGRESSED
                      5TH DAY, TESTIMONY ADUCED IN PART &
                      CONT' UNTIL 10/31/95
168       11/01/1995 CAUSE PROGRESSED
                      6TH DAY, TESTIMONY ADUCED IN PART &
                      CONT' UNTIL 11/1/95
231       11/01/1995 CAUSE PROGRESSED
                      7TH DAY, TESTIMONY ADUCED IN PART &
                      CONT' UNTIL 11/2/95
93        11/02/1995 JURY VERDICT OF
                      GUILTY AGG BURLGARY CT 4  WE, THE JURY
                      FURTHER FIND THATTHE DEFT DID HAVE ON
                      OR ABOUT HIS PERSON, OR UNDER HIS
                      CONTROL, A FIREARM WHILE COMMITTING
                      THE OFFENSE OF AGG BURGLARY
95        11/02/1995 JURY VERDICT OF NOT GUILTY OF
                      AGG MURDER IN CT 3
96        11/02/1995 JURY VERDICT OF
                      GUILTY AGG MURDER CT 2  WE,THEJUEY
                      FIND THE DEFT NOT GUILTY OF AGG
                      CIRCUSTANCES AS SET FORTH IN SPEC NO 1
                      TO CT 2 TO WIT  A COURSE OF CONDUCT
                      INVOLVING THE PURPOSEFUL KILLING OR
                      ATTPT TO KILL TWO OR MORE PERSONS  WE,
                      THE JURY FIND THE DEFT GUILTY OF THE
                      AGG CIRCUMSTANCES AS SET FORTH
          11/02/1995 IN SPEC 2 TO CT 2 TO WIT' THAT THE
                      DEFT AS THE PRINCIPALOFFENDER
                      COMMITTED THE OFFENSEOF AGG MURDER OF
                      CAROL ANN LEE O'NEAL WHILE THE DEFT
                      WAS COMMITTING OR ATTEMPTING TO COMMIT
                      OR FLEEING IMMEDIATELY AFTER
                      COMMITTING OR ATTEMPTINGTO COMMIT THE
                      OFFENSE OF AGG  BURLGLARY  WE, THE JURY
```

------------------------------------------------------------------------

A P P E A R A N C E   D O C K E T

|  |  |  |
|---|---|---|
|  | 11/02/1995 | FURTHER FIND THAT THE DEFT DIDHAVE ON OR ABOUT HIS PERSON, OR UNDER HIS CONTROL, A FIREARM WHILE COMMITTING THE OFFENSE OF AGG MURDER IN CT 2 |
| 100 | 11/02/1995 | JURY VERDICT OF GUILTY AGG MURDER IN CT 1  WE,THE JURY FURTHER FIND THE DEFTNOT GUILTY OF AGG CIRCUMSTANCEAS SET FORTH IN SPEC 1 TO CT 1TO WIT, A COURSE OF CONDUCT INVOLVING THE PURPOSEFUL KILLING OR ATTEMPT TO KILL TWOOR MORE PERSONS BY DEFT  WE THE JURY FURTHER FIND DEFT GUILTY OF THE AGG CIRCUMSTANCE |
|  | 11/02/1995 | AS SET FORTHE IN CP 2 CT 1 TO WIT' THAT THE DEFT AS THE PRIINCIPAL OFFENDER COMMITTED THE OFFENSE OF AGG MURDER OF CAROL ANN LEE O'NEAL WHILE THEDEFT WAS COMMITTING OR ATTEMPTING TO COMMIT OR FLEEINIMMEDIATELY AFTER COMMITTING OR ATTEMPTING TO COMMIT THE OFFENSE OF AGG  BURGLARY  WE |
|  | 11/02/1995 | THE JURY FURGHER FIND THAT THEDEFT DID HAVE ON OR ABOUT HIS PERSON, OR UNDER HIS CONTROL, A FIREARM WHILE COMMITTING THEOFFENSE OF AGG MURDER IN CT 1 |
| 114 | 11/02/1995 | CAUSE PROGRESSED 8TH DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 11/6/95 |
| 200 | 11/02/1995 | CASE CONT' IN PROGRESS UNTIL 11/6/95 |
| 201 | 11/02/1995 | JUDGMENT OF ACQUITTAL OF VERDICT *** CT 3 & SPEC TO CT 3 & SPEC 1 TO EACH CTS 1 & 2 ONLY *** |
| 136 | 11/06/1995 | CAUSE PROGRESSED 9TH DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 11/8/95 |
| 131 | 11/08/1995 | JURY VERDICT OF CT 1 WAS FOUND GUILTY OF COMMITTING IS SUFFICIENT TO OUTWEIGH THE MITIGATING FACTORPRESENT IN THIS CASE, & WE THEREFORE RECOMMEND THAT THE SSNT OF DEATH TO BE IMPOSED |
| 132 | 11/08/1995 | JURY VERDICT OF WAS FOUND GUILTY OF COMMITTINGIS SUFFICIENT TO OUTWEIGHT THEMITIGATING FACTORS PRESENT IN THIS CASE, & WE THEREFORE RECOMMEND THAT THE SENT OF DEATH BE IMPOSED |
| 158 | 11/08/1995 | CAUSE CONCLUDED SENTENCE DEFERRED UNTIL 12/11/95  REMANDED |
| 255 | 11/21/1995 | ENTRY APPOINTMENT OF EXPERT AND PAYMENT OF FEES FOR SAME |
| 258 | 11/21/1995 | ENTRY AUTHORIZING APPOINTMENT OF EXPERT & PAYMENT OF FEES FOR SAME |
| 14 | 11/28/1995 | ENTRY AUTHORIZING APPOINTMENT OF EXPERT OF PAYMENT OF FEES FOR SAME |
| 233 | 11/29/1995 | AMENDED ENTRY AUTHORIZING APPOINTMENT OF EXPERT AND PAYMENT OF FEES FOR SAME |
| 13 | 12/11/1995 | JUDGMENT ENTRY  SENTENCE INCARCERATION CT 1 AGG MURDER SENT DEATH  CT 2 AGG MURDER SENT DEATH  CT 4 AGG BURGLARY 10 TO 25YRS (10YRS ACTUAL) 3YRS ACTUAL ON FIREARM SPEC  IN CTS 1,2,& 4 CONCURR  W/EACH OTHER BUT CONSEC  TO & PRIOR TO UNDERLY SENT IN CTS 1,2,& 4 CTS 1 & 2CONCURR  CT 4 CONSEC CTS 1 & 2CREDIT 730DYS  PAY COSTS |

```
TODAY'S DATE 12/12/2005                COMMON PLEAS DIVISION              PAGE    10
         CASE B 9309022           Criminal Appearance Report              CMSR5155
--------------------------------------------------------------------------------------
                          A P P E A R A N C E   D O C K E T
 17        12/11/1995 ENTRY APPOINTING APPELLATE COUNSEL
                      DALE SCHMIDT & ELIZABETH AGAR
 73        12/11/1995 ENTRY GRANTING
                      DEFT'S MOTIONS
 75        12/11/1995 APPLIC  REQUESTING PERMISSION TO
                      BROADCAST,TELEVISE,PHOTO , RECORD
                      COURTROOM PROCEEDINGS
                      WLWT-TV
 97        12/11/1995 ENTRY OVERRULING
                      DEFT'S MOTIONS
           12/14/1995 MOTION
                      FOR NEW TRIAL
 64        12/18/1995 ENTRY DENYING
                      DEFT'S MOTION FOR NEW TRIAL
 16        12/22/1995 OPINION
            4/12/1996 MEMORANDUM IN SUPPORT OF MOTION FOR
                      NEW TRIAL
            4/22/1996 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                      DEFENDANT - FILED
            4/22/1996 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                      DEFENDANT - FILED
            4/26/1996 CRIMINAL STATE COSTS SATISFIED
 11         5/10/1996 ENTRY
                      RESETTING EXECUTION DATE FROM 5/30/96
                      TO 11/5/96
 43         5/10/1996 ENTRY OVERRULING
                      MOTION FOR NEW TRIAL
            5/22/1996 DOCKET STATEMENT FILED
                      C960392
            5/22/1996 NOTICE OF APPEAL FILED
                      NO  C960392 COPY SENT TO HAMILTON
                      COUNTY PROSECUTOR
101         6/10/1996 ENTRY
                      ALLOWING ADDITIONAL COMPENSATION
294         6/15/1996 ENTRY APPROVING COUNSEL FEES
                      $12500
 28         7/01/1996 ENTRY
                      ALLOWING ADDITIONAL COMPENSATION
 42         7/20/1996 ENTRY APPROVING COUNSEL FEES
                      $17000
            8/19/1996 COURT OF APPEALS OF HAMILTON COUNTY
                      CASE NO
                      C-960392
            9/30/1996 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                      DEFENDANT - FILED
            9/30/1996 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                      DEFENDANT - FILED
           10/29/1996 COMPLETE TRANSCRIPT OF PROCEEDINGS
                      VOLUMES I THRU V #C960392
           10/30/1996 COMPLETE TRANSCRIPT OF PROCEEDINGS
                      (PRETRIAL MOTIONS)(2 VOLS) C960392
           11/01/1996 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                      DEFENDANT - FILED
           11/01/1996 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                      DEFENDANT - FILED
            1/03/1997 MOTION TO SUPPRESS C960392
            5/13/1997 COMPLETE TRANSCRIPT OF PROCEEDINGS
                      #C960392
            6/10/1997 CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                      DEFENDANT - FILED
            7/02/1997 PETITION FOR POST-CONVICTION RELIEF
                      UNCER R C 2953 21
            7/07/1997 MOTION
                      FOR EXTENSION OF TIME TO FILE
                      RESPONSIVE PLEADING
173         7/07/1997 ENTRY
                      EXTENDING TIME UNTIL 9/25/97 TO FILE
                      RESPONSE TO POST- CONVICTION
            9/03/1997 AMENDMENT TO PETITION FOR
                      POSTCONVICTION RELIEF UNDER R C
                      2953 21
```

------------------------------------------------------------------------------------

A P P E A R A N C E   D O C K E T

9/16/1997  MOTION TO DISMISS
           PETITION TO VACATE
12/12/1997 JUDGMENT ENTRY AFFIRMING JUDGMENT OF
           TRIAL COURT 12-03-97 #3 (C960392)

109  12/19/1997 ENTRY APPOINTING COUNSEL
                FOR SUPREME COURT APPEAL
                ELIABETH E AGAR & ROXANN DIEFFENBACH

     1/08/1998 DEATH PENALTY CASE
               NOTICE OF APPEARANCE OF POSTCONVICTION
               COUNSEL

51   1/16/1998 ENTRY APPOINTING COUNSEL
               FOR SUPREME COURT APPEAL
               ELIZABETH AGAR COUNSEL & ROXANN
               DIEFFENBACH CO-COUNSEL

     1/26/1998 COPY OF NOTICE OF APPEAL TO THE
               SUPREME COURT OF OHIO FILED ON 1/21/98
               S C  # 98-0147

213  2/17/1998 FINDINGS OF FACT, CONCLUSIONS OF LAW,
               AND DISMISSING PETTION TO VACATE

     3/18/1998 NOTICE OF APPEAL FILED
               NO  C980247 COPY SENT TO HAMILTON
               COUNTY PROSECUTOR

     3/18/1998 DOCKET STATEMENT FILED
               C980247

     4/20/1998 COURT OF APPEALS OF HAMILTON COUNTY
               CASE NO
               C-980247

     8/27/1998 COPY OF NOTICE OF APPEAL OF APPELLANT
               JAMES DERRICK O'NEAL FILED IN THE
               SUPREME COURT OF OHIO ON 8/21/98
               SC #98-1735

     3/26/1999 JUDGMENT ENTRY & DECISION
               AFFIRMING JUDGMENT OF TRIAL
               COURT (C980247 3/26/99 #114)

     5/14/1999 COPY OF NOTICE OF APPEAL OF APPELLANT
               JAMES DERRICK O'NEAL, FILED IN THE
               SUPREME COURT OF OHIO ON 5/10/99
               SC#99-906

     2/18/2000 COPY OF RECONSIDERATION ENTRY DENYING
               MOTION, FILED IN THE SUPREME COURT OF
               OHIO ON 2/16/00 SC#98-147

     2/18/2000 COPY OF JUDGMENT ENTRY, FILED IN THE
               SUPREME COURT OF OHIO ON 1/5/00
               SC#98-147

     2/18/2000 COPY OF MANDATE, FILED IN THE SUPREME
               COURT OF OHIO ON 2/18/00 SC#98-147

     2/22/2000 COPY OF ENTRY GRANTING STAY OF
               EXECUTION, FILED IN THE SUPREME COURT
               OF OHIO 2/17/00 SC#98-147

     3/24/2000 COPY OF ENTRY DISMISSING APPEAL, FILED
               IN THE SUPREME COURT OF OHIO ON 3/8/00
               SC#99-906

     3/24/2000 COPY OF JUDGMENT ENTRY AFFIRMING
               JUDGMENT OF THE COURT OF APPEALS,
               FILED IN THE SUPREME COURT OF OHIO ON
               3/8/00 SC#98-1735

     3/24/2000 COPY OF MANDATE TO THE COURT OF APPEAL
               OF HAMILTON COUNTY, OHIO TO CARRY
               JUDGMENT TO EXECUTION, FILED IN THE
               SUPREME COURT OF OHIO ON 3/8/00
               SC#98-1735

     5/15/2000 RECEIPT OF RECORD OPX
               1 CASE FILE

     5/15/2000 RECEIPT OF RECORD OPX
               1 BOX AND 1 POSTER

     5/15/2000 RECEIPT OF EXHIBITS
               3 MANILLA ENVELOPES
               RECEIVED BY JERRY COSTA

     11/15/2002 FIRST SUCCESSIVE PETITION TO VACATE OR
                SET ASIDE JUDGMENT AND/OR SENTENCE
                PURSUANT TO OHIO REVISED CODE SECTIONS
                2953 21 AND 2953 23

```
                          A P P E A R A N C E   D O C K E T

        11/25/2002 MOTION
                   TO EXTEND TIME TO FILE A RESPONSE TO
                   DEFENDANT'S SUCCESSIVE PETITION TO
                   VACATE
242     11/26/2002 ENTRY GRANTING
                   ADDITIONAL TIME TO FILE RESPONSE UNTIL
                   12/30/02
212     12/10/2002 ENTRY GRANTING
                   ADDITIONAL TIME TO FILE RESPONSE UNTIL
                   DECEMBER 30,2002
        12/30/2002 MOTION
                   TO EXTEND TIME TO FILE A RESPONSE TO
                   DEFENDANT'S SUCCESSIVE PETITION TO
                   VACATE
165      1/07/2003 ENTRY GRANTING
                   ADDITIONAL TIME TO FILE RESPONSE UNTIL
                   2/3/03
         2/03/2003 MOTION
                   TO EXTEND TIME TO FILE A RESPONSE TO
                   DEFENDANT'S SUCCESSIVE PETITION TO
                   VACATE
247      2/04/2003 ENTRY GRANTING
                   ADDITIONAL TIME TO FILE RESPONSE UNTIL
                   2/17/03
         3/03/2003 MOTION
                   TO EXTEND TIME TO FILE A RESPONSE TO
                   DEFENDANT'S SUCCESSIVE PETITION TO
                   VACATE
346      3/04/2003 ENTRY GRANTING
                   ADDITIONAL TIME TO FILE RESPONSE UNTIL
                   MARCH 21,2003
         4/24/2003 MOTION
                   TO EXTEND TIME TO FILE A RESPONSE TO
                   DEFENDANT'S SUCCESSIVE PETITION TO
                   VACATE
243      5/08/2003 ENTRY GRANTING
                   ADDITIONAL TIME TO FILE RESPONSE UNTIL
                   5/21/03
         6/03/2003 MEMORANDUM IN OPPOSITION TO FIRST
                   SUCCESSIVE PETITION TO VACATE JUDGMENT
                   OR SENTENCE
         6/03/2003 MOTION
                   TO ACCEPT RESPONSE OF PLAINTIFF
                   INSTANTER
         6/10/2003 DEFENDANT-PETITIONER'S REPLY
                   MEMORANDUM IN RESPONSE TO THE
                   PLAINTIFF'S MEMORANDUM IN OPPOSITION
281      4/07/2004 ENTRY OVERRULING
                   MOTION FOR FUNDING MENTAL RETARDATION
                   EXPERT AND DISCOVERY
282      4/07/2004 FINDINGS OF FACT, CONCLUSIONS OF LAW,
                   AND ENTRY DISMISSING SUCCESSIVE
                   PETITION FILED PURSUANT TO ATKINS V
                   VIRGINIA
         4/08/2004 NOTICE OF APPEALABLE JUDGMENT SENT BY
                   ORDINARY MAIL TO ALL PARTIES ENTITLED
                   TO A COPY
         5/07/2004 PRAECIPE OF DEFENDANT -APPELLANT
                   JAMES DERRICK O'NEAL
         5/07/2004 NOTICE OF APPEAL FILED
                   NO  C040286 COPY SENT TO HAMILTON
                   COUNTY PROSECUTOR
         6/22/2004 COURT OF APPEALS OF HAMILTON COUNTY
                   CASE NO
                   C040286
         8/13/2004 ENTRY DISMISSING APPEAL BY AGREEMENT
                   AND WITHOUT PREJUDICE AND REMANDING
                   CASE TO TRIAL COURT FOR EVIDENTIARY
                   HEARING
                   C-040286
                   IMAGE# 57
                   08/13/2004
```

(053)

```
                    A P P E A R A N C E   D O C K E T
                    ***COPY SENT TO DOC AND DEFENDANT ON
                    08/24/04, RSR***
116  254   10/14/2004  ENTRY OF CONTINUANCE
                       1/19/05
2    255   10/15/2004  ENTRY ORDERING
                       RETURN OF DEFT FOR COURT PROCEEDINGS
468  256   10/15/2004  ENTRY
                       APPOINTING COURT CLINIC FORENSIC
                       SERVICES FOR EXAMINATION
     257   1/27/2005   REPORT OF EXAMINER PURSUANT TO LAW
                       REPORT LOCATED IN CLERK OF COURTS
                       OFFICE RM 315
2    258   4/06/2005   ENTRY ORDERING
                       RETURN OF INMATE FOR HEARING
     259   5/17/2005   NOTICE OF CHANGE OF ADDRESS OF COUNSEL
                       FOR DEFENDANT
     260   5/31/2005   CLERK'S TRANSCRIPT FEE FOR AN INDIGENT
                       DEFENDANT - FILED
     261   6/07/2005   PETITIONER JAMES O'NEAL'S POST-HEARING
                       BRIEF
     262   6/14/2005   POST-ATKINS HEARING BRIEF
12   263   9/26/2005   DECISION DENYING DEFT'S MOTION TO
                       VACATE OR SET ASIDE HIS DEATH SENTENCE
           9/26/2005   NOTICE OF APPEALABLE JUDGMENT SENT BY
                       ORDINARY MAIL TO ALL PARTIES ENTITLED
                       TO A COPY
11   264   10/12/2005  ENTRY ORDERING
                       RETURN OF INMATE TO INSTITUTION
     265   10/24/2005  NOTICE OF APPEAL FILED
                       NO  C050840 COPY SENT TO HAMILTON
                       COUNTY PROSECUTOR
     266   10/25/2005  AFFIDAVIT OF INDIGENCY
     267   10/25/2005  PRAECIPE OF DEFENDANT- APPELLANT
                       JAMES DERRICK O'NEAL
     268   12/02/2005  COMPLETE TRANSCRIPT OF PROCEEDINGS
                       C-050840
                       1 VOL
```



IN THE COURT OF APPEALS OF OHIO
FIRST APPELLATE DISTRICT
HAMILTON COUNTY

D66940346

STATE OF OHIO,

          Respondent-Appellee,                   APPEAL NO  C-050840

    v                                            TRIAL NO  B-939022

JAMES DERRICK O'NEAL,

          Petitioner-Appellant

## MOTION OF APPELLANT FOR
## EXTENSION OF TIME TO FILE BRIEF

Petitioner-Appellant James O'Neal moves the Court pursuant to Rule 14(B) of the Ohio

Rules of Appellate Procedure for an order granting him an extension of time to and including

February 15, 2006 in which to file his brief  The reasons for this motion are contained in the

following memorandum in support

Respectfully submitted,

*John J Gideon*

JOHN J  GIDEON  (0008151)
(Trial Attorney)
250 East Stanton Avenue
Columbus, Ohio 43214-1268
(614) 888-9866

and

*Michael W. Krumholtz by John Gideon*

MICHAEL W  KRUMHOLTZ (0009099)
(Co-Counsel)
Bieser, Greer & Landis, LLP
6 North Main Street, Suite 400

FILED

2006 JAN 25  P 2 25

GREGORY HARTMANN
CLERK OF COURTS
HAM CNTY OH

**FILED**
**COURT OF APPEALS**
JAN 2 5 2006
**GREGORY HARTMANN**
**CLERK OF COURTS**
**HAMILTON COUNTY**

Dayton, Ohio 45402-1908
(937) 223-3277

COUNSEL FOR DEFENDANT-
APPELLANT

<u>MEMORANDUM IN SUPPORT</u>

This is an appeal from the trial court's denial, following an evidentiary hearing, of Appellant Derrick O'Neal's petition for postconviction relief under R C. 2953 21 *et seq* asking the trial court to vacate or set aside his sentence of death based on <u>Atkins v Virginia</u> (2002), 536 U S 304, 122 S Ct. 2242, and on <u>State v Lott</u> (2002), 97 Ohio St 3d 303, 2002-Ohio-6625, 779 N E 2d 1011

On November 3, 2005 the Court issued an accelerated calendar scheduling order Appellant O'Neal's brief is presently due on January 25, 2006

Appellant is filing contemporaneously with this motion for an extension of time a motion for a page limit extension from 15 pages to 35 pages Appellant requests this extension of time pending the Court's decision on the motion for a page limit extension as well as to prepare Appellant's brief of the amount of pages that this Court determines

Respectfully submitted,

JOHN J. GIDEON (0008151)
(Trial Attorney)
250 East Stanton Avenue
Columbus, Ohio 43214-1268
(614) 888-9866

and

*Michael W. Krumholz by John Gideon*

MICHAEL W KRUMHOLTZ (0009099)
(Co-Counsel)
Bieser, Greer & Landis, LLP
6 North Main Street, Suite 400
Dayton, Ohio 45402-1908
(937) 223-3277

COUNSEL FOR DEFENDANT-
APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion Of Appellant For An Extension Of Time To File Brief was served on Joe Deters, Hamilton County Prosecuting Attorney, and Philip R Cummings, Assistant Prosecuting Attorney, 230 East Ninth Street, Suite 4000, Cincinnati, Ohio 45202-2174, by regular United States Mail, postage prepaid, on this 24th day of January, 2006

*John Gideon*

JOHN J GIDEON (0008151)
Counsel for Appellant

o'neal motionforextensionoftimetofilebrief-ca

D66940030

IN THE COURT OF APPEALS OF OHIO
FIRST APPELLATE DISTRICT
HAMILTON COUNTY

STATE OF OHIO,

        Respondent-Appellee,

v

JAMES DERRICK O'NEAL,

        Petitioner-Appellant

APPEAL NO  C-050840

TRIAL NO  B-939022

<u>MOTION OF APPELLANT FOR
A PAGE LIMIT EXTENSION</u>

Petitioner-Appellant James O'Neal moves the Court for an order granting extending the page limitation in this matter from 15 pages to 35 pages  The reasons for this motion are contained in the following memorandum in support

FILED

2006 JAN 25 P 2 26

GREGORY HARTMANN
CLERK OF COURTS
HAM CNTY OH

Respectfully submitted,

JOHN J  GIDEON (0008151)
(Trial Attorney)
250 East Stanton Avenue
Columbus, Ohio 43214-1268
(614) 888-9866

and

**FILED**
**COURT OF APPEALS**

JAN 2 5 2006

MICHAEL W KRUMHOLTZ (0009099)
(Co-Counsel)
Bieser, Greer & Landis, LLP
6 North Main Street, Suite 400
Dayton, Ohio 45402-1908

GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY

(937) 223-3277

COUNSEL FOR DEFENDANT-
APPELLANT

<u>MEMORANDUM IN SUPPORT</u>

This is an appeal from the trial court's denial, following an evidentiary hearing, of Appellant Derrick O'Neal's petition for postconviction relief under R C 2953 21 *et seq* asking the trial court to vacate or set aside his sentence of death based on <u>Atkins v Virginia</u> (2002), 536 U S 304, 122 S Ct 2242, and on <u>State v Lott</u> (2002), 97 Ohio St 3d 303, 2002-Ohio-6625, 779 N.E.2d 1011.

On November 3, 2005 the Court issued an accelerated calendar scheduling order Appellant O'Neal's brief is presently due on January 25, 2006.

Under Local App R 12(4) briefs filed in cases on the accelerated calendar may not exceed fifteen (15) pages Appellant is having extreme difficulty preparing a brief that adequately addresses the issues in 15 pages and requests a page limit extension to 35 pages

This case is a death penalty case The decision of the trial court denying Appellant's motion to vacate his death sentence based on his mental retardation is 11 pages long The decision followed an evidentiary hearing Appellant filed a post-hearing brief of 24 pages The case involves complex factual and legal issues The issues presented are significant and cannot adequately be addressed in a 15 page brief.

Appellant believes that Appellee should be granted an equal number of pages to respond

For these reasons Appellant respectfully requests that the page limitation on the briefs in this case be extended to 35 pages

Respectfully submitted,

JOHN J GIDEON  (0008151)
(Trial Attorney)
250 East Stanton Avenue
Columbus, Ohio 43214-1268
(614) 888-9866

and

MICHAEL W KRUMHOLTZ (0009099)
(Co-Counsel)
Bieser, Greer & Landis, LLP
6 North Main Street, Suite 400
Dayton, Ohio 45402-1908
(937) 223-3277

COUNSEL FOR DEFENDANT-
APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion Of Appellant For Page Limit
Extension was served on Joe Deters, Hamilton County Prosecuting Attorney, and Philip R
Cummings, Assistant Prosecuting Attorney, 230 East Ninth Street, Suite 4000, Cincinnati, Ohio
45202-2174, by regular United States Mail, postage prepaid, on this 24th day of January,
2006

JOHN J GIDEON (0008151)
Counsel for Appellant

o'neal motionforpagelimitextension-ca



**IN THE COURT OF APPEALS**

**FIRST APPELLATE DISTRICT OF OHIO**

**HAMILTON COUNTY, OHIO**

STATE OF OHIO

       Appellee,

APPEAL NO. C-050840

vs

ENTRY EXTENDING TIME TO
FILE APPELLANT'S BRIEF UNTIL

JAMES DERRICK O'NEAL



D66959855

       Appellant

    This cause came on to be considered upon the motion of the appellant filed herein to extend time to file his brief

    The Court upon consideration thereof finds that the motion is well taken and is granted

    Wherefore, it is the Order of this Court that the appellant shall have until February 15, 2006 to file appellant's brief

**To The Clerk:**

Enter upon the Journal of the Court on _____JAN 2 7 2006_____ per order of the Court.

By: _____
          **Presiding Judge**

```
TODAY'S DATE 1/30/2006       HAMILTON COUNTY CLERK OF COURTS
IMAGE DATE   1/16/2006 - 1/30/2006      COMMON PLEAS DIVISION                    PAGE 14
                        NOTICE OF APPEALABLE JUDGMENT  SENT BY ORDINARY MAIL ON  1/30/2006  CMSR5157
----------------------------------------------------------------------------------------------------
 CASE NO    JUDGE     PLAINTIFF            DEFENDANT                    SENT NOTICE TO
----------------------------------------------------------------------------------------------------

C 0500840  902        STATE OF OHIO        JAMES DERRICK ONEAL          JOHN JOSEPH GIDEON
                                                                        250 EAST STANTON AVE
                                                                        COLUMBUS OH  43214-1268

C 0500840  902        STATE OF OHIO        JAMES DERRICK ONEAL          HAMILTON COUNTY PROSECUTOR
                                                                        230 E NINTH ST,  ROOM 7000
                                                                        CINCINNATI OH  45202
```



FILED
COURT OF APPEALS

JAN 30 2006

GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY



D66975895



**IN THE COURT OF APPEALS**

**FIRST APPELLATE DISTRICT OF OHIO**

**HAMILTON COUNTY, OHIO**



D67127005

STATE OF OHIO                         APPEAL NO. C-050840

     Appellee,

vs                                   ENTRY GRANTING MOTION TO
                                     ENLARGE PAGE LIMITATION FOR
                                     APPELLANT'S BRIEF AND
                                     EXTENDING TIME FOR BRIEFS

JAMES DERRICK O'NEAL

     Appellant

     This cause came on to be considered upon the motion of the appellant filed herein

extending the page limitation for briefs

     The Court, upon consideration thereof, finds that the motion is well taken and is

hereby granted

     The Court hereby enlarges the page limitation to 35 pages for both the appellant's

brief and the appellee's brief

     The Court *sua sponte* extends the time for filing briefs as follows.

     (1) the appellant's brief shall be filed on or before March 8, 2006, and

     (2) the appellee's brief shall be filed on or before April 7, 2006

**To The Clerk:**

**Enter upon the Journal of the Court on**   FEB - 8 2006   **per order of the Court.**

By: _____          **(Copies sent to all counsel)**
        **Presiding Judge**

```
TODAY'S DATE  2/10/2006          HAMILTON COUNTY CLERK OF COURTS
IMAGE DATE    1/27/2006   2/10/2006      COMMON PLEAS DIVISION                    PAGE 25
              NOTICE OF APPEALABLE JUDGMENT   SENT BY ORDINARY MAIL ON  2/10/2006  CMSR5157
--------------------------------------------------------------------------------------------
CASE NO   JUDGE   PLAINTIFF              DEFENDANT                      SENT NOTICE TO
--------------------------------------------------------------------------------------------


C 0500840  902     STATE OF OHIO         JAMES DERRICK ONEAL      JOHN JOSEPH GIDEON
                                                                  250 EAST STANTON AVE
                                                                  COLUMBUS OH  43214-1268

C 0500840  902     STATE OF OHIO         JAMES DERRICK ONEAL      HAMILTON COUNTY PROSECUTOR
                                                                  230 E NINTH ST,  ROOM 7000
                                                                  CINCINNATI OH  45202
```



FILED
COURT OF APPEALS

FEB 1 0 2006

GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY



D67142587



IN THE COURT OF APPEALS OF OHIO
FIRST APPELLATE DISTRICT
HAMILTON COUNTY

STATE OF OHIO,

      Respondent-Appellee,             APPEAL NO. C-050840

  v.                              TRIAL NO. B-939022

JAMES DERRICK O'NEAL,

      Petitioner-Appellant.

## MOTION OF APPELLANT FOR
## EXTENSION OF TIME TO FILE BRIEF

Petitioner-Appellant James O'Neal moves the Court pursuant to Rule 14(B) of the Ohio Rules of Appellate Procedure for an order granting him an extension of time to and including March 22, 2006 in which to file his brief. The reasons for this motion are contained in the following memorandum in support.

**FILED**
**COURT OF APPEALS**

MAR 1 5 2006

GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY

*FILED*

*2006 MAR 15 A 10: 31*

*GREGORY HARTMANN*
*CLERK OF COURTS*
*HAM. CNTY.*

Respectfully submitted,

*per telephone authorization of 3/13/06*

JOHN J. GIDEON  (0008151)
(Trial Attorney)
250 East Stanton Avenue
Columbus, Ohio 43214-1268
(614) 844-3954

and

MICHAEL W. KRUMHOLTZ (0009099)
(Co-Counsel)
Bieser, Greer & Landis, LLP
6 North Main Street, Suite 400
Dayton, Ohio 45402-1908
(937) 223-3277
COUNSEL FOR DEFENDANT-
    APPELLANT

## MEMORANDUM IN SUPPORT

This is an appeal from the trial court's denial, following an evidentiary hearing, of Appellant Derrick O'Neal's petition for postconviction relief under R.C. 2953.21 *et seq.* asking the trial court to vacate or set aside his sentence of death based on Atkins v. Virginia (2002), 536 U.S. 304, 122 S.Ct. 2242, and on State v. Lott (2002), 97 Ohio St.3d 303, 2002-Ohio-6625, 779 N.E.2d 1011.

On November 3, 2005 the Court issued an accelerated calendar scheduling order. Pursuant to that schedule Appellant O'Neal's brief was due on January 25, 2006.

On that date Appellant O'Neal filed a motion asking the Court to extend the page limitation to 35 pages. Appellant simultaneously filed a motion requesting an extension of time for the filing of his brief pending the Court's decision on Appellant's motion to extend the page limitation.

On January 27, 2006 the Court granted Appellant's motion for an extension of time to file his brief until February 15, 2006.

Then, by entry filed on February 8, 2006, the Court granted Appellant's motion to extend the page limitation and granted Appellant until March 8, 2006 to file his brief.

The undersigned trial attorney, with the assistance of co-counsel, is preparing Appellant's brief. Unfortunately, the undersigned trial attorney developed a severe sinus infection, with congestion, sore throat, and fever, on March 5, 2006. This personal illness continued, and worsened, throughout the ensuing week. This illness prevented counsel from filing Appellant's brief on March 8. Although trial counsel has not yet fully recovered from his illness, he has sufficiently recovered to make this request for an additional extension of time to and including March 22, 2006 in which to file Appellants' brief.

Respectfully submitted,

*per telephone authorization*

JOHN J. GIDEON  (0008151)
(Trial Attorney)
250 East Stanton Avenue
Columbus, Ohio 43214-1268
(614) 888-9866


and

MICHAEL W. KRUMHOLTZ (0009099)
(Co-Counsel)
Bieser, Greer & Landis, LLP
6 North Main Street, Suite 400
Dayton, Ohio 45402-1908
(937) 223-3277

COUNSEL FOR DEFENDANT-
APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion Of Appellant For An Extension Of Time To File Brief was served on Joe Deters, Hamilton County Prosecuting Attorney, and Philip R. Cummings, Assistant Prosecuting Attorney, 230 East Ninth Street, Suite 4000, Cincinnati, Ohio 45202-2174, by regular United States Mail, postage prepaid, on this _13th_ day of March, 2006.

JOHN J. GIDEON (0008151)
Counsel for Appellant

.motionforextensionoftimetofilebrief-Mar06-ca