**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **JAMES DERRICK O'NEAL,** | : | |
| Petitioner | : | Case No. 1:02-cv-357 |
| | : | |
| vs. | | Judge Michael R. Barrett |
| | : | Magistrate Judge Michael R. Merz |
| **MARGARET A. BAGLEY,** | : | **Death Penalty Case** |
| Respondent | : | |

---

**MOTION TO WITHDRAW AS CO-COUNSEL**

---

**Principal Assistant Attorney General Matthew C. Hellman** is no longer with the

Capital Crimes Unit of the Attorney General's Office and hereby request to withdraw as

Co-counsel of record in the above styled case.  **Assistant Attorney General Stephen E.**

**Maher** will continue as Lead and Trial Counsel.

Respectfully Submitted,

**MARC DANN,**
**Ohio Attorney General**

s/ *Matthew C. Hellman*

**MATTHEW C. HELLMAN (0071628)**
Principal Assistant Attorney General
Crimes Victims Services
150 East Gay Street 25th Floor
Columbus, Ohio 43215
Email: mhellman@ag.state.oh.us
(614) 466-5610

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ***Motion to Withdraw as Counsel*** has been forwarded via the Court's electronic filing system this 24th day of October, 2007 to the following counsel for petitioner:

| | |
|---|---|
| **John J. Gideon, Esq.** | **Michael W. Krumholtz, Esq.** |
| 250 East Stanton Avenue | Bieser, Greer & Landis |
| Columbus, Ohio 43214-1268 | 400 National City Center |
| (614) 430-3377 | 6 North Main Street |
| (614) 430-3378 Fax | Dayton, Ohio 45402 |
| Email: johngideon@sbcglobal.net | (937) 223-3277 |
| | (937) 223-6339 |
| | Email: mwk@bgllaw.com |

s/ *Matthew C. Hellman*

**MATTHEW C. HELLMAN (0071628)**