**JOHN T. KELLER**
ATTORNEY-AT-LAW
**2345 KEMPER LANE**
**POST OFFICE BOX 6129**
**CINCINNATI, OHIO 45206-0129**
TELEPHONE (513) 872-5166
TELECOPIER (513) 221-2375
EMAIL johntkeller@fuse.net

JOHN T. KELLER

November 9, 2007

**Sent via Facsimile & E-mail:**
Michael W. Krumholtz
400 National City Center
6 north Main St.
Dayton, OH 45402-1908
(937) 223-6339
mwk@bgllaw.com

Re:    O'Neal, James advs. Bagley, Margaret, Warden
       Case No. MS01-02-0017

Dear Mr. Krumholtz:

    I just realized to date that I have not received a Release signed by James O'Neal authorizing me to discuss the case with you. Realizing that the deposition is scheduled for Monday, November 12, 2007 at 1:30pm I would request that you forward a copy of the Release to me and/or provide it to me prior to commencing the scheduled deposition. I apology for any inconvenience, however, I just realized that without the Release I place myself in a most uncomfortable position. Please advise. I remain;

Very truly yours,

John T. Keller

JTK:tll