IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES DERRICK O'NEAL, | : | CASE NO. 1:02CV 0357 |
| Petitioner, | : | District Judge Sandra S. Beckwith<br>Magistrate Judge Michael R. Merz |
| v. | : | |
| MARGARET BAGLEY, Warden | : | **NOTICE OF FILING THE DEPOSITION OF KENNETH F. TAYLOR, TAKEN ON NOVEMBER 5, 2007** |
| Respondent. | : | |

Now comes the Petitioner, James Derrick O'Neal, by and through counsel, pursuant to Rule 32 of the Federal Rules of Civil Procedure and hereby gives notice that he has filed the deposition of Kenneth F. Taylor taken on November 5, 2007.

Respectfully submitted,

/s/ John J. Gideon
JOHN J. GIDEON (0008151)
(Trial Attorney)
1093 South Fourth Street
Columbus, Ohio 43206-2621
Phone: (614) 444-9906
Facsimile: (614) 444-1885

/s/ Michael W. Krumholtz
Michael W. Krumholtz, Attorney
Registration No. 0009099
BIESER, GREER & LANDIS LLP
400 National City Center
6 North Main Street
Dayton, Ohio 45402-1908
Telephone: (937) 223-3277

ATTORNEYS FOR PETITIONER

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically filed and served to Stephen E. Maher, Assistant Attorney General, Capital Crimes Section, 30 East Broad Street. 23rd Floor, Columbus, Ohio 43215-3428, by e-mail and regular U.S. Mail on this 4th day of December, 2007.

/s/ Michael W. Krumholtz
Counsel for James Derrick O'Neal

8728.202206 \ 321475.1