# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES O'NEAL, :

    Petitioner. : Civil No. 1:02-cv-357

- vs - : District Judge Michael R. Barrett
: Magistrate Judge Michael R. Merz

MARGARET A. BAGLEY, :

    Respondent. :

## ORDER SETTING EVIDENTIARY HEARING

Pursuant to telephone conversations with counsel, an evidentiary hearing in this case is set for Thursday, May 29, 2008, commencing at 9:00 a.m. The hearing will take place in Courtroom No. 4, Fifth Floor, Federal Building, 200 West Second Street, Dayton, Ohio 45402, before Chief United States Magistrate Judge Michael R. Merz.

Petitioner must file forthwith a motion for writ of habeas corpus ad testificandum.

March 5, 2008.

                                      *Michael R. Merz*
                             United States Magistrate Judge