### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES DERRICK O'NEAL, | : | CASE NO. 1:02CV 0357 |
| Petitioner, | : | District Judge Sandra S. Beckwith<br>Magistrate Judge Michael R. Merz |
| v. | : | |
| MARGARET BAGLEY, Warden | : | **PETITIONER'S MOTION OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Respondent. | : | |

Now comes Petitioner, James O'Neal, by and through counsel, and moves this Court for an Order to have the person of James Derrick O'Neal, Inmate #325-132 at the Ohio State Penitentiary in Youngstown, Ohio, transported under safe and secure conduct before the United States District Court Chief Magistrate Judge for the Southern District of Ohio for an evidentiary hearing scheduled for Thursday, the 29th day of May, 2008 at 9:00 a.m. at the United States District Court, 200 W. Second Street, Fifth Floor, Dayton, Ohio and to remain within said District until the conclusion of the evidentiary hearing.

Respectfully submitted,

/s/ Michael W. Krumholtz
Michael W. Krumholtz, Attorney
Registration No. 0009099
BIESER, GREER & LANDIS LLP
400 National City Center
6 North Main Street
Dayton, Ohio 45402-1908
Telephone: (937) 223-3277

/s/ Lawrence J. Greger
Lawrence J. Greger (#0002592)
Suite 1100 Liberty Tower
120 W. Second Street
Dayton, OH 45402
(937) 223-3153

ATTORNEYS FOR PETITIONER

2

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing was electronically filed and served to Stephen E. Maher, Assistant Attorney General, Capital Crimes Section, 30 East Broad Street. 23rd Floor, Columbus, Ohio 43215-3428, by e-mail via electronic filing on this **6th** day of **March, 2008**.

                                          /s/ Michael W. Krumholtz
                                          Counsel for James Derrick O'Neal

8728.202206 \ 327312.1