# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES DERRICK O'NEAL,                    :

          Petitioner.          :          Civil No.  1:02-cv-357

   ~ vs ~                                 :          District Judge Michael R. Barrett
                                       Chief Magistrate Judge Michael R. Merz
MARGARET BAGLEY,                         :
 WARDEN,
                        :

          Respondent.

---

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

**TO THE WARDEN, OHIO STATE PENITENTIARY**
**TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF OHIO:**
**AND TO ANY OTHER AUTHORIZED LAW ENFORCEMENT OFFICER:**

     We command you, that you have the person of **JAMES DERRICK O'NEAL, Prisoner # 325-132** in the Ohio State Penitentiary, Youngstown, Ohio, under safe and secure conduct, before the undersigned United States Magistrate Judge for the Southern District of Ohio, on the **29th day of May, 2008, at 9:00 a.m.** for an evidentiary hearing at the United States District Court, 200 West Second Street, Courtroom #4, Fifth Floor, Dayton, Ohio.

     We further command you, that said **JAMES DERRICK O'NEAL** is to be present pending testimony in the pending case, and then that you return him to the said Ohio State Penitentiary, Youngstown, Ohio, under safe and secure conduct, and have you then and there this Writ.  The Warden shall provide transportation to and from said hearing.

     Certified copy of this Writ shall be authority for the United States Marshal and any other authorized law enforcement officer to act in the premises.

March 12, 2008.

                                     s/ Michael R. Merz
                           United States Magistrate Judge

RETURN

This writ was received and executed with the transportation of the above-named inmate as follows:

_____.

Date Received:_____

Date of Return:_____

_____
Officer