# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES DERRICK O'NEAL,                :

              Petitioner.        :        Civil No.  1:02-cv-357

      ~ vs ~                        :        District Judge Michael R. Barrett
                              Chief Magistrate Judge Michael R. Merz
MARGARET BAGLEY,                     :
 WARDEN,

                         :
           Respondent.

---

## ALIAS WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

**TO THE WARDEN, OHIO STATE PENITENTIARY**
**TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF OHIO:**
**AND TO ANY OTHER AUTHORIZED LAW ENFORCEMENT OFFICER:**

      We command you, that you have the person of **JAMES DERRICK O'NEAL, Prisoner # 325-132** in the Ohio State Penitentiary, Youngstown, Ohio, under safe and secure conduct, before the undersigned United States Magistrate Judge for the Southern District of Ohio, on the **18th  day of July, 2008, at 9:30 a.m.** for an evidentiary hearing at the United States District Court, 200 West Second Street, Courtroom #4, Fifth Floor, Dayton, Ohio.  **(This matter was originally set for May 29, 2008 and with this Alias Writ, the original Writ for the May date is hereby dissolved.)**

      We further command you, that said **JAMES DERRICK O'NEAL** is to be present pending testimony in the pending case, and then that you return him to the said Ohio State Penitentiary, Youngstown, Ohio, under safe and secure conduct, and have you then and there this Writ.  The Warden shall provide transportation to and from said hearing.

      Certified copy of this Alias Writ shall be authority for the United States Marshal and any other authorized law enforcement officer to act in the premises.

April 14, 2008.

                              *s/ Michael R. Merz*
                       United States Magistrate Judge

## RETURN

This writ was received and executed with the transportation of the above-named inmate as follows:

_____.

Date Received:_____

Date of Return:_____

_____
Officer