# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

## CIVIL MINUTES

**CASE NUMBER:** 1:02-cv-357　　　　　　　　　　**DATE:** 07/18/2008

**CASE CAPTION:** JAMES O'NEAL v. WARDEN MARGARET BAGLEY

**PROCEEDINGS:** Evidentiary Hearing

**BEFORE CHIEF UNITED STATES MAGISTRATE JUDGE MICHAEL R. MERZ**

**COURT REPORTER:** Paula Blosser

**DIGITAL RECORDING #:** MRM080718-091132

**COURTROOM DEPUTY:** Gayle Hays

| PETITIONER COUNSEL: | RESPONDENT COUNSEL |
|---|---|
| Mike Krumholtz | Steve Maher |
| Larry Greger | |

Testimony heard from Kenneth Taylor. Hearing continued in progress until 8/13/2008 @ 9:30 a.m. for the testimony of John Keller. Petitioner's exhibit 1 admitted without objection. Writ of H.C. Ad Pros. **NOT** dissolved and petitioner is ordered to appear 8/13/2008 @ 9:30 for hearing.

**DOCKET ENTRY/ORDERS:**

H:\DOCS\COURTROOM Micellany\O'Neal Minutes.wpd