Case No. __1:02-CV-357_____    Date: __7/18/08__ ~~7/29/2008~~

Case Caption: __O'NEAL v. WARDEN_____    Page: _____1_____

Court Reporter: _Paula Blosser_____    Courtroom Deputy: __Gayle Hays__

| Pet. | | Resp. | Exh | Item | Atty. | Exam | Time |
|---|---|---|---|---|---|---|---|
| | | | | Convene | | | 9:37 |
| | | | | | | | |
| | | | | Kenneth ~~Ito~~ Taylor   sworn | Pet. 1 | Direct | 9:42 |
| 1 | | | 1 | | | | |
| | | | | | Resp. | Cross | 9:53 |
| | | | | | | | |
| | | | | Questions by the Court | | | 10:03 |
| | | | | | | | |
| | | | | Pet. Exhibit 1 admitted | | | |
| | | | | | | | |
| | | | | ~~Dissolve~~ Writ continues in force and petitioner is ordered to appear 8/13/08 @ 9:30. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |