# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

## CIVIL MINUTES

**CASE NUMBER:** 1:02-CV-357                             **DATE:** 08/13/2008

**CASE CAPTION:** JAMES O'NEAL v. WARDEN MARGARET BAGLEY

**PROCEEDINGS:** Evidentiary Hearing

**BEFORE CHIEF UNITED STATES MAGISTRATE JUDGE MICHAEL R. MERZ**

**COURT REPORTER:** Paula Blosser

**DIGITAL RECORDING #:**

**COURTROOM DEPUTY:** Gayle Hays

| **PETITIONER'S COUNSEL:** | **RESPONDENT'S COUNSEL** |
|---|---|
| Mike Krumholtz | Steve Maher |
| Larry Greger | |

Hearing reconvened in progress from 7/18/2008. Testimony heard from Attorney John Keller. Petitioner Exhibits 2-9 are admitted into evidence. Transcript of the proceedings is ordered at the regular rate. Petitioner's brief on the merits is due 60 days from the date the transcript is filed. Respondent's response is due 30 days after the filing of the Petitioner's brief. The Writ of H.C. is dissolved and Petitioner is remanded to the custody of the State.

**DOCKET ENTRY/ORDERS:**

H:\DOCS\FORMS\CVMIN.WPD

Case No. __1:02-CV-357__                                   Date: __8/13/08__

Case Caption: __O'NEAL v. WARDEN__              Page: __2__

Court Reporter: __Paula Blosser__                 Courtroom Deputy: __Gayle Hays__

| Pet. | Resp. | Exh | Item | Atty. | Exam | Time |
|---|---|---|---|---|---|---|
|   |   |   | Convene |   |   | 9:36 |
|   |   |   |   |   |   |   |
|   |   |   | Mr. Keller sworn | Gregan | Direct | 9:37 |
| 2 | ✓ | 2 | Indictment of Mr. O'Neal |   |   |   |
| 3 | ✓ | 3 | ORC defining Agg. Burg. |   |   |   |
| 4 | ✓ | 4 | ORC 2911.21 defines Crim. Trespass |   |   |   |
| 5 | ✓ | 5 | Copy of lease |   |   |   |
|   |   |   | Recess |   |   | 10:22 |
|   |   |   | Reconvene |   |   | 10:30 |
| ●7 |   | 7 | Joint Ex. #3 from Capital Trial |   |   |   |
| 5 | ✓ | 5 | page 3 of 6 |   |   |   |
| 7 |   | 7 | page 2 |   |   |   |
| 6 | ✓ | 6 |   |   |   |   |
| 35 |   | 35 | D L |   |   |   |
| 9 | ✓ | 9 |   |   |   |   |
| 8 | ✓ | 8 | Joint Ex #1 from Capital Trial. Pg.1 - Certified abstract of Marriage License |   |   |   |
|   |   |   |   | Δ | Cross | 11:10 |
|   |   |   | Booklet - All from Joint Appendix Tab 1 - Vol. II pg. 39 " pg. 41 Last page |   |   |   |

Case No. __1:02-CV-357__   Date: 8/13/08

Case Caption: __O'NEAL v. WARDEN__   Page: __3__

Court Reporter: __Paula Blosser__   Courtroom Deputy: __Gayle Hays__

| Pet. | Resp. | Exh | Item | Atty. | Exam | Time |
|---|---|---|---|---|---|---|
| | | | Booklet | | | |
| | | | Tab 2 - Mtn to Dism. | | | |
| | | | Tab 3 - pg. 2 | | | |
| | | | Tab 4 pg. 11 | | | |
| | | | Tab 5 | | | |
| | | | | D | Re-Direct | 11:45 |
| | | | Tab 1 pg. 49 | | | |
| | | | Tab 3 | | | |
| | | | Witness excused | | | |
| | | | Subpoena issued for Ms. Breeden from CMHA - records custodian: | | | |
| | | | Hearing to ~~be ht~~ continued in progress until the matter of Ms Breeden's non-appearance is solved: | | | |
| | | | Object. by Warden of subpoena of records | | | |

| Case No. | 1:02-CV-357 | | | | | Date: 8/13/08 | | |
|---|---|---|---|---|---|---|---|---|
| Case Caption: | O'NEAL v. WARDEN | | | | | Page: 4 | | |
| Court Reporter: | Paula Blosser | | | | | Courtroom Deputy: Gayle Hays | | |

| Pet. | Resp. | Exh | Item | Atty. | Exam | Time |
|---|---|---|---|---|---|---|
| | | | Hearing to be transcribed: | | | |
| | | | Warden granted leave to quash subpoena: | | | |
| | | | Atty Sieger to provide Cross- ~~Record~~ Motion: | | | |
| | | | Exhibits 2-9 offered for admission: | | | |
| | | | Brief on the Merits by Petitioner: 60 days from date of filing of the transcript  30 days response time for Respondent | | | |
| | | | Writ dissolved and Petitioner is remanded to custody | | | |