1-02-CV357

# RETURN

This writ was received and executed with the transportation of the above-named inmate as follows:

State officers transported James O'Neal to court and then returned him to OH State Penitentiary.

Date Received: 7/21/2008
Date of Return: 8/14/2008

_____
Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES DERRICK O'NEAL,

        Petitioner,

        :     Case No. 1:02-cv-357

- vs -

MARGARET BAGLEY, WARDEN

                                    District Judge Michael R. Barrett
        Respondent.                  Chief Magistrate Judge Michael R. Merz

        :

---

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

**TO THE WARDEN, OHIO STATE PENITENTIARY**
**TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF OHIO:**
**AND TO ANY OTHER AUTHORIZED LAW ENFORCEMENT OFFICER:**

      We command you, that you have the person of **JAMES DERRICK O'NEAL**, Prisoner # 325-132 and Petitioner in this case in the Ohio State Penitentiary, Youngstown, Ohio, under safe and secure conduct, before the undersigned United States Magistrate Judge for the Southern District of Ohio, on the **13th day of August, 2008 at 9:30 a.m.** for the continuation of evidentiary hearing at the United States District Court, 200 West Second Street, Courtroom #4, Dayton, Ohio.

      We further command you, that said Petitioner, **JAMES DERRICK O'NEAL** is to be present pending testimony in this case, and that you then return him to the said Ohio State Penitentiary, Youngstown, Ohio, under safe and secure conduct, and have you then and there this Writ. The Warden shall provide transportation to and from said hearing.

      Certified copy of this Writ shall be authority for the United States Marshal and any other authorized law enforcement officer to act in the premises.

July 18, 2008.

                                                          s/ **Michael R. Merz**
                                                      Chief United States Magistrate Judge